PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA  135972
roxane.polidora@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone:   (415) 983-1000
Facsimile:    (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
CONNIE J. WOLFE  207661
connie.wolfe@pillsburylaw.com
501 West Broadway, Suite 1100
San Diego, CA  92126-3575
Telephone:   (619) 234-5000
Facsimile:    (619) 236-1995

Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY
and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOY NWABUEZE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T INC., a Delaware corporation, PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation and DOES 1 through 21,<br><br>Defendants. | Case No. CV 09-01529 SI<br><br>**REQUEST FOR REPLACEMENT OF COUNSEL AND [Proposed] ORDER**<br><br>Judge:   Hon. Susan Illston<br><br>Complaint Filed:   April 7, 2009 |

Defendants PACIFIC BELL TELEPHONE COMPANY and AT&T INC. ("Defendants") have been represented in this action by attorneys Walid S. Abdul-Rahim and Vineet K. Sood, of AT&T Services, Inc. Legal Department.  Defendants have recently

retained the law firm of Pillsbury Winthrop Shaw Pittman, LLP to represent them, and now wish to substitute Pillsbury Winthrop Shaw Pittman, LLP, 50 Fremont Street, P.O. Box No. 7880, San Francisco, CA 94120-7880, through attorneys Roxane A. Polidora and Connie J. Wolfe, as counsel of record in this case. Therefore, Defendants move this Court to allow Walid S. Abdul-Rahim and Vineet K. Sood, of AT&T Services, Inc. Legal Department to withdraw as counsel for Defendants in this case and to substitute Pillsbury Winthrop Shaw Pittman, LLP as the firm of record for Defendants PACIFIC BELL TELEPHONE COMPANY and AT&T INC.

Dated: July 6, 2009.

AT&T SERVICES, INC. LEGAL DEPARTMENT
WALID S. ABDUL-RAHIM
VINEET K. SOOD


By /s/ Walid S. Abdul-Rahim
Walid S. Abdul-Rahim
Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY
and AT&T INC.


Dated: July 6, 2009.

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA
CONNIE J. WOLFE


By /s/ Roxane A. Polidora
Roxane A. Polidora
Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY
and AT&T INC.

**ATTESTATION OF SIGNATURE**
**(N.D. Cal. General Order 45)**

I, Roxane A. Polidora, hereby attest that concurrence in the filing of the following document: **REQUEST FOR REPLACEMENT OF COUNSEL AND [Proposed] ORDER** has been obtained from all of the signatories.

Dated: July 6, 2009          /s/ Roxane A. Polidora

1 **IT IS SO ORDERED.**

3  Dated: _____, 2009

*/s/ Susan Illston*
———————————————————
The Honorable Susan Illston
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2009, a true and correct copy of **REQUEST FOR REPLACEMENT OF COUNSEL AND [Proposed] ORDER** was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

_____
Rosita Fe J. Quimpo-Herbilla