PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA 135972
roxane.polidora@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
CONNIE J. WOLFE 207661
connie.wolfe@pillsburylaw.com
501 West Broadway, Suite 1100
San Diego, CA 92126-3575
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY
and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOY NWABUEZE, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

AT&T INC., a Delaware corporation, PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation and DOES 1 through 21,

Defendants.

Case No. CV 09-01529 SI

**STIPULATION AND REQUEST FOR ORDER CHANGING THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE**

Judge: Hon. Susan Illston

Complaint Filed: April 7, 2009

WHEREAS, the Initial Case Management Conference in this matter is currently set for August 7, 2009;

WHEREAS, Defendants Pacific Bell Telephone Company and AT&T Inc. have recently engaged new counsel of record, and such counsel have been working with due diligence to carry out their obligations with respect to the upcoming Federal Rules of Civil Procedure, Rule 26 disclosures;

WHEREAS, given the complexities of this putative nationwide class action, Defendants' counsel believe that additional time would serve to enable the parties to engage in more meaningful disclosure and discussions prior to the Initial Case Management Conference as required by Rule 26;

WHEREAS, the continuance of the Initial Case Management Conference to a date in October 2009 would allow such time, and Plaintiff's counsel is willing to stipulate to such continuance;

WHEREAS, Plaintiff and Defendants have stipulated to extend the time for Defendants' response to Plaintiff's Complaint to August 13, 2009;

WHEREAS, counsel for the parties have explored issues relating to the naming of parties and are in discussion as to whether Defendants will file a dispositive motion as their response or Plaintiff will file an amended complaint (either of which would occur by August 13, 2009);

WHEREAS, the continuance of the Initial Case Management Conference to a date in October 2009 would make it possible to have the CMC at a time when the parameters of the litigation will be better known and allow the parties and the Court to consider the case in a more informed manner.

WHEREAS, in addition, lead counsel for Defendants has preexisting, non-refundable, travel arrangements scheduled for August 7, 2009;

//

//

//

NOW THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel, that parties request an order from the Court: changing the date of the Initial Case Management Conference in this action from August 7, 2009, at 2:30 p.m., to October 16, 2009.

Dated: July 23, 2009.

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA
CONNIE J. WOLFE

By *<u>/s/ Roxane A. Polidora</u>*
Roxane A. Polidora
Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY
and AT&T INC.

Dated: July 23, 2009.

KELLER GROVER, LLP
JEFFREY F. KELLER

THE JACOBS LAW FIRM, CHTD.
JOHN G. JACOBS
BRYAN G. KOLTON

By *<u>/s/ John G. Jacobs</u>*
John G. Jacobs
Attorneys for Plaintiff
JOY NWABUEZE

**ATTESTATION OF SIGNATURE**
**(N.D. Cal. General Order 45)**

I, Roxane A. Polidora, hereby attest that concurrence in the filing of the following document: **STIPULATION AND REQUEST FOR ORDER CHANGING THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE** has been obtained from all of the signatories.

Dated: July 23, 2009 *<u>/s/ Roxane A. Polidora</u>*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Initial Case Management Conference, currently scheduled for August 7, 2009, shall be rescheduled to October 16, 2009 at 2:30 p.m., and all related dates shall be modified accordingly.

Date: ______________________

The Honorable Susan Illston
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2009, a true and correct copy of **STIPULATION AND REQUEST FOR ORDER CHANGING THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE** was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

Rosita Fe J. Quimpo-Herbilla