| | |
|---|---|
| 1 | PILLSBURY WINTHROP |
| | SHAW PITTMAN LLP |
| 2 | ROXANE A. POLIDORA  #135972 |
| | roxane.polidora@pillsburylaw.com |
| 3 | 50 Fremont Street, Fifth Floor |
| | San Francisco, CA  94105 |
| 4 | Telephone:     (415) 983-1000 |
| | Facsimile:     (415) 983-1200 |
| 5 | |
| | PILLSBURY WINTHROP |
| 6 | SHAW PITTMAN LLP |
| | DOUGLAS R. TRIBBLE  #116868 |
| 7 | CONNIE J. WOLFE  #207661 |
| | douglas.tribble@pillsburylaw.com |
| 8 | connie.wolfe@pillsburylaw.com |
| | 501 West Broadway, Suite 1100 |
| 9 | San Diego, CA  92126-3575 |
| | Telephone:     (619) 234-5000 |
| 10 | Facsimile:     (619) 236-1995 |
| 11 | Attorneys for Defendants |
| | PACIFIC BELL TELEPHONE COMPANY, |
| 12 | AT&T SERVICES, INC., AT&T |
| | OPERATIONS, INC., |
| 13 | and AT&T INC. |

KELLER GROVER, LLP
JEFFREY F. KELLER #148005
jfkeller@kellergrover.com
425 Second Avenue, Suit 500
San Francisco, CA 94107
Telephone:     (415) 543-1305
Facsimile:     (415) 543-7861

THE JACOBS LAW FIRM, CHTD.
JOHN G. JACOBS  (Pro Hac Vice)
BRYAN G. KOLTON  (Pro Hac Vice)
jgjacobs@thejacobslawfirm.com
bgkolton@thejacobslawfirm.com
122 South Michigan Avenue, Suite 1850
Chicago, IL  60603
Telephone:     (312) 427-4000
Facsimile:     (312) 427-1850

DAVID SCHACHMAN & ASSOC., PC
DAVID SCHACHMAN (Pro Hac Vice)
ds@schachmanlaw.com
122 South Michigan Avenue, Suite 1850
Chicago, IL  60603
Telephone:     (312) 427-4500
Facsimile:     (312) 427-1850

Attorneys for Plaintiff JOY NWABUEZE
and the Putative Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOY NWABUEZE, individually and on behalf of all others similarly situated, | ) ) ) | Case No. CV 09-01529 SI |
| Plaintiff, | ) ) ) | **STIPULATED REQUEST AND [PROPOSED] ORDER TO MODIFY HEARING DATES AND** |
| vs. | ) ) ) | **CONTINUE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR** |
| AT&T INC., a Delaware corporation; PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation; AT&T SERVICES, INC., a Delaware corporation; AT&T OPERATIONS, INC., a Delaware corporation; and DOES 1 through 21, | ) ) ) ) ) ) ) | **NOVEMBER 20, 2009 (Local Rule 6-2)** <br><br> Judge:     Hon. Susan Illston <br><br> Complaint: April 7, 2009 <br> First Amended Complaint: Aug. 13, 2009 |
| Defendants. | ) ) ) ) | |

- 1 -

1       WHEREAS, Plaintiff Joy Nwabueze ("Plaintiff") caused the Summons and

2    Complaint in this action to be served on Defendant Pacific Bell Telephone Company on

3    April 29, 2009, and Defendant AT&T Inc. on April 30, 2009;

4       WHEREAS, Defendants' response to the Complaint was initially due within twenty

5    days after service of the Summons, or on May 19, 2009 for Pacific Bell Telephone

6    Company and May 20, 2009 for AT&T Inc.;

7       WHEREAS, Defendants Pacific Bell Telephone Company and AT&T Inc.

8    previously requested four extensions of time to respond to the Complaint, and Plaintiff

9    stipulated to those requests;

10       WHEREAS, Plaintiff filed a First Amended Complaint on August 13, 2009, which

11    added new claims and named two new Defendants, AT&T Services, Inc. and AT&T

