PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA  #135972
roxane.polidora@pillsburylaw.com
50 Fremont Street, Fifth Floor
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
DOUGLAS R. TRIBBLE  #116868
CONNIE J. WOLFE  #207661
douglas.tribble@pillsburylaw.com
connie.wolfe@pillsburylaw.com
501 West Broadway, Suite 1100
San Diego, CA  92126-3575
Telephone:  (619) 234-5000
Facsimile:  (619) 236-1995

Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY,
AT&T SERVICES, INC., and
AT&T OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOY NWABUEZE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T INC., a Delaware corporation; PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation; AT&T SERVICES, INC., a Delaware corporation; AT&T OPERATIONS, INC., a Delaware corporation; and DOES 1 through 21,<br><br>Defendants. | Case No. CV 09-01529 SI<br><br>**STIPULATION AND REQUEST FOR ORDER CHANGING THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:         May 7, 2010<br>Time:         3:00 p.m.<br>Courtroom:  10<br>Judge:        Hon. Susan Illston<br><br>First Amended Class Action Complaint<br>Filed:  August 13, 2009 |

1       WHEREAS, Defendants Pacific Bell Telephone Company, AT&T Services, Inc. and
2  AT&T Operations have filed a motion to dismiss the action pursuant to Federal Rules of Civil
3  Procedure, Rule 12(b)(6)and such motion has been heard;

4       WHEREAS, on January 28, 2010, the parties appeared for the initial Case Management
5  Conference at which time the Court set a further Case Management Conference on May 7, 2010;

6       WHEREAS, the Court has not yet ruled on Defendants' motion to dismiss and the issues
7  to be addressed at the Case Management Conference are not yet ripe, thus the parties are willing
8  to stipulate to continue the further Case Management Conference two months.

9       NOW THEREFORE, it is hereby stipulated by and between the parties, through their
10 respective counsel, that parties request an order from the Court:  changing the date of the further
11 Case Management Conference in this action from May 7, 2010, at 3:00 p.m., to two months
12 thereafter as convenient for the Court's calendar.

13 Dated:  April 30, 2009.

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA
DOUGLAS R. TRIBBLE
CONNIE J. WOLFE


By /s/ Connie J. Wolfe
Connie J. Wolfe
Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY,
AT&T SERVICES, INC., and
AT&T OPERATIONS, INC

20 Dated: April 30, 2009.

KELLER GROVER, LLP
JEFFREY F. KELLER
THE JACOBS LAW FIRM, CHTD.
JOHN G. JACOBS
BRYAN G. KOLTON


By /s/ John G. Jacobs
John G. Jacobs
Attorneys for Plaintiff
JOY NWABUEZE

## ATTESTATION OF SIGNATURE
### (N.D. Cal. General Order 45)

I, Connie J. Wolfe, hereby attest that concurrence in the filing of the following document: **STIPULATION AND REQUEST FOR ORDER CHANGING THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE** has been obtained from all of the signatories.

Dated: April 30, 2010  　　　　　　　　　 */s/ Connie J. Wolfe*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2     The Further Case Management Conference, currently scheduled for May 7, 2010,

3 shall be rescheduled to __July 16, 2010__ at __3:00 p.m.__, and all related dates

4 shall be modified accordingly.

5 Date: _____      _/s/ Susan Illston_

                                                                        The Honorable Susan Illston

6                                                                         United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2010, a true and correct copy of **STIPULATION AND REQUEST FOR ORDER CHANGING THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE** was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

_____
Rosita Fe J. Quimpo-Herbilla