1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ROXANE A. POLIDORA  #135972
2  roxane.polidora@pillsburylaw.com
   50 Fremont Street, Fifth Floor
3  Post Office Box 7880
   San Francisco, CA  94120-7880
4  Telephone:  (415) 983-1000
   Facsimile:  (415) 983-1200
5
   PILLSBURY WINTHROP SHAW PITTMAN LLP
6  DOUGLAS R. TRIBBLE  #116868
   CONNIE J. WOLFE #207661
7  douglas.tribble@pillsburylaw.com
   connie.wolfe@pillsburylaw.com
8  501 West Broadway, Suite 1100
   San Diego, CA  92126-3575
9  Telephone:  (619) 234-5000
   Facsimile:  (619) 236-1995
10
   Attorneys for Defendants
11 PACIFIC BELL TELEPHONE COMPANY,
   AT&T SERVICES, INC., and
12 AT&T OPERATIONS, INC.

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16 _____
                                             )
17 JOY NWABUEZE, individually and on behalf ) Case No. CV 09-01529 SI
   of a class of similarly situated individuals, )
18                                           ) **STIPULATION AND REQUEST FOR**
                          Plaintiff,         ) **ORDER CHANGING THE DATE OF**
19                                           ) **THE FURTHER CASE**
                  vs.                        ) **MANAGEMENT CONFERENCE**
20                                           )
   AT&T INC., a Delaware corporation;        ) Date:        July 16, 2010
21 PACIFIC BELL TELEPHONE COMPANY            ) Time:        3:00 p.m.
   d/b/a AT&T CALIFORNIA, a California        ) Courtroom:   10
22 corporation; AT&T SERVICES, INC., a       ) Judge:       Hon. Susan Illston
   Delaware corporation; AT&T OPERATIONS, )
23 INC., a Delaware corporation; and DOES 1  ) First Amended Class Action Complaint
   through 21,                               ) Filed:  August 13, 2009
24                                           )
                          Defendants.        )
25 _____)

26

27

28

1          WHEREAS, a further Case Management Conference is currently scheduled for July 16,

2   2010;

3          WHEREAS, there have been no developments in the action that would warrant a Case

4   Management Conference at this time, thus the parties believe it makes sense to continue the

5   further Case Management Conference two months.

6          NOW THEREFORE, it is hereby stipulated by and between the parties, through their

7   respective counsel, that parties request an order from the Court:  changing the date of the further

8   Case Management Conference in this action from July 16, 2010, at 3:00 p.m., to two months

9   thereafter as convenient for the Court's calendar.

10  Dated:  June 30, 2009.

                                PILLSBURY WINTHROP SHAW PITTMAN LLP
11                              ROXANE A. POLIDORA
                                DOUGLAS R. TRIBBLE
12                              CONNIE J. WOLFE

13
                                By  /s/ Roxane A. Polidora
14                                     Roxane A. Polidora
                                     Attorneys for Defendants
15                              PACIFIC BELL TELEPHONE COMPANY,
                                     AT&T SERVICES, INC., and
16                                   AT&T OPERATIONS, INC

17  Dated: June 30, 2009.

                                KELLER GROVER, LLP
18                              JEFFREY F. KELLER
                                JACOBS KOLTON, CHTD.
19                              JOHN G. JACOBS
                                BRYAN G. KOLTON
20

21
                                By  /s/ John G. Jacobs
22                                   John G. Jacobs
                                     Attorneys for Plaintiff
23                                   JOY NWABUEZE

24

25

26

27

28

1

## ATTESTATION OF SIGNATURE
### (N.D. Cal. General Order 45)

2

3      I, Roxane A. Polidora, hereby attest that concurrence in the filing of the following

4   document:  **STIPULATION AND REQUEST FOR ORDER CHANGING THE DATE**

5   **OF THE FURTHER CASE MANAGEMENT CONFERENCE** has been obtained from

6   all of the signatories.

7   Dated: June 30, 2010                 */s/ Roxane A. Polidora*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2        The Further Case Management Conference, currently scheduled for July 16, 2010, at

3   3:00 p.m. shall be rescheduled to ___9/17/10_____ at ___3 p.m.___, and all re-

4   lated dates shall be modified accordingly.

5   Date: _____      _____
                                          The Honorable Susan Illston
6                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2     I hereby certify that on June 28, 2010, a true and correct copy of **STIPULATION**

3 **AND REQUEST FOR ORDER CHANGING THE DATE OF THE FURTHER CASE**

4 **MANAGEMENT CONFERENCE** was electronically transmitted to the Clerk of the Court

5 using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF

6 registrants in this case.

7

8                                   _____

                                                   Kathy L. Stout

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28