1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ROXANE A. POLIDORA  #135972
2  roxane.polidora@pillsburylaw.com
   50 Fremont Street, Fifth Floor
3  Post Office Box 7880
   San Francisco, CA  94120-7880
4  Telephone:  (415) 983-1000
   Facsimile:  (415) 983-1200
5
   PILLSBURY WINTHROP SHAW PITTMAN LLP
6  DOUGLAS R. TRIBBLE  #116868
   CONNIE J. WOLFE  #207661
7  douglas.tribble@pillsburylaw.com
   connie.wolfe@pillsburylaw.com
8  501 West Broadway, Suite 1100
   San Diego, CA  92126-3575
9  Telephone:  (619) 234-5000
   Facsimile:  (619) 236-1995
10
   Attorneys for Defendants
11 PACIFIC BELL TELEPHONE COMPANY,
   AT&T SERVICES, INC., and
12 AT&T OPERATIONS, INC.

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16  _____
                                             )
17  JOY NWABUEZE, individually and on behalf ) Case No. CV 09-01529 SI
    of a class of similarly situated individuals, )
18                                           ) STIPULATION AND REQUEST FOR
                         Plaintiff,          ) ORDER REGARDING THE
19                                           ) WITHDRAWAL OF DEFENDANTS'
                   vs.                       ) MOTION TO DISMISS AND
20                                           ) CONTINUANCE OF THE FURTHER
    AT&T INC., a Delaware corporation;       ) CASE MANAGEMENT CONFERENCE
21  PACIFIC BELL TELEPHONE COMPANY           )
    d/b/a AT&T CALIFORNIA, a California      ) Courtroom:  10
22  corporation; AT&T SERVICES, INC., a      ) Judge:      Hon. Susan Illston
    Delaware corporation; AT&T OPERATIONS,   )
23  INC., a Delaware corporation; and DOES 1 ) First Amended Class Action Complaint
    through 21,                              ) Filed:  August 13, 2009
24                       Defendants.         )
    _____)
25

26      WHEREAS, Defendants Pacific Bell Telephone Company, AT&T Services, Inc. and

27 AT&T Operations ("Defendants") have filed a motion to dismiss the action pursuant to Federal

28 Rules of Civil Procedure, Rule 12(b)(6) and such motion has been heard;

1   WHEREAS, the Court has not yet ruled on Defendants' motion to dismiss;

2   WHEREAS, in order to accommodate counsels' requirement for additional time to pursue an alternative resolution of the matter prior to the Court's issuance of an order on the motion, the parties request that the Court allow Defendants to withdraw the current motion to dismiss without prejudice to re-file said motion at a later date and with no further briefing or oral argument;

3   WHEREAS, a Further Case Management Conference is currently scheduled for Friday, September 17, 2010 at 3:00 p.m. and, for the same reasons, the parties seek a 45 day continuation of the conference to be scheduled at the Court's convenience.

4   NOW THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel, that the parties request an order from the Court: entering the withdrawal of Defendants' Rule 12(b)(6) motion to dismiss without prejudice to re-file said motion and rescheduling the Further Case Management Conference.

Dated:  September 7, 2009.

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA
DOUGLAS R. TRIBBLE
CONNIE J. WOLFE


By /s/ Roxane A. Polidora
Roxane A. Polidora
Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY,
AT&T SERVICES, INC., and
AT&T OPERATIONS, INC

Dated:  September 7, 2009.

KELLER GROVER, LLP
JEFFREY F. KELLER
JACOBS KOLTON, CHTD.
JOHN G. JACOBS
BRYAN G. KOLTON
DAVID SCHACHMAN & ASSOCIATES, P.C.
DAVID SCHACHMAN


By /s/ John G. Jacobs
John G. Jacobs
Attorneys for Plaintiff
JOY NWABUEZE

## ATTESTATION OF SIGNATURE
### (N.D. Cal. General Order 45)

I, Roxane A. Polidora, hereby attest that concurrence in the filing of the following document: **STIPULATION AND REQUEST FOR ORDER REGARDING THE WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS AND CONTINUANCE OF THE FURTHER CASE MANAGEMENT CONFERENCE** has been obtained from all of the signatories.

Dated: September 7, 2010     /s/ Roxane A. Polidora

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2        The motion of Defendants Pacific Bell Telephone Company, AT&T Services, Inc.
3  and AT&T Operations to dismiss this action pursuant to Federal Rules of Civil Procedure,
4  Rule 12(b)(6), filed on September 18, 2009 and heard on November 20, 2009, is hereby
5  withdrawn without prejudice to re-file said motion at a later date, without further briefing or
6  oral argument.  In addition, the Court reschedules the Further Case Management Conference,
7  currently scheduled for Friday, September 17, 2010 at 3:00 p.m., to __12/16/10 @ 3 p.m.__
8  _____ at _____.
9
10 Date: _____
                                       The Honorable Susan Illston
11                                     United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2010, a true and correct copy of **STIPULATION AND REQUEST FOR ORDER REGARDING THE WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS AND CONTINUANCE OF THE FURTHER CASE MANAGEMENT CONFERENCE** was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

*/s/ Karen J. Costa*
Karen J. Costa