1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    ROXANE A. POLIDORA  #135972
2   roxane.polidora@pillsburylaw.com
    50 Fremont Street, Fifth Floor
3   Post Office Box 7880
    San Francisco, CA  94120-7880
4   Telephone:  (415) 983-1000
    Facsimile:  (415) 983-1200
5
    PILLSBURY WINTHROP SHAW PITTMAN LLP
6   DOUGLAS R. TRIBBLE  #116868
    CONNIE J. WOLFE #207661
7   douglas.tribble@pillsburylaw.com
    connie.wolfe@pillsburylaw.com
8   501 West Broadway, Suite 1100
    San Diego, CA  92126-3575
9   Telephone:  (619) 234-5000
    Facsimile:  (619) 236-1995
10
    Attorneys for Defendants
11  PACIFIC BELL TELEPHONE COMPANY,
    AT&T SERVICES, INC., and
12  AT&T OPERATIONS, INC.

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16

17  JOY NWABUEZE, individually and on behalf      )  Case No. CV 09-01529 SI
    of a class of similarly situated individuals,       )
18                                                  )  STIPULATION AND REQUEST FOR
                            Plaintiff,              )  ORDER REGARDING THE RE-FILING
19                                                  )  OF DEFENDANTS' MOTION TO
                    vs.                             )  DISMISS
20                                                  )
    AT&T INC., a Delaware corporation;              )
21  PACIFIC BELL TELEPHONE COMPANY                  )  Courtroom:   10
    d/b/a AT&T CALIFORNIA, a California             )  Judge:       Hon. Susan Illston
22  corporation; AT&T SERVICES, INC., a             )
    Delaware corporation; AT&T OPERATIONS,          )  First Amended Class Action Complaint
23  INC., a Delaware corporation; and DOES 1        )  Filed:  August 13, 2009
    through 21,                                     )
24                          Defendants.             )

25          WHEREAS, the parties previously filed a stipulation and proposed order on September 7,

26  2010 (Document No. 76) to withdraw the motion to dismiss the action pursuant to Federal Rules

27  of Civil Procedure, Rule 12(b)(6) of Defendants Pacific Bell Telephone Company, AT&T

28  Services, Inc. and AT&T Operations ("Defendants");

1       WHEREAS, on September 8, 2010, the Court entered the Order withdrawing the motion

2   to dismiss without prejudice to re-file said motion at a later date, without further briefing or oral

3   argument (Document No. 77);

4       WHEREAS, Defendants now seek to re-file the motion to dismiss and all supporting

5   documentation;

6       WHEREAS, Plaintiff in response seeks to re-file her opposition and all supporting

7   documentation;

8       WHEREAS the documents associated with Defendant's motion to dismiss and Plaintiff's

9   opposition are as follows in the Court's docket:

10      • MOTION OF DEFENDANTS PACIFIC BELL TELEPHONE COMPANY, AT&T

11         SERVICES, INC., AND AT&T OPERATIONS TO DISMISS PLAINTIFF'S FIRST

12         AMENDED COMPLAINT [F.R.C.P. 12(B)(6)]; SUPPORTING MEMORANDUM

13         **(Document No. 44)**;

14      • REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANT

15         PACIFIC BELL TELEPHONE COMPANY, AT&T SERVICES, INC., AND AT&T

16         OPERATIONS, INC. TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS

17         ACTION COMPLAINT [F.R.C.P. 12(B)(6)]; MEMORANDUM OF POINTS AND

18         AUTHORITIES IN SUPPORT THEREOF **(Document No. 45)**;

19      • EXHIBITS RE [45] REQUEST FOR JUDICIAL NOTICE **(Document No. 46)**;

20      • [PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS PACIFIC BELL

21         TELEPHONE COMPANY, AT&T SERVICES, INC., AND AT&T OPERATIONS,

22         INC. TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION

23         COMPLAINT [F.R.C.P. 12(B)(6)] **(Document No. 47)**;

24      • PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS

25         PLAINTIFF'S FIRST AMENDED COMPLAINT **(Document No. 57)**;

26      • REPLY MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS

27         PACIFIC BELL TELEPHONE COMPANY, AT&T SERVICES, INC., AND AT&T

28         OPERATIONS, INC. TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

STIPULATION AND REQUEST FOR ORDER RE: THE RE-FILING OF
                                                 DEFENDANTS' MOTION TO DISMISS
                                                 Case No. CV 09-01529 SI

1           [F.R.C.P. 12(B)(6)] **(Document No. 58)**;

2      •  LETTER FROM JOHN G. JACOBS LETTER TO COURT **(Document No. 65)**;

3      •  PLAINTIFF'S REQUEST TO SUBMIT ADDITIONAL AUTHORITY IN

4         OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST

5         AMENDED COMPLAINT **(Document No. 66)**;

6      •  DEFENDANTS' OBJECTION TO PLAINTIFF'S REQUEST TO SUBMIT

7         ADDITIONAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO

8         DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [F.R.C.P. 12(B)(6)]

9         **(Document No. 67)**; and

10    •  Hearing Transcript of November 20, 2009 re: motion to dismiss **(Document No. 61)**.

