1 PILLSBURY WINTHROP SHAW
  PITTMAN LLP
2 ROXANE A. POLIDORA  #135972
  roxane.polidora@pillsburylaw.com
3 50 Fremont Street, Fifth Floor
  Post Office Box 7880
4 San Francisco, CA  94120-7880
  Telephone: (415) 983-1000
5 Facsimile: (415) 983-1200

6 PILLSBURY WINTHROP SHAW
  PITTMAN LLP
7 DOUGLAS R. TRIBBLE  #116868
  CONNIE J. WOLFE  #207661
8 douglas.tribble@pillsburylaw.com
  connie.wolfe@pillsburylaw.com
9 501 West Broadway, Suite 1100
  San Diego, CA  92126-3575
10 Telephone:   (619) 234-5000
  Facsimile:   (619) 236-1995
11
  Attorneys for Defendants
12 PACIFIC BELL TELEPHONE COMPANY,
  AT&T SERVICES, INC., AT&T INC. and
13 AT&T OPERATIONS, INC.

KELLER GROVER, LLP
JEFFREY F. KELLER #148005
jfkeller@kellergrover.com
1965 Market Street
San Francisco, CA 94103
Telephone:    (415) 543-1305
Facsimile:    (415) 543-7861

JACOBS KOLTON, CHTD.
JOHN G. JACOBS  (*Pro Hac Vice*)
BRYAN G. KOLTON  (*Pro Hac Vice*)
jgjacobs@jacobskolton.com
bgkolton@jacobskolton.com
122 South Michigan Avenue, Suite 1850
Chicago, IL  60603
Telephone:    (312) 427-4000
Facsimile:    (312) 427-1850

DAVID SCHACHMAN & ASSOC., PC
DAVID SCHACHMAN (*Pro Hac Vice*)
ds@schachmanlaw.com
122 South Michigan Avenue, Suite 1850
Chicago, IL  60603
Telephone:    (312) 427-9500
Facsimile:    (312) 427-1850

14                                         Attorneys for Plaintiff JOY NWABUEZE
                                             and the Putative Class

15

16                             UNITED STATES DISTRICT COURT

17                          NORTHERN DISTRICT OF CALIFORNIA

18                              SAN FRANCISCO DIVISION

19 _____
                                      )
20 JOY NWABUEZE, individually and on behalf )  Case No. CV 09-01529 SI
  of a class of similarly situated individuals,    )
21                                           )
                                  Plaintiff,   )
22                                           )  STIPULATED REQUEST AND
                                          )  [~~Proposed~~] ORDER EXTENDING
23                            vs.                 )  DEFENDANT AT&T, INC.'S TIME TO
                                          )  RESPOND TO FIRST AMENDED
  AT&T INC., a Delaware corporation;         )  COMPLAINT
24 PACIFIC BELL TELEPHONE COMPANY    )  [Local Rule 6-2]
  d/b/a AT&T CALIFORNIA, a California      )
25 corporation; AT&T SERVICES, INC., a       )  Judge:        Hon. Susan Illston
  Delaware corporation; AT&T OPERATIONS, )
26 INC., a Delaware corporation; and DOES 1   )  First Amended Class Action Complaint
  through 21,                               )  Filed:  August 13, 2009
27                                           )
                            Defendants.    )
28 _____ )

1    WHEREAS, Plaintiff Joy Nwabueze ("Plaintiff") caused the Summons and

2    Complaint in this action to be served on Defendant AT&T Inc. on April 30, 2009;

3    WHEREAS, Plaintiff subsequently filed a First Amended Complaint for Damages,

4    Declaratory and Injunctive Relief on August 13, 2009;

5    WHEREAS, Defendant AT&T, Inc. filed a Motion to Dismiss for Lack of Personal

6    Jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, on

7    September 18, 2009, and that motion was taken off calendar pending the resolution of the

8    Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure filed

9    by the other Defendants and joined by AT&T Inc. in the alternative;

10   WHEREAS, in a Minute Order dated February 4, 2011, the Court terminated all

11   prior motions to dismiss and set March 18, 2011 as the date by which any such motions to

12   dismiss must be refiled, if necessary;

13   WHEREAS, parties have been engaged in discussions regarding the possible

14   dismissal without prejudice of Defendant AT&T, Inc., and require additional time to

15   complete such discussions;

16   WHEREAS, Defendant AT&T, Inc. requested, and Plaintiff agreed, to stipulate to a

17   thirty-day extension of the time, until April 18, 2011, within which Defendant AT&T, Inc.

