1  PILLSBURY WINTHROP SHAW
   PITTMAN LLP
2  ROXANE A. POLIDORA  #135972
   roxane.polidora@pillsburylaw.com
3  50 Fremont Street, Fifth Floor
   Post Office Box 7880
4  San Francisco, CA  94120-7880
   Telephone: (415) 983-1000
5  Facsimile: (415) 983-1200

6  PILLSBURY WINTHROP SHAW
   PITTMAN LLP
7  DOUGLAS R. TRIBBLE  #116868
   CONNIE J. WOLFE  #207661
8  douglas.tribble@pillsburylaw.com
   connie.wolfe@pillsburylaw.com
9  501 West Broadway, Suite 1100
   San Diego, CA  92126-3575
10 Telephone:   (619) 234-5000
   Facsimile:   (619) 236-1995
11
   Attorneys for Defendants
12 PACIFIC BELL TELEPHONE COMPANY,
   AT&T SERVICES, INC., AT&T INC. and
13 AT&T OPERATIONS, INC.

   KELLER GROVER, LLP
   JEFFREY F. KELLER #148005
   jfkeller@kellergrover.com
   1965 Market Street
   San Francisco, CA 94103
   Telephone:    (415) 543-1305
   Facsimile:    (415) 543-7861

   JACOBS KOLTON, CHTD.
   JOHN G. JACOBS  (*Pro Hac Vice*)
   BRYAN G. KOLTON  (*Pro Hac Vice*)
   jgjacobs@jacobskolton.com
   bgkolton@jacobskolton.com
   122 South Michigan Avenue, Suite 1850
   Chicago, IL  60603
   Telephone:    (312) 427-4000
   Facsimile:    (312) 427-1850

   DAVID SCHACHMAN & ASSOC., PC
   DAVID SCHACHMAN (*Pro Hac Vice*)
   ds@schachmanlaw.com
   122 South Michigan Avenue, Suite 1850
   Chicago, IL  60603
   Telephone:    (312) 427-9500
   Facsimile:    (312) 427-1850

14 Attorneys for Plaintiff JOY NWABUEZE
   and the Putative Class

15

16                   UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19 _____
                                            )
20 JOY NWABUEZE, individually and on behalf )  Case No. CV 09-01529 SI
   of a class of similarly situated individuals, )
21                                          )
                                            )
22                        Plaintiff,        )  STIPULATED REQUEST AND
                                            )  [Proposed] ORDER EXTENDING
23              vs.                         )  DEFENDANT AT&T, INC.'S TIME TO
                                            )  RESPOND TO FIRST AMENDED
24 AT&T INC., a Delaware corporation;       )  COMPLAINT
   PACIFIC BELL TELEPHONE COMPANY           )  [Local Rule 6-2]
25 d/b/a AT&T CALIFORNIA, a California      )
   corporation; AT&T SERVICES, INC., a      )  Judge:     Hon. Susan Illston
26 Delaware corporation; AT&T OPERATIONS,   )
   INC., a Delaware corporation; and DOES 1 )  First Amended Class Action Complaint
27 through 21,                              )  Filed:  August 13, 2009
                                            )
28                        Defendants.       )
   _____)

1  WHEREAS, Plaintiff Joy Nwabueze ("Plaintiff") caused the Summons and
2  Complaint in this action to be served on Defendant AT&T Inc. on April 30, 2009;
3  WHEREAS, Plaintiff subsequently filed a First Amended Complaint for Damages,
4  Declaratory and Injunctive Relief on August 13, 2009;
5  WHEREAS, Defendant AT&T, Inc. filed a Motion to Dismiss for Lack of Personal
6  Jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, on
7  September 18, 2009, and that motion was taken off calendar pending the resolution of the
8  Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure filed
9  by the other Defendants and joined by AT&T Inc. in the alternative;
10  WHEREAS, in a Minute Order dated February 4, 2011, the Court terminated all
11  prior motions to dismiss and set March 18, 2011 as the date by which any such motions to
12  dismiss must be refiled, if necessary;
13  WHEREAS, parties have been engaged in discussions regarding the possible
14  dismissal without prejudice of Defendant AT&T, Inc., and require additional time to
15  complete such discussions;
16  WHEREAS, Defendant AT&T, Inc. requested, and Plaintiff agreed, to stipulate to a
17  thirty-day extension of the time until April 18, 2011, within which Defendant AT&T, Inc.
18  must respond to the First Amended Complaint;
19  WHEREAS, on March 14, 2011, the Court entered an Order granting the thirty-day
20  extension of time for Defendant AT&T, Inc. to respond to the First Amended Complaint.
21  WHEREAS, Defendant AT&T, Inc. requested, and Plaintiff agreed, to stipulate to
22  an additional thirty-day extension of the time, until May 18, 2011, within which Defendant
23  AT&T, Inc. must respond to the First Amended Complaint;
24  WHEREAS, the parties believe that deferring the issue of personal jurisdiction over
25  Defendant AT&T, Inc. at this time will not delay the litigation and may instead realize
26  efficiencies and judicial economy;
27  WHEREAS, the extension will not alter the date of any event or deadline already
28  fixed by Court order other than Defendant AT&T, Inc.'s response date;

1     NOW THEREFORE, it is hereby stipulated by and between the parties, through
2 their respective counsel, that Defendant AT&T Inc. shall have until May 18, 2011, within
3 which to respond to Plaintiff's First Amended Complaint.

4 Dated: April 11, 2011.

        PILLSBURY WINTHROP SHAW PITTMAN LLP
        ROXANE A. POLIDORA
        CONNIE J. WOLFE

        By */s/ Roxane A. Polidora*
            Roxane A. Polidora
            Attorneys for Defendant
            AT&T INC.

9 Dated: April 11, 2011

        KELLER GROVER, LLP
        JEFFREY F. KELLER

        JACOBS KOLTON, CHTD.
        JOHN G. JACOBS
        BRYAN G. KOLTON

        DAVID SCHACHMAN & ASSOC., PC
        DAVID SCHACHMAN

        By */s/ John G. Jacobs*
            John G. Jacobs
            Attorneys for Plaintiff
            JOY NWABUEZE and the Putative Class

**ATTESTATION OF SIGNATURE**
**(N.D. Cal. General Order 45)**

19     I, Roxane A. Polidora, hereby attest that concurrence in the filing of the following
20 document: **STIPULATED REQUEST AND [Proposed] ORDER EXTENDING**
21 **DEFENDANT AT&T, INC.'S TIME TO RESPOND TO FIRST AMENDED**
22 **COMPLAINT [Local Rule 6-2]** has been obtained from all of the signatories.

23 Dated: April 11, 2011         */s/ Roxane A. Polidora*

1
2
3 **ORDER**

4     PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for

5 Defendant AT&T Inc. to answer or otherwise respond to the First Amended Complaint

6 shall be and is hereby extended to May 18, 2011.

7 Date: 4/13/11      /s/ Susan Illston

    The Honorable Susan Illston
8     United States District Judge

1 | **CERTIFICATE OF SERVICE**

2 I hereby certify that on April 12, 2011, a true and correct copy of **STIPULATED**
3 **REQUEST AND [Proposed] ORDER EXTENDING DEFENDANT AT&T, INC.'S**
4 **TIME TO RESPOND TO FIRST AMENDED COMPLAINT [Local Rule 6-2]** was
5 electronically transmitted to the Clerk of the Court using the ECF System for filing and
6 transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

*Kathy Stout*
Kathy Stout

601401315v1 — - 5 - — STIPULATED REQUEST AND [Proposed] ORDER EXTENDING
TIME FOR DEFENDANT AT&T, INC. TO RESPOND TO
FIRST AMENDED COMPLAINT
Case No. CV 09-01529 SI