| | | |
|---|---|---|
| 1 | Jeffrey F. Keller (State Bar No. 148005)<br>KELLER GROVER, LLP | Douglas R. Tribble (State Bar No. 116868)<br>Connie J. Wolfe (State Bar No. 207661) |
| 2 | 1965 Market Street San Francisco,<br>California 94103 | PILLSBURY WINTHROP SHAW PITTMAN<br>LLP |
| 3 | Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861 | 501 W. Broadway, Suite 1100<br>San Diego, CA 92101-3575 |
| 4 | E-Mail: jfkeller@kellergrover.com | Telephone: (619) 234-5000<br>Facsimile: (619) 236-1995 |
| 5 | John G. Jacobs (*pro hac vice*)<br>Bryan G. Kolton (*pro hac vice*) | E-Mail: douglas.tribble@pillsburylaw.com<br>E-Mail: connie.wolfe@pillsburylaw.com |
| 6 | JACOBS KOLTON, CHTD.<br>122 South Michigan Avenue, Suite 1850 | Roxane A. Polidora (State Bar No. 135972) |
| 7 | Chicago, Illinois 60603<br>Telephone: (312) 427-4000 | PILLSBURY WINTHROP SHAW PITTMAN<br>LLP |
| 8 | Facsimile: (312) 427-1850<br>E-Mail: jgjacobs@jacobskolton.com | 50 Fremont Street, Fifth Floor<br>Post Office Box 7880 |
| 9 | E-Mail: bgkolton@jacobskolton.com | San Francisco, CA 94120-7880<br>Telephone: (415) 983-1000 |
| 10 | David Schachman (*pro hac vice*)<br>DAVID SCHACHMAN & ASSOCIATES, | Facsimile: (415) 983-1200<br>E-Mail: roxane.polidora@pillsburylaw.com |
| 11 | P.C.<br>122 South Michigan Avenue, Suite 1850 | *Attorneys for Defendants* |
| 12 | Chicago, Illinois 60603<br>Telephone: (312) 427-9500 | *Pacific Bell Telephone Company,*<br>*AT&T Services, Inc., and* |
| 13 | Facsimile: (312) 427-1850<br>E-Mail: ds@schachmanlaw.com | *AT&T Operations, Inc.* |
| 14 | | |
| 15 | *Attorneys for Plaintiff Joy Nwabueze and*<br>*the putative class* | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | JOY NWABUEZE, individually and on<br>behalf of a class of similarly situated | Case No. CV 09-1529 SI |
| 20 | individuals, | |
| 21 | Plaintiff, | **STIPULATION OF DISMISSAL OF AT&T**<br>**INC. [F.R.C.P. Rule 41(a)(1)(A)(ii)]** |
| 22 | vs. | Courtroom: 10<br>Judge: Hon. Susan Illston |
| 23 | AT&T INC., a Delaware corporation;<br>PACIFIC BELL TELEPHONE | |
| 24 | COMPANY d/b/a AT&T CALIFORNIA, a<br>California corporation; AT&T SERVICES, | First Amended Class Action Complaint<br>Filed: August 13, 2009 |
| 25 | INC., a Delaware corporation; AT&T<br>OPERATIONS, INC., a Delaware | |
| 26 | corporation; and DOES 1 through 21, | |
| 27 | Defendants. | |

915924.2

STIPULATION OF DISMISSAL OF AT&T INC.
CASE NO. CV 09-1529 SI

1  Plaintiff Joy Nwabueze, by and through her counsel, and Defendants Pacific Bell
2  Telephone Company, AT&T Services, Inc., AT&T Operations, Inc., and AT&T Inc.
3  ("Defendants"), by and through their counsel, hereby stipulate and agree to the following:

4  1.  Counsel for Defendants has requested that named defendant AT&T Inc. be
5  dismissed without prejudice from the complaint based upon representations made in a motion to
6  dismiss previously filed by AT&T Inc.

7  2.  Defendant AT&T Inc. agrees that it will respond to Plaintiff's First Request for
8  Production of Documents as if it was still a defendant in this case and will comply with any
9  orders entered by the Court regarding those requests as if it was still a defendant in this case,
10 provided, however, that Defendant AT&T shall not be required to respond to Request No. 65
11 except as set forth in Paragraph 6, below.

12 3.  Defendants, including AT&T Inc., agree that if AT&T Inc. is dismissed pursuant
13 to the terms of this stipulation, they will not withhold any discovery on the grounds that AT&T
14 Inc. is no longer a named defendant in the case, and will not use the fact that AT&T Inc. is not a
15 defendant as a basis for opposing discovery.

16 4.  Defendants agree that the statute of limitations shall be tolled for AT&T Inc., as of
17 the date of Plaintiff's filing of her original complaint, as to the transactions and events at issue in
18 the complaint. Defendants further agree that Plaintiff may, in her discretion, re-name Defendant
19 AT&T Inc. in this litigation without the necessity for a formal noticed motion.

20 5.  Both sides agree that, while they disagree as to the question of this Court's
21 jurisdiction over AT&T, Inc., it is not a prudent expenditure of the parties' and the Court's
22 resources to deal with that issue at this juncture of the litigation and thus have agreed to the
23 stipulation set forth herein.

24 6.  Based upon the agreements and representations set forth herein, Plaintiff hereby
25 agrees to dismiss AT&T Inc. from this action without prejudice pursuant to Rule 41 (a)(1)(A)(ii).
26 Plaintiff further agrees that she will not require Defendants, including AT&T Inc., to produce
27 documents responsive to the personal jurisdiction document request, Request No. 65, in
28 Plaintiff's First Request for Production of Documents propounded upon each Defendant, unless

1 | Plaintiff re-names AT&T Inc. as a defendant, as set forth above.

2 |     IT IS SO STIPULATED.

3 | Dated: June 17, 2011.

                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                        ROXANE A. POLIDORA
                                        CONNIE J. WOLFE

                                        By /s/ Roxane A. Polidora
                                            Roxane A. Polidora
                                          Attorneys for Defendants
                            Pacific Bell Telephone Company, AT&T Services,
                              Inc.; AT&T Operations, Inc. and AT&T Inc.

Dated: June 17, 2011

                                        KELLER GROVER, LLP
                                        JEFFREY F. KELLER

                                        JACOBS KOLTON, CHTD.
                                        JOHN G. JACOBS
                                        BRYAN G. KOLTON

                                        DAVID SCHACHMAN & ASSOC., PC
                                        DAVID SCHACHMAN

                                        By /s/ John G. Jacobs
                                            John G. Jacobs
                                          Attorneys for Plaintiff
                                      Joy Nwabueze and the Putative Class

**ATTESTATION OF SIGNATURE**
**(N.D. Cal. General Order 45)**

    I, Roxane A. Polidora, hereby attest that concurrence in the filing of the following document: **STIPULATION OF DISMISSAL OF AT&T INC. [F.R.C.P. Rule 41(a)(1)(A)(ii)]** has been obtained from all of the signatories.

Dated: June 17, 2011                /s/ Roxane A. Polidora

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2011, a true and correct copy of **STIPULATION OF DISMISSAL OF AT&T INC. [F.R.C.P. Rule 41(a)(1)(A)(ii)]** was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

_____
Rosita Fe J. Quimpo-Herbilla