| | | |
|---|---|---|
| 1 | Jeffrey F. Keller (State Bar No. 148005)<br>KELLER GROVER, LLP | Douglas R. Tribble (State Bar No. 116868)<br>Connie J. Wolfe  (State Bar No. 207661) |
| 2 | 1965 Market Street San Francisco,<br>California 94103 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 3 | Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861 | 501 W. Broadway, Suite 1100<br>San Diego, CA  92101-3575 |
| 4 | E-Mail: jfkeller@kellergrover.com | Telephone: (619) 234-5000<br>Facsimile: (619) 236-1995 |
| 5 | John G. Jacobs (*pro hac vice*)<br>Bryan G. Kolton (*pro hac vice*) | E-Mail:  douglas.tribble@pillsburylaw.com<br>E-Mail:  connie.wolfe@pillsburylaw.com |
| 6 | JACOBS KOLTON, CHTD.<br>122 South Michigan Avenue, Suite 1850 | Roxane A. Polidora (State Bar No. 135972) |
| 7 | Chicago, Illinois 60603<br>Telephone: (312) 427-4000 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 8 | Facsimile: (312) 427-1850<br>E-Mail: jgjacobs@jacobskolton.com | 50 Fremont Street, Fifth Floor<br>Post Office Box 7880 |
| 9 | E-Mail: bgkolton@jacobskolton.com | San Francisco, CA  94120-7880<br>Telephone:  (415) 983-1000 |
| 10 | David Schachman (*pro hac vice*)<br>DAVID SCHACHMAN & ASSOCIATES, | Facsimile:  (415) 983-1200<br>E-Mail:  roxane.polidora@pillsburylaw.com |
| 11 | P.C.<br>122 South Michigan Avenue, Suite 1850 | *Attorneys for Defendants* |
| 12 | Chicago, Illinois 60603<br>Telephone: (312) 427-9500 | |
| 13 | Facsimile: (312) 427-1850<br>E-Mail: ds@schachmanlaw.com | |
| 14 | | |
| 15 | *Attorneys for Plaintiff Joy Nwabueze and the putative class* | |
| 16 | | |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | JOY NWABUEZE, individually and on behalf of a class of similarly situated individuals, | Case No.  CV 09-1529 SI |
| 20 | | |
| 21 | Plaintiff, | STIPULATION REGARDING CHANGE OF HEARING DATE |
| 22 | vs. | Courtroom: 10<br>Judge:       Hon. Susan Illston |
| 23 | AT&T INC., a Delaware corporation;<br>PACIFIC BELL TELEPHONE | |
| 24 | COMPANY d/b/a AT&T CALIFORNIA, a California corporation; AT&T SERVICES, | First Amended Class Action Complaint<br>Filed:  August 13, 2009 |
| 25 | INC., a Delaware corporation; AT&T<br>OPERATIONS, INC., a Delaware | |
| 26 | corporation; and DOES 1 through 21, | |
| 27 | Defendants. | |
| 28 | | |

601512214v1

STIPULATION REGARDING CHANGE OF HEARING DATE
CASE NO. CV 09-1529 SI

601512214v1

1  Plaintiff Joy Nwabueze, by and through her counsel, and Defendants Pacific Bell Telephone Company, AT&T Services, Inc., and AT&T Operations, Inc. ("Defendants"), hereby stipulate and agree to the following:

  1. Plaintiff has filed a Motion To Appoint Interim Class Counsel, Compel Discovery And For Other Relief ("the Motion"), noticed for hearing at 9:00 a.m. on August 5, 2011.

  2. The Motion has been fully briefed. Following briefing, the Court changed the date for the hearing of the Motion to August 12, 2011.

  3. Plaintiff's lead counsel has an irreconcilable conflict for that date, and accordingly, the parties have agreed to move the hearing date to a date convenient to the Court. The Court's clerk has advised counsel that the next available date for hearing of the Motion is August 26, 2011 at 9:00 a.m.

  4. Accordingly, the parties agree to have the Motion heard at 9:00 a.m. on August 26, 2011.

IT IS SO STIPULATED.

Dated: August 1, 2011.

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA
CONNIE J. WOLFE

By  /s/ Roxane A. Polidora
Roxane A. Polidora
Attorneys for Defendants
Pacific Bell Telephone Company, AT&T Services, Inc.; AT&T Operations, Inc. and AT&T Inc.

Dated: August 1, 2011

KELLER GROVER, LLP
JEFFREY F. KELLER

JACOBS KOLTON, CHTD.
JOHN G. JACOBS
BRYAN G. KOLTON

DAVID SCHACHMAN & ASSOC., PC
DAVID SCHACHMAN

By  /s/ John G. Jacobs
John G. Jacobs
Attorneys for Plaintiff

601512214v1     - 1 -     STIPULATION REGARDING CHANGE OF HEARING DATE
CASE NO. CV 09-1529 SI

601512214v1

1                                                             Joy Nwabueze and the Putative Class

2 IT IS SO ORDERED.

3

4       Date: _____8/2/11_____, 2011

5

6                                    Enter: _____
                                               United State District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

601512214v1                            - 2 -                           STIPULATION REGARDING CHANGE OF HEARING DATE
                                                                                            CASE NO. CV 09-1529 SI

601512214v1