Jeffrey F. Keller (State Bar No. 148005)
KELLER GROVER, LLP
1965 Market Street San Francisco,
California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
E-Mail: jfkeller@kellergrover.com

John G. Jacobs (*pro hac vice*)
Bryan G. Kolton (*pro hac vice*)
JACOBS KOLTON, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850
E-Mail: jgjacobs@jacobskolton.com
E-Mail: bgkolton@jacobskolton.com

David Schachman (*pro hac vice*)
DAVID SCHACHMAN & ASSOCIATES, P.C.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-9500
Facsimile: (312) 427-1850
E-Mail: ds@schachmanlaw.com

*Attorneys for Plaintiff Joy Nwabueze and the putative class*

Douglas R. Tribble (State Bar No. 116868)
Connie J. Wolfe (State Bar No. 207661)
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 W. Broadway, Suite 1100
San Diego, CA  92101-3575
Telephone: (619) 234-5000
Facsimile: (619) 236-1995
E-Mail: douglas.tribble@pillsburylaw.com
E-Mail: connie.wolfe@pillsburylaw.com

Roxane A. Polidora (State Bar No. 135972)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street, Fifth Floor
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200
E-Mail:  roxane.polidora@pillsburylaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOY NWABUEZE, individually and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AT&T INC., a Delaware corporation; PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation; AT&T SERVICES, INC., a Delaware corporation; AT&T OPERATIONS, INC., a Delaware corporation; and DOES 1 through 21,<br><br>                    Defendants. | Case No.  CV 09-1529 SI<br><br>STIPULATION REGARDING CHANGE OF HEARING DATE<br><br>Courtroom: 10<br>Judge:      Hon. Susan Illston<br><br>First Amended Class Action Complaint Filed:  August 13, 2009 |

Plaintiff Joy Nwabueze, by and through her counsel, and Defendants Pacific Bell Telephone Company, AT&T Services, Inc., and AT&T Operations, Inc. ("Defendants"), hereby stipulate and agree to the following:

1. Plaintiff filed a Motion To Appoint Interim Class Counsel, Compel Discovery And For Other Relief ("the Motion"), originally noticed for hearing at 9:00 a.m. on August 5, 2011.

2. The Motion has been fully briefed. Following briefing, the Court changed the date for the hearing of the Motion to August 12, 2011, and the parties later stipulated to continue the hearing to August 26, 2011.

3. Given that the parties resumed mediation before the Hon. Eugene F. Lynch (Ret.) that continued through August 26, 2011, the parties filed a Stipulation Regarding Change of Hearing Date to continue the hearing on the Motion to September 2, 2011 at 9:00 a.m. which was approved and ordered by the Court on August 26, 2011.

4. The parties have again resumed mediation and, accordingly, believe it is appropriate and agree to continue the hearing date to September 22, 2011 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: September 1, 2011.

        PILLSBURY WINTHROP SHAW PITTMAN LLP
        ROXANE A. POLIDORA

        By  /s/ Roxane A. Polidora
             Roxane A. Polidora
            Attorneys for Defendants

Dated:  September 1, 2011

        KELLER GROVER, LLP
        JEFFREY F. KELLER

        JACOBS KOLTON, CHTD.
        JOHN G. JACOBS
        BRYAN G. KOLTON

        DAVID SCHACHMAN & ASSOC., PC
        DAVID SCHACHMAN

        By  /s/ John G. Jacobs
            John G. Jacobs
            Attorneys for Plaintiff

1  IT IS SO ORDERED.

2       Date: _____Sept. 1_____, 2011

3

4                                Enter: _____/s/ Susan Illston_____
                                        United State District Court Judge
5