| | |
|---|---|
| Jeffrey F. Keller (State Bar No. 148005)<br>KELLER GROVER, LLP<br>1965 Market Street San Francisco,<br>California 94103<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>E-Mail: jfkeller@kellergrover.com<br><br>John G. Jacobs (*pro hac vice*)<br>Bryan G. Kolton (*pro hac vice*)<br>JACOBS KOLTON, CHTD.<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>Telephone: (312) 427-4000<br>Facsimile: (312) 427-1850<br>E-Mail: jgjacobs@jacobskolton.com<br>E-Mail: bgkolton@jacobskolton.com<br><br>David Schachman (*pro hac vice*)<br>DAVID SCHACHMAN & ASSOCIATES, P.C.<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>Telephone: (312) 427-9500<br>Facsimile: (312) 427-1850<br>E-Mail: ds@schachmanlaw.com<br><br>*Attorneys for Plaintiff Joy Nwabueze and the putative class* | Douglas R. Tribble (State Bar No. 116868)<br>Connie J. Wolfe  (State Bar No. 207661)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 W. Broadway, Suite 1100<br>San Diego, CA  92101-3575<br>Telephone: (619) 234-5000<br>Facsimile: (619) 236-1995<br>E-Mail:  douglas.tribble@pillsburylaw.com<br>E-Mail:  connie.wolfe@pillsburylaw.com<br><br>Roxane A. Polidora (State Bar No. 135972)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 Fremont Street, Fifth Floor<br>Post Office Box 7880<br>San Francisco, CA  94120-7880<br>Telephone:  (415) 983-1000<br>Facsimile:  (415) 983-1200<br>E-Mail:  roxane.polidora@pillsburylaw.com<br><br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOY NWABUEZE, individually and on behalf of a class of similarly situated individuals,<br><br>              Plaintiff,<br><br>    vs.<br><br>AT&T INC., a Delaware corporation; PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation; AT&T SERVICES, INC., a Delaware corporation; AT&T OPERATIONS, INC., a Delaware corporation; and DOES 1 through 21,<br><br>              Defendants. | Case No.  CV 09-1529 SI<br><br>STIPULATION REGARDING CHANGE OF HEARING DATE<br><br>Courtroom: 10<br>Judge:      Hon. Susan Illston<br><br>First Amended Class Action Complaint Filed:  August 13, 2009 |

1 | Plaintiff Joy Nwabueze, by and through her counsel, and Defendants Pacific Bell Telephone Company, AT&T Services, Inc., and AT&T Operations, Inc. ("Defendants"), hereby stipulate and agree to the following:

    1.    Plaintiff filed a Motion To Appoint Interim Class Counsel, Compel Discovery And For Other Relief ("the Motion"), originally noticed for hearing at 9:00 a.m. on August 5, 2011.

    2.    The Motion has been fully briefed.  Following briefing, the Court changed the date for the hearing of the Motion to August 12, 2011, and the parties later stipulated to continue the hearing to August 26, 2011.

    3.    Given that the parties resumed mediation before the Hon. Eugene F. Lynch (Ret.) that continued through August 26, 2011, the parties filed a Stipulation Regarding Change of Hearing Date to continue the hearing on the Motion to September 2, 2011 at 9:00 a.m. which was approved and ordered by the Court on August 26, 2011.

    4.    Given that the parties again resumed mediation before the Hon. Eugene F. Lynch (Ret.) that continued through August 31, 2011,  the parties filed a Stipulation Regarding Change of Hearing Date to continue the hearing on the Motion to September 23, 2011 at 9:00 a.m. which was approved and ordered by the Court on September 2, 2011.

    5.    In order to provide sufficient time for the parties to finalize the steps necessary to complete the mediation before the Hon. Eugene F. Lynch, the parties believe it is appropriate and agree to continue the hearing on the Motion.  Given the schedules of Judge Lynch and the Court, the parties believe that the hearing on the Motion should be continued  to October 28, 2011 at 9:00 a.m., by which time the parties expect to know if the mediation has succeeded or not.

IT IS SO STIPULATED.

Dated: September 20, 2011.

                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                        ROXANE A. POLIDORA

                        By */s/ Roxane A. Polidora*
                                  Roxane A. Polidora
                                Attorneys for Defendants

1  Dated:  September 20, 2011          KELLER GROVER, LLP
                                       JEFFREY F. KELLER
2
                                       JACOBS KOLTON, CHTD.
3                                      JOHN G. JACOBS
                                       BRYAN G. KOLTON
4
                                       DAVID SCHACHMAN & ASSOC., PC
5                                      DAVID SCHACHMAN

6
                                       By  */s/ John G. Jacobs*
7                                                  John G. Jacobs
                                               Attorneys for Plaintiff
8  IT IS SO ORDERED.

9
          Date: _____9/21_____, 2011
10

11
                       Enter: _____[signature: Susan Illston]_____
12                            United State District Court Judge

- 2 -  STIPULATION REGARDING CHANGE OF HEARING DATE
       CASE NO. CV 09-1529 SI

601551170v1