| | |
|---|---|
| Jeffrey F. Keller (State Bar No. 148005)<br>KELLER GROVER, LLP<br>1965 Market Street San Francisco, California 94103<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>E-Mail: jfkeller@kellergrover.com<br><br>John G. Jacobs (*pro hac vice*)<br>Bryan G. Kolton (*pro hac vice*)<br>JACOBS KOLTON, CHTD.<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>Telephone: (312) 427-4000<br>Facsimile: (312) 427-1850<br>E-Mail: jgjacobs@jacobskolton.com<br>E-Mail: bgkolton@jacobskolton.com<br><br>David Schachman (*pro hac vice*)<br>DAVID SCHACHMAN & ASSOCIATES, P.C.<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>Telephone: (312) 427-9500<br>Facsimile: (312) 427-1850<br>E-Mail: ds@schachmanlaw.com<br><br>*Attorneys for Plaintiff Joy Nwabueze and the putative class* | Douglas R. Tribble (State Bar No. 116868)<br>Connie J. Wolfe  (State Bar No. 207661)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 W. Broadway, Suite 1100<br>San Diego, CA  92101-3575<br>Telephone: (619) 234-5000<br>Facsimile: (619) 236-1995<br>E-Mail: douglas.tribble@pillsburylaw.com<br>E-Mail: connie.wolfe@pillsburylaw.com<br><br>Roxane A. Polidora (State Bar No. 135972)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 Fremont Street, Fifth Floor<br>Post Office Box 7880<br>San Francisco, CA  94120-7880<br>Telephone:  (415) 983-1000<br>Facsimile:  (415) 983-1200<br>E-Mail:  roxane.polidora@pillsburylaw.com<br><br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOY NWABUEZE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T INC., a Delaware corporation; PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation; AT&T SERVICES, INC., a Delaware corporation; AT&T OPERATIONS, INC., a Delaware corporation; and DOES 1 through 21,<br><br>Defendants. | Case No.  CV 09-1529 SI<br><br>STIPULATION REGARDING CHANGE OF HEARING DATE<br><br>Courtroom: 10<br>Judge:        Hon. Susan Illston<br><br>First Amended Class Action Complaint Filed:  August 13, 2009 |

1 | Plaintiff Joy Nwabueze, by and through her counsel, and Defendants Pacific Bell Telephone Company, AT&T Services, Inc., and AT&T Operations, Inc. ("Defendants"), hereby stipulate and agree to the following:

1. Plaintiff filed a Motion To Appoint Interim Class Counsel, Compel Discovery And For Other Relief ("the Motion"), originally noticed for hearing at 9:00 a.m. on August 5, 2011.

2. The Motion has been fully briefed. Following briefing, the Court changed the date for the hearing of the Motion and the parties have subsequently stipulated to continuances of the hearing date. The motion is currently scheduled for hearing on October 28, 2011 at 9:00 a.m. The parties stipulate to a continuation of the hearing on the Motion to December 16, 2011 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: October 27, 2011

    PILLSBURY WINTHROP SHAW PITTMAN LLP
    ROXANE A. POLIDORA

    By /s/ Roxane A. Polidora
        Roxane A. Polidora
        Attorneys for Defendants

Dated: October 27, 2011

    KELLER GROVER, LLP
    JEFFREY F. KELLER

    JACOBS KOLTON, CHTD.
    JOHN G. JACOBS
    BRYAN G. KOLTON

    DAVID SCHACHMAN & ASSOC., PC
    DAVID SCHACHMAN

    By /s/ John G. Jacobs
        John G. Jacobs
        Attorneys for Plaintiff

- 1 - STIPULATION REGARDING CHANGE OF HEARING DATE
CASE NO. CV 09-1529 SI

**Error! Unknown document property name.**

1
2
3  IT IS SO ORDERED.
4
      Date: _____10/28/11_____, 2011
5
6
                                             Enter: _____
7                                                     United State District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -     STIPULATION REGARDING CHANGE OF HEARING DATE
                                                                                                                            CASE NO. CV 09-1529 SI

**Error! Unknown document property name.**

1
2    **ATTESTATION OF SIGNATURE**
     **(N.D. Cal. General Order 45)**
3
4        I, John G. Jacobs, hereby attest that concurrence in the filing of the following document:

5    **STIPULATION REGARDING CHANGE OF HEARING DATE** has been obtained from all of

6    the signatories.

7    Dated: October 27, 2011

8                                    */s/ John G. Jacobs*

- 3 -    STIPULATION REGARDING CHANGE OF HEARING DATE
         CASE NO. CV 09-1529 SI

**Error! Unknown document property name.**