| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ROXANE A. POLIDORA  #135972<br>roxane.polidora@pillsburylaw.com<br>50 Fremont Street, Fifth Floor<br>Post Office Box 7880<br>San Francisco, CA  94120-7880<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>DOUGLAS R. TRIBBLE  #116868<br>CONNIE J. WOLFE  #207661<br>douglas.tribble@pillsburylaw.com<br>connie.wolfe@pillsburylaw.com<br>501 West Broadway, Suite 1100<br>San Diego, CA  92126-3575<br>Telephone:   (619) 234-5000<br>Facsimile:   (619) 236-1995<br><br>Attorneys for Defendants<br>PACIFIC BELL TELEPHONE COMPANY, AT&T SERVICES, INC., AT&T INC. and AT&T OPERATIONS, INC. | KELLER GROVER, LLP<br>JEFFREY F. KELLER #148005<br>jfkeller@kellergrover.com<br>1965 Market Street<br>San Francisco, CA  94103<br>Telephone:   (415) 543-1305<br>Facsimile:   (415) 543-7861<br><br>JACOBS KOLTON, CHTD.<br>JOHN G. JACOBS  (*Pro Hac Vice*)<br>BRYAN G. KOLTON  (*Pro Hac Vice*)<br>jgjacobs@jacobskolton.com<br>bgkolton@jacobskolton.com<br>122 South Michigan Avenue, Suite 1850<br>Chicago, IL  60603<br>Telephone:   (312) 427-4000<br>Facsimile:   (312) 427-1850<br><br>Attorneys for Plaintiff JOY NWABUEZE and the Putative Class<br><br>[*Additional Counsel on Signature Page*] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOY NWABUEZE, individually and on behalf of a class of similarly situated individuals,<br><br>             Plaintiff,<br><br>      vs.<br><br>AT&T INC., a Delaware corporation; PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation; AT&T SERVICES, INC., a Delaware corporation; AT&T OPERATIONS, INC., a Delaware corporation; and DOES 1 through 21,<br><br>             Defendants. | Case No.  CV 09-1529 SI<br><br>STIPULATION REGARDING CHANGE OF DATE FOR CASE MANAGEMENT CONFERENCE<br><br>Courtroom: 10<br>Judge:     Hon. Susan Illston<br><br>First Amended Class Action Complaint Filed: August 13, 2009 |

1  Plaintiff Joy Nwabueze, by and through her counsel, and Defendants Pacific Bell
2  Telephone Company, AT&T Services, Inc., and AT&T Operations, Inc. ("Defendants"), by and
3  through their counsel, hereby stipulate and agree to the following:

4  1. Pursuant to the Court's Minute Order of May 8, 2012, a Case Management
5  Conference is currently scheduled for May 18, 2012 at 3:00 p.m.

6  2. The parties continue to make considerable progress in mediation and have another
7  mediation session scheduled for May 23, 2012.

8  3. In order to conserve judicial time and resources, and given the schedules of the
9  Court and counsel for the parties, the parties respectfully request that the Case Management
10 Conference currently scheduled for May 18, 2012 at 3:00 p.m. be continued to June 29, 2012 at
11 3:00 p.m.

12 IT IS SO STIPULATED.

13 Dated:  May 15, 2012

PILLSBURY WINTHROP SHAW PITTMAN LLP
14 ROXANE A. POLIDORA

15 DOUGLAS R. TRIBBLE
CONNIE J. WOLFE

16

17 By /s/ Roxane A. Polidora
Roxane A. Polidora
18 Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY, AT&T
19 SERVICES, INC., AT&T OPERATIONS, INC., and AT&T
INC.

20

21 Dated: May 15, 2012

22 KELLER GROVER, LLP
JEFFREY F. KELLER

23 JACOBS KOLTON, CHTD.
JOHN G. JACOBS
24 BRYAN G. KOLTON

25

26 By /s/ John G. Jacobs
John G. Jacobs
27 Attorneys for Plaintiff
JOY NWABUEZE and the Putative Class

28

| | |
|---|---|
| 1 | DAVID SCHACHMAN & ASSOC., PC<br>DAVID SCHACHMAN (*Pro Hac Vice*) |
| 2 | ds@schachmanlaw.com<br>122 South Michigan Avenue, Suite 1850 |
| 3 | Chicago, IL  60603<br>Telephone:  (312) 427-4500 |
| 4 | Facsimile:  (312) 427-1850 |
| 5 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>MICHAEL W. SOBOL |
| 6 | JAHAN C. SAGAFI<br>275 Battery Street, 29th Floor |
| 7 | San Francisco, CA  94111-3339<br>Tel:  (415) 956-1000 |
| 8 | Fax:  (415) 956-1008<br>msobol@lchb.com |
| 9 | jsagafi@lchb.com |
| 10 | CADDELL & CHAPMAN<br>MICHAEL A. CADDELL |
| 11 | CYNTHIA B. CHAPMAN<br>CRAIG C. MARCHIANDO (*Pro Hac Vice*) |
| 12 | 1331 Lamar Street, Suite 1070<br>Houston, TX  77010 |
| 13 | Tel:  (713) 751-0400<br>Fax:  (713) 751-0906 |
| 14 | mac@caddellchapman.com<br>cbc@caddellchapman.com |
| 15 | ccm@caddellchapman.com |
| 16 | Attorneys for Plaintiff<br>JOY NWABUEZE and the Putative Class |
| 17 | |
| 18 | IT IS SO ORDERED. |
| 19 | Date:  _____5/16_____, 2012 |
| 20 | |
| 21 | Enter:  __[signature: Susan Illston]_____ |
| 22 | United State District Court Judge |

**ATTESTATION OF SIGNATURE**
**(N.D. Cal. General Order 45)**

I, Roxane A. Polidora, hereby attest that concurrence in the filing of the following document: **STIPULATION REGARDING CHANGE OF DATE FOR CASE MANAGEMENT CONFERENCE** has been obtained from all of the signatories.

Dated: May 15, 2012.                    */s/ Roxane A. Polidora*

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2012, a true and correct copy of **STIPULATION REGARDING CHANGE OF DATE FOR CASE MANAGEMENT CONFERENCE** was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

*Kathy Stout*
/Kathy Stout