12    Operations, Inc., in addition to Defendants Pacific Bell Telephone Company and AT&T

13    Inc.;

14       WHEREAS, following the filing of the First Amended Complaint, Defendants

15    requested an extension of time until September 18, 2009 to respond to the First Amended

16    Complaint, and Plaintiff stipulated to that request;

17       WHEREAS, on September 18, 2009 Defendants Pacific Bell Telephone Company,

18    AT&T Services, Inc., and AT&T Operations, Inc. responded to the First Amended

19    Complaint by filing a Motion To Dismiss Plaintiff's First Amended Complaint pursuant to

20    Federal Rule of Civil Procedure 12(b)(6) (Dkt. 44) (the "12(b)(6) Motion");

21       WHEREAS, on September 18, 2009, Defendant AT&T Inc. responded to the First

22    Amended Complaint by filing a Motion To Dismiss Plaintiff's Complaint for Lack of

23    Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), Or, in the

24    Alternative, To Join the Motion To Dismiss of Defendants Pacific Bell Telephone

25    Company, AT&T Services, Inc., and AT&T Operations, Inc. pursuant to Federal Rule of

26    Civil Procedure 12(b)(6) (Dkt. 48) (the "12(b)(2) Motion");

27       WHEREAS, the hearing on Defendants' motions to dismiss the First Amended

28    Complaint is currently set for October 30, 2009, at 9:00 a.m.;

1    WHEREAS, the initial case management conference in this case is currently set for

2    November 20, 2009, at 2:30 p.m.;

3    WHEREAS, in order to permit plaintiff's counsel adequate time to address the

4    issues raised in the 12(b)(6) Motion, Defendants have agreed to stipulate to Plaintiff's

5    request for an extension of time to oppose Defendants' motions to dismiss the First

6    Amended Complaint, subject to the Court's approval of a modified briefing and hearing

7    schedule set forth below;

8    WHEREAS, given that Defendants' 12(b)(6) Motion could result in dismissal of the

9    case in its entirety, the parties have further agreed that, subject to the Court's approval,

10   postponement of further briefing and continuing the hearing on Defendant AT&T Inc.'s

11   12(b)(2) Motion to a date following this Court's decision on Defendants' 12(b)(6) Motion

12   would avoid potentially unnecessary proceedings, and allow the Court time to consider this

13   case in a more efficient and informed manner;

14   WHEREAS, given that Defendants' 12(b)(6) Motion could result in dismissal of the

15   case in its entirety, the parties have agreed that, subject to the Court's approval, continuance

16   of the initial case management conference until after the Court rules on both of Defendants'

17   motions to dismiss the First Amended Complaint would allow the parties to comply with

18   their obligations under Rule 26, Civil L.R. 16, and ADR L.R. 3, and the Court to consider

19   this case, in a more efficient and informed manner;

20   NOW THEREFORE, Plaintiff and Defendants through their counsel of record

21   stipulate to the following:

22   IT IS HEREBY STIPULATED that, subject to the Court's approval, the schedule

23   for this case should be modified as follows:

24        1.   Defendants' 12(b)(6) Motion.

25             a.   Plaintiff shall file and serve any opposition to Defendants' 12(b)(6)

26                  Motion on or before October 19, 2009;

27             b.   Defendants Pacific Bell Telephone Company, AT&T Services, Inc.,

28                  and AT&T Operations, Inc. shall file and serve any reply

1                     memorandum in support of the 12(b)(6) Motion on or before

2                     November 6, 2009; and

3           c.  the hearing on Defendants' 12(b)(6) Motion, which is currently

4                scheduled for October 30, 2009, at 9:00 a.m., shall be continued to

5                November 20, 2009, at 9:00 a.m.;

6     2.  <u>AT&T Inc.'s 12(b)(2) Motion</u>.  Further briefing and a hearing on Defendant

7        AT&T Inc.'s 12(b)(2) Motion should be postponed until after the Court rules

8        on Defendants' 12(b)(6) Motion;

9     3.  <u>Case Management Conference</u>.  The initial case management conference

10       scheduled for November 20, 2009 at 2:30 p.m., should be continued until

11       after the Court has ruled on Defendants' motions to dismiss the First

12       Amended Complaint.

13   Dated: October 5, 2009.

14                               PILLSBURY WINTHROP SHAW PITTMAN LLP
                              ROXANE A. POLIDORA

15                               DOUGLAS R. TRIBBLE
                              CONNIE J. WOLFE

16

17                          By  <u>*/s/ Roxane A. Polidora*</u>
                              Roxane A. Polidora

18                               Attorneys for Defendants
                              PACIFIC BELL TELEPHONE

19                               COMPANY, AT&T SERVICES, INC.,
                              AT&T OPERATIONS, INC.,

20                               and AT&T INC.

21

22

23

24

25

26

27

28

1    Dated: October 5, 2009

2                              KELLER GROVER, LLP
                                 JEFFREY F. KELLER

3

                                 THE JACOBS LAW FIRM, CHTD.

4                               JOHN G. JACOBS
                               BRYAN G. KOLTON

5

                                 DAVID SCHACHMAN & ASSOC., PC

6                               DAVID SCHACHMAN

7

                      By  */s/ John G. Jacobs*

8                                    John G. Jacobs
                               Attorneys for Plaintiff JOY NWABUEZE

9                               and the Putative Class

10

11                    **ATTESTATION OF SIGNATURE**
                      **(N.D. Cal. General Order 45)**

12

13      I, Roxane A. Polidora, hereby attest that concurrence in the filing of the following

14  document:  **STIPULATED REQUEST AND [PROPOSED] ORDER TO MODIFY**

15  **HEARING DATES AND CONTINUE INITIAL CASE MANAGEMENT**

16  **CONFERENCE SCHEDULED FOR NOVEMBER 20, 2009 (Local Rule 6-2)** has been

17  obtained from all of the signatories.

18      Dated: October 5, 2009                   */s/ Roxane A. Polidora*

19

20

21

22

23

24

25

26

27

28

600929942v1                             - 5 -            STIPULATED REQUEST AND [PROPOSED] ORDER TO
                                                MODIFY HEARING DATES AND CONTINUE CASE
                                                  MANAGEMENT CONFERENCE
                                                  Case No. CV 09-01529 SI

1                                    **ORDER**

2              PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiff shall file and

3   serve her opposition to Defendants' 12(b)(6) Motion on or before October 19, 2009;

4   Defendants Pacific Bell Telephone Company, AT&T Services, Inc., and AT&T Operations,

5   Inc. shall file and serve their reply memorandum in support of the 12(b)(6) Motion on or

6   before November 6, 2009, at 9:00 a.m.; and the hearing on Defendants' 12(b)(6) Motion,

7   which is currently scheduled for October 30, 2009, at 9:00 a.m., shall be continued to

8   November 20, 2009.  Further briefing and the hearing on Defendant AT&T Inc.'s 12(b)(2)

9   Motion To Dismiss Plaintiff's First Amended Complaint shall be postponed until after the

10  Court rules on Defendants' 12(b)(6) Motion To Dismiss Plaintiff's First Amended

11  Complaint.  The initial case management conference scheduled for November 20, 2009, at

12  2:30 p.m., is continued until after the Court rules on Defendants' motions to dismiss the

13  First Amended Complaint.

14

15  Dated:  _____

16

17                                        _____
                                              SUSAN Y. ILLSTON
18                                          United States District Judge

19
        The case management conference is continued to 1/22/10
20      @ 2:30 p.m.

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that on October 5, 2009, a true and correct copy of **STIPULATED**

3  **REQUEST AND [PROPOSED] ORDER TO MODIFY HEARING DATES AND**

4  **CONTINUE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR**

5  **NOVEMBER 20, 2009 (Local Rule 6-2)** was electronically transmitted to the Clerk of the

6  Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all

7  ECF registrants in this case.

8

9  _____

10                    Rosita Fe J. Quimpo-Herbilla

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28