11        NOW THEREFORE, it is hereby stipulated by and between the parties, through their

12 respective counsel, that the parties request an order from the Court deeming that Defendants'

13 Motion to Dismiss and all supporting and opposing documents (as listed above) to be re-filed as

14 of the date of the Court's Order.

15 Dated:  October 14, 2010.

16                         PILLSBURY WINTHROP SHAW PITTMAN LLP
                            ROXANE A. POLIDORA

17                         DOUGLAS R. TRIBBLE
                            CONNIE J. WOLFE

18

19                     By  */s/ Roxane A. Polidora*
                           Roxane A. Polidora
                           Attorneys for Defendants

20                     PACIFIC BELL TELEPHONE COMPANY,
                           AT&T SERVICES, INC., and

21                           AT&T OPERATIONS, INC.

22 Dated:  October 14, 2010.

23                     KELLER GROVER, LLP
                            JEFFREY F. KELLER

24                     JACOBS KOLTON, CHTD.
                            JOHN G. JACOBS

25                     BRYAN G. KOLTON
                           DAVID SCHACHMAN & ASSOCIATES, P.C.

26                     DAVID SCHACHMAN

27                     By  */s/ John G. Jacobs*
                           John G. Jacobs
                           Attorneys for Plaintiff

28                           JOY NWABUEZE

1

**ATTESTATION OF SIGNATURE**
**(N.D. Cal. General Order 45)**

2

3      I, Roxane A. Polidora, hereby attest that concurrence in the filing of the following

4   document:  STIPULATION AND REQUEST FOR ORDER REGARDING THE RE-

5   FILING OF DEFENDANTS' MOTION TO DISMISS has been obtained from all of the sig-

6   natories.

7   Dated:  October 14, 2010                   */s/ Roxane A. Polidora*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND REQUEST FOR ORDER RE: THE RE-FILING
OF DEFENDANTS' MOTION TO DISMISS
Case No. CV 09-01529 SI

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2         The motion of Defendants Pacific Bell Telephone Company, AT&T Services, Inc.

3    and AT&T Operations to dismiss this action pursuant to Federal Rules of Civil Procedure,

4    Rule 12(b)(6), originally filed on September 18, 2009 and heard on November 20, 2009, is

5    hereby deemed re-filed, along with all supporting and opposing documents as listed below:

6    • MOTION OF DEFENDANTS PACIFIC BELL TELEPHONE COMPANY,

7      AT&T SERVICES, INC., AND AT&T OPERATIONS TO DISMISS

8      PLAINTIFF'S FIRST AMENDED COMPLAINT [F.R.C.P. 12(B)(6)];

9      SUPPORTING MEMORANDUM **(Document No. 44)**;

10   • REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF

11     DEFENDANT PACIFIC BELL TELEPHONE COMPANY, AT&T SERVICES,

12     INC., AND AT&T OPERATIONS, INC. TO DISMISS PLAINTIFF'S FIRST

13     AMENDED CLASS ACTION COMPLAINT [F.R.C.P. 12(B)(6)];

14     MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

15     **(Document No. 45)**;

16   • EXHIBITS RE [45] REQUEST FOR JUDICIAL NOTICE **(Document No. 46)**;

17   • [PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS PACIFIC

18     BELL TELEPHONE COMPANY, AT&T SERVICES, INC., AND AT&T

19     OPERATIONS, INC. TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS

20     ACTION COMPLAINT [F.R.C.P. 12(B)(6)] **(Document No. 47)**;

21   • PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS

22     PLAINTIFF'S FIRST AMENDED COMPLAINT **(Document No. 57)**;

23   • REPLY MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS

24     PACIFIC BELL TELEPHONE COMPANY, AT&T SERVICES, INC., AND

25     AT&T OPERATIONS, INC. TO DISMISS PLAINTIFF'S FIRST AMENDED

26     COMPLAINT [F.R.C.P. 12(B)(6)] **(Document No. 58)**;

27   • LETTER FROM JOHN G. JACOBS LETTER TO COURT **(Document No. 65)**;

28

1       •   PLAINTIFF'S REQUEST TO SUBMIT ADDITIONAL AUTHORITY IN

2            OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S

3            FIRST AMENDED COMPLAINT **(Document No. 66)**; and

4       •   DEFENDANTS' OBJECTION TO PLAINTIFF'S REQUEST TO SUBMIT

5            ADDITIONAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION

6            TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [F.R.C.P.

7            12(B)(6)] **(Document No. 67);** and

8       •   Hearing Transcript of November 20, 2009 re: motion to dismiss **(Document No.**

9            **61)**.

10

11  Date**:** _____    _____

12                                          The Honorable Susan Illston
                                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on October 14, 2010, a true and correct copy of STIPULATION

3  AND REQUEST FOR ORDER REGARDING THE RE-FILING OF DEFENDANTS'

4  MOTION TO DISMISS was electronically transmitted to the Clerk of the Court using the

5  ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants

6  in this case.

7

8                              _/s/Kathy Stout_____
                                        Kathy Stout
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND REQUEST FOR ORDER RE: THE RE-FILING
                                       OF DEFENDANTS' MOTION TO DISMISS
                                       Case No. CV 09-01529 SI