18   must respond to the First Amended Complaint;

19   WHEREAS, the parties believe that deferring the issue of personal jurisdiction over

20   Defendant AT&T, Inc. at this time will not delay the litigation and may instead realize

21   efficiencies and judicial economy;

22   WHEREAS, the extension will not alter the date of any event or deadline already fixed by

23   Court order other than Defendant AT&T, Inc.'s response date;

24   / / /

25   / / /

26   / / /

27

28

601401315v1                          - 2 -    STIPULATED REQUEST AND [Proposed] ORDER EXTENDING
                                               AT&T, INC.'S TIME TO RESPOND TO
                                               FIRST AMENDED COMPLAINT
                                               Case No. CV 09-01529 SI

1    NOW THEREFORE, it is hereby stipulated by and between the parties, through

2  their respective counsel, that Defendant AT&T Inc. shall have until April 18, 2011, within

3  which to respond to Plaintiff's First Amended Complaint.

4  Dated: March 14, 2011.

PILLSBURY WINTHROP SHAW PITTMAN LLP
5  ROXANE A. POLIDORA
CONNIE J. WOLFE

6
By  /s/ Roxane A. Polidora
7  Roxane A. Polidora
Attorneys for Defendant
8  AT&T INC.

9  Dated:  March 14, 2011          KELLER GROVER, LLP
JEFFREY F. KELLER
10
JACOBS KOLTON, CHTD.
11  JOHN G. JACOBS
BRYAN G. KOLTON
12
DAVID SCHACHMAN & ASSOC., PC
13  DAVID SCHACHMAN

14
By  /s/ John G. Jacobs
15  John G. Jacobs
Attorneys for Plaintiff
16  JOY NWABUEZE and the Putative Class

17
**ATTESTATION OF SIGNATURE**
18  **(N.D. Cal. General Order 45)**

19    I, Roxane A. Polidora, hereby attest that concurrence in the filing of the following

20  document: **STIPULATED REQUEST AND [Proposed] ORDER EXTENDING**

21  **DEFENDANT AT&T, INC.'S TIME TO RESPOND TO FIRST AMENDED**

22  **COMPLAINT [Local Rule 6-2]** has been obtained from all of the signatories.

23  Dated: March 14, 2011          /s/ Roxane A. Polidora

24  / / /

25  / / /

26  / / /

27

28

1           **ORDER**

2           PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadline for

3   Defendant AT&T Inc. to answer or otherwise respond to the First Amended Complaint

4   shall be and is hereby extended to April 17, 2011.

5   Date: ____3/14/11_____     _____

6                                                          The Honorable Susan Illston
                                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

601401315v1                                  - 4 -       STIPULATED REQUEST AND [Proposed] ORDER EXTENDING
                                                         TIME FOR DEFENDANT AT&T, INC. TO RESPOND TO
                                                         FIRST AMENDED COMPLAINT
                                                         Case No. CV 09-01529 SI

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on March 14, 2011, a true and correct copy of **STIPULATED**

3   **REQUEST AND [Proposed] ORDER EXTENDING DEFENDANT AT&T, INC.'S**

4   **TIME TO RESPOND TO FIRST AMENDED COMPLAINT [Local Rule 6-2]** was

5   electronically transmitted to the Clerk of the Court using the ECF System for filing and

6   transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

7

8                                    _____
                                             Kathy Stout

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -        STIPULATED REQUEST AND [Proposed] ORDER EXTENDING
                                                            TIME FOR DEFENDANT AT&T, INC. TO RESPOND TO
                                                            FIRST AMENDED COMPLAINT
                                                            Case No. CV 09-01529 SI