1   KELLER GROVER, LLP
    JEFFREY F. KELLER #148005
2   jfkeller@kellergrover.com
    1965 Market Street
3   San Francisco, CA  94103
    Telephone:     (415) 543-1305
4   Facsimile:     (415) 543-7861

5   JACOBS KOLTON, CHTD.
    JOHN G. JACOBS  (*Pro Hac Vice*)
6   BRYAN G. KOLTON  (*Pro Hac Vice*)
    jgjacobs@jacobskolton.com
7   bgkolton@jacobskolton.com
    55 West Monroe Street, Suite 2970
8   Chicago, IL  60603
    Telephone:     (312) 427-4000
9   Facsimile:     (312) 268-2425

10  Class Counsel

11  [*Additional Counsel on Signature Page*]

12

13

14

PILLSBURY WINTHROP SHAW
PITTMAN LLP
ROXANE A. POLIDORA  #135972
roxane.polidora@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
Post Office Box 2824 (zip 94126)
San Francisco, CA  94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

PILLSBURY WINTHROP SHAW
PITTMAN LLP
DOUGLAS R. TRIBBLE  #116868
CONNIE J. WOLFE  #207661
douglas.tribble@pillsburylaw.com
connie.wolfe@pillsburylaw.com
501 West Broadway, Suite 1100
San Diego, CA  92126-3575
Telephone:   (619) 234-5000
Facsimile:   (619) 236-1995

Attorneys for Defendants
PACIFIC BELL TELEPHONE
COMPANY,
AT&T SERVICES, INC. and
AT&T OPERATIONS, INC.

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17  _____
                                                    )
18  JOY NWABUEZE, individually and on  )   Case No. CV 09-01529 SI
    behalf of a class of similarly situated   )
19  individuals,                                    )   STIPULATION AND [~~Proposed~~]
                                                    )   ORDER REGARDING
20                              Plaintiff,        )   MODIFICATION OF SETTLEMENT IN
                                                    )   RESPONSE TO FTC AND DOJ
21              vs.                                )   COMMENTS
                                                    )
22  PACIFIC BELL TELEPHONE COMPANY  )
    d/b/a AT&T CALIFORNIA, a California  )   Judge:        Hon. Susan Illston
23  corporation; AT&T SERVICES, INC., a   )
    Delaware corporation; AT&T               )
24  OPERATIONS, INC., a Delaware          )
    corporation; and DOES 1 through 21,   )
25                                                  )
                        Defendants.            )
26  _____)

27

28

1    WHEREAS, on December 28, 2012, the Parties[1] entered into a Settlement Stipulation

2  and Agreement, as corrected by the Notice of Errata Re: Stipulation and Settlement

3  Agreement (Doc#156), filed on January 11, 2013 (the "Settlement Agreement").

4    WHEREAS, the Federal Trade Commission ("FTC") and United States Department of

5  Justice ("DOJ") have contacted the Parties regarding certain components of the settlement;

6    WHEREAS, the FTC, the DOJ and the Parties have had several discussions regarding

7  the issues raised by the FTC and DOJ, and while it is the position of the Parties that the

8  Settlement Agreement, without further change, is appropriate, and that the FTC and DOJ lack

9  Article III and Rule 23 standing to appear and/or file objections in this case, the Parties have

10  agreed to amend the Settlement Agreement as set forth in this Stipulation in response to a

11  number of the agencies' comments and to submit a revised proposed Final Order reflecting

12  and implementing these amendments which are in favor of the Settlement Class;

13    WHEREAS, by agreeing to amend the Settlement Agreement as set forth in this

14  Stipulation, the Parties do not suggest that these amendments will obviate the concerns of the

15  FTC and DOJ; rather, the Parties presently understand that the FTC and DOJ may nonetheless

16  decide to object to this settlement and, if that occurs, the Parties intend to oppose any such

17  objections;

18    NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

19    1.  The Parties have agreed to augment the Informational Bulletin provided to Current

20  AT&T ILEC Customers to alert them to the Notice of Settlement.  Therefore, Section VII.B.

21  **Bill Notice to Current AT&T ILEC Customers** is voided and replaced by the following

22  provision (redlined for ease of reference):

23    Beginning no later than thirty (30) days after the Notice
      Commencement Date for two consecutive months AT&T shall (1) print on
24    each billing envelope that is sent to an AT&T ILEC Customer ("billing
      envelope") the words "Important Notice regarding Third-Party Charges,
25    including how to seek a refund if unauthorized" .25 to .50 inches above the
      address window on the front of the envelope in blue or orange lettering with a
26    13 pt. Clearview font; and (2) for customers who are sent bills in electronic

27  _____

[1] Capitalized terms used in this Stipulation, unless otherwise defined, shall have the meanings
28    set forth in the Settlement Agreement.

1  format AT&T shall provide this same statement on the first page of each
2  electronic bill ("ebill") that is transmitted.  AT&T shall include enclosures in
   these billing envelopes and a link on these ebills as follows:

3          All Current Customers will receive an Informational Bulletin about
   Third-Party billing which shall include a statement of AT&T end-user rights
4  in the form and substance as then applicable for Third-Party billing provided
   to current customers.

5          In addition, the May 2013 and June 2013 billing statements of Current
   Customers will contain the following Notice:

6          **NOTICE OF SETTLEMENT**

7          If your postal mailed bill envelope contains a yellow Class Action
   Settlement Notice, or if your e-bill contains an insert entitled "Third-Party
8  Billing Class Action - Notice & Forms", that means that AT&T's records
   indicate that in the past you were charged for Third Party Charges that are the
9  subject of a Class Action Settlement.  You should read the Notice carefully to
   find out about obtaining a settlement payment if you did not authorize the
10 charges.  If you have any questions about the Settlement, go to
   www.ATTthirdpartybillingsettlement.com, email
11 info@ATTthirdpartybillingsettlement.com, or call 1.866.242.0603.

12         In addition to the ~~Informational Bulletin~~information described above,
   all Settlement Class Members who can be identified through the Settlement
13 Class Member List Process, and who are Current Customers, will receive a
   Notice of Settlement, a Billing Summary Request Form and a Claim Form for
14 each separately billed BTN as to which the Class Member is receiving notice
   as a Current Customer.  Such Notice of Settlement shall be on paper of a
15 different color from any other paper in the envelope and shall be in the form
   and substance of Exhibit 8 hereto.

16         2.  The Parties have further agreed to change and simplify the Claim Form Review

17 process for submitting and challenging claims so that Settlement Class Members are not

18 required to provide two separate submissions to successfully rebut a challenge that is based

19 solely on a form proof of authorization or third party verification.  Instead, the Settlement

20 Class Member will now verify the Claim Form under penalty of perjury to the best of his or

21 her knowledge and belief in the first instance and challenges based solely upon a letter of

22 authorization or third party verification will not be allowed.  Further, all challenges must be

23 supported under the same penalty of perjury verification as required for the Claim and all

24 records regarding the specific charges at issue must be provided to both the Claimant and

25 Class Counsel.  The Parties have agreed to make it clearer that Class Counsel will assist in any

26 challenge unless the Settlement Class Member refuses such assistance.

27         3.  Accordingly, Section VIII.C. **Claim Form Completion and Submission**

28

**Requirements** is voided and replaced by the following provision (redlined for ease of reference):

The Claim Form shall provide the Settlement Class Member with the ability to apply for a credit or refund of all Net TPCs paid by identifying from the Billing Summary, or through other documentation provided by the Claimant, the charges that are claimed to have been unauthorized.

To obtain a refund or credit under this Agreement, a Claim Form must be timely submitted and signed by the Settlement Class Member ~~certifying that~~ verifying under penalty of perjury that, to the best of the Settlement Class Member's knowledge and belief the Settlement Class Member paid for a TPC that appeared on the customer's AT&T ILEC bill between January 1, 2005 and the date of Preliminary Approval and that: (1) the TPC was placed on the bill without authorization; or (2) the authorization for the charge was obtained through deceptive or misleading practices. Settlement Class Members must also ~~certify~~ verify under penalty of perjury that, to ~~their~~ the best of the Settlement Class Member's knowledge and belief, they: (1) have not been previously reimbursed for such charge(s); and (2) have not otherwise legally resolved any dispute regarding such charge(s). Each Settlement Class Member completing the Claim Form shall set forth the Settlement Class Member's current legal name, the name the Settlement Class member used for the AT&T billing account at issue (if different), the Settlement Class Member's current mailing address; the 10-digit telephone number(s) on which the charges(s) subject to their Claim appeared and for Current Customers (and, if known, for Former Customers) the Settlement Class Member's Billing Telephone Account Number.

4. Likewise, the second and third paragraphs in Section VIII.D.1., **Settlement Administrator Review,** are voided and replaced by the following provision (redlined for ease of reference):

All challenges must be made within one hundred twenty (120) days after the Claim Forms have been provided by the Settlement Administrator to AT&T and the relevant Clearinghouse(s). If no challenge is made within one hundred and twenty (120) days, the claim will be deemed valid. Timely challenges must include the evidence relied upon (e.g., service agreement, Letter of Authorization, Third-Party Verification, proof of use of service, payment and/or adjustment records, etc.). All challenges must be accompanied by a statement under penalty of perjury that, after good faith investigation, to the best of the challenger's knowledge and belief, there was a true and affirmative authorization of the claimed charges by the Claimant and that all records related to the charges at issue, including but not limited to any communications with the Claimant, have been submitted with the challenge.

If the challenge is timely made, the Settlement Administrator will within five (5) days of receipt of the challenge, forward a copy of the challenge and all supporting evidence to the Settlement Class Member and to Class Counsel, informing the Settlement Class Member of the right to respond to the challenge. (The Parties shall agree on the form for such notice of a challenge and shall agree on the form to be used by the Settlement Class Member for a response to such challenge prior to the Notice Commencement Date. Any impasse over the notice and/or form to be used shall be submitted to the Hon. Wayne D. Brazil (Ret.) for final ruling.) ~~The Settlement Class Member will be~~

1   ~~informed that the response to the challenge (including any evidence the~~
~~Settlement Class Member would like to submit) must be made under penalty of~~
2   ~~perjury.  (The Parties shall agree on the form to be used by the Settlement~~
~~Class Member for a response to the challenge prior to the Notice~~
3   ~~Commencement Date.  Any impasse over the form to be used shall be~~
~~submitted to the Hon. Wayne D. Brazil (Ret.) for final ruling.)  If requested by~~
4   ~~the Class Member, Class Counsel shall assist the Class Member in responding~~
~~to any Challenge~~Claimants may rebut challenges with evidence and/or further
5   sworn testimony relating to the basis of any challenge, including by showing
that the Third Party Charges at issue were not knowingly authorized and, if
6   challenged on the basis of usage, that such usage was not intentional.  Class
Counsel will represent Claimants in the challenge and rebuttal process, unless
7   such Claimants affirmatively refuse such representation or fail to cooperate
with Class Counsel after verifiable good faith efforts by Class Counsel to
8   represent them.  If no response from the Settlement Class Member Claimant is
received by the Settlement Administrator within sixty (60) days after the
9   challenge was mailed to the Settlement Class Member and Class Counsel, the
claim will be denied.

10

In addition, Section VIII.D.1.b. is voided and replaced by the following provision:

11
No challenge may be asserted based solely upon evidence of an LOA or
12   a TPV.

13        5.  The Parties have agreed to provide Settlement Class Members with a more detailed

14   description of the parties being released on the Settlement Website.  Thus, the following

15   paragraph is added to the end of existing Section VII.F., **Settlement Website**:

16        The Final Settlement Website shall also provide a section describing the
Release and Released Parties which shall reference the applicable sections of
17   the Settlement Agreement and shall also contain lists of Clearinghouses and
Third-Parties included in the Release, as well as the list of entities and/or
18   individuals that are specifically excluded from the definition of Released
Parties and who shall not be protected by the Release.

19

20        6.  The Parties have agreed to modify the various notices and Claim Form to reflect the

21   above-referenced changes as well as to address a few additional requests, such as to place

22   more emphasis on the impact on future rights by not opting out, and removing AT&T from the

23   same line as the Court when informing the class member not to contact the Court (all changes

24   are redlined for ease of reference in the attached exhibits but will not be redlined when

25   distributed) as follows:

26        (1) The Claim Form shall be amended as reflected in Exhibit 1 hereto;

27        (2) The Publication Notice shall be amended as reflected in Exhibit 2 hereto, with

28

the exception of the first publication in the Parade Magazine regional

publication in the states of Indiana, Ohio, Michigan Wisconsin, and Illinois on

April 7, 2013, as the changes were not agreed upon in sufficient time for

inclusion in that publication, thus the original notice shall be used for the April

7, 2013 Parade Magazine publication only;

(3) The Notice of Settlement (Notice to Current AT&T ILEC Customers) shall be

amended as reflected in Exhibit 3 hereto;

(4) The Postcard Notice (Notice to Former AT&T ILEC Customers) shall be

amended as reflected in Exhibit 4 hereto. The postcard has been modified

substantially to make it simpler and clearer. The revised postcard was not

redlined as the number of text rearrangements made the redline difficult to

read;

(5) The Email Notice shall be amended as reflected in Exhibit 5 hereto;

7. The Final Website Notice and website content has not been included here, as the

Parties are still working to finalize changes consistent with those made to all the other forms

of notice, and such changes will be incorporated before the website launch on Monday,

April 1, 2013.

8. The Parties shall file a revised proposed Final Order with the Court reflecting and

implementing the above amendments to the Settlement Agreement in advance of the Final

Approval Hearing set for November 1, 2013, and request that the Court enter that order at the

Final Approval Hearing.

Dated: March 29, 2013                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                         ROXANE A. POLIDORA

                                         DOUGLAS R. TRIBBLE
                                         CONNIE J. WOLFE


                                         By  */s/ Roxane A. Polidora*
                                              Roxane A. Polidora
                                              Attorneys for Defendants
                                         PACIFIC BELL TELEPHONE COMPANY, AT&T
                                         SERVICES, INC., and AT&T OPERATIONS, INC.

1  Dated: March 29, 2013

2                                    KELLER GROVER, LLP
                                     JEFFREY F. KELLER
3
                                     JACOBS KOLTON, CHTD.
4                                    JOHN G. JACOBS
                                     BRYAN G. KOLTON
5

6
                                     By  */s/ John G. Jacobs*
7                                              John G. Jacobs
                                     Class Counsel
8
                                     LAW OFFICES OF DAVID SCHACHMAN, PC
9                                    DAVID SCHACHMAN (*Pro Hac Vice*)
                                     ds@schachmanlaw.com
10                                   55 West Monroe Street, Suite 2970
                                     Chicago, IL  60603
11                                   Telephone:  (312) 427-4500
                                     Facsimile:  (312) 268-2425
12
                                     Class Counsel
13
                                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
14                                   MICHAEL W. SOBOL
                                     JAHAN C. SAGAFI
15                                   275 Battery Street, 29th Floor
                                     San Francisco, CA  94111-3339
16                                   Tel:  (415) 956-1000
                                     Fax:  (415) 956-1008
17                                   msobol@lchb.com
                                     jsagafi@lchb.com
18
                                     CADDELL & CHAPMAN
19                                   MICHAEL A. CADDELL
                                     CYNTHIA B. CHAPMAN
20                                   CRAIG C. MARCHIANDO (*Pro Hac Vice*)
                                     1331 Lamar Street, Suite 1070
21                                   Houston, TX  77010
                                     Tel:  (713) 751-0400
22                                   Fax:  (713) 751-0906
                                     mac@caddellchapman.com
23                                   cbc@caddellchapman.com
                                     ccm@caddellchapman.com
24
                                     Class Counsel
25

26

27

28

1

**ATTESTATION OF SIGNATURE**

2

**(N.D. Cal. General Order 45)**

3      I, Roxane A. Polidora, hereby attest that concurrence in the filing of this document

4   entitled STIPULATION AND [Proposed] ORDER REGARDING MODIFICATION OF

5   SETTLEMENT IN RESPONSE TO FTC AND DOJ COMMENTS has been obtained from

6   all of the signatories.

7

8   Dated: March 29, 2013                    By  /s/ Roxane A. Polidora
                                                      Roxane A. Polidora
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **[PROPOSED] ORDER**

2         PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO

3    ORDERED.  The Settlement Stipulation and Agreement, dated December 29, 2013, as

4    corrected by the Notice of Errata Re:  Stipulation and Settlement Agreement (Doc#156), filed

5    on January 11, 2013, shall be further amended as set forth in the Stipulation above.  Parties

6    shall file a revised proposed Final Order reflecting the modifications at least fourteen (14)

7    days prior to the Final Approval Hearing, which is currently scheduled for November 1, 2013.

8

9

10   Date:  _____4/1/13_____          _____
                                                  The Honorable Susan Illston
11                                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                   **CERTIFICATE OF SERVICE**

2         I hereby certify that on March 29, 2013, a true and correct copy of **STIPULATION**

3 **AND [Proposed] ORDER REGARDING MODIFICATION OF SETTLEMENT IN**

4 **RESPONSE TO FTC AND DOJ COMMENTS** was electronically transmitted to the Clerk

5 of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to

6 all ECF registrants in this case.

7

8                                        Rosita Fe J. Quimpo

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation



*Nwabueze, et al. v. AT&T, Inc., et al.,* Case No. 09-cv-1529 SI

**SETTLEMENT CLAIM FORM**

TO RECEIVE A ~~REFUND~~PAYMENT OR CREDIT AS PART OF THIS SETTLEMENT,
YOU MUST COMPLETE THIS FORM AND ELECTRONICALLY SUBMIT OR MAIL IT TO THE
SETTLEMENT ADMINISTRATOR **NO LATER THAN DECEMBER 2, 2013** OR 30 DAYS
AFTER YOU ARE PROVIDED WITH A TIMELY REQUESTED BILLING SUMMARY,
WHICHEVER IS LATER**.**

**INSTRUCTIONS:** This settlement relates to alleged unauthorized third-party charges
placed on AT&T landline customers' telephone bills.  To be eligible to participate in the
benefits of the settlement, you must complete and submit either a paper or electronic
Claim Form.  In order to file a Claim Form, you must include with it either a Billing
Summary that AT&T will provide to you free of charge (see next paragraph, below) or you
must supply your own documentation of the amount you claim you were improperly
charged.  If you provide incomplete, incorrect, or inaccurate information, your claim may
be denied.  If you need more space to provide the information you may attach a separate
sheet of paper with that information.

**IMPORTANT NOTICE**:  In order to assist you in completing this Claim Form you may
request, at no cost, a Billing Summary from AT&T setting forth each third-party charge
(and credit, if any) that was placed on your AT&T landline bill from January 1, 2005
through January 14, 2013 as identified from a search of reasonably available AT&T billing
information.  To obtain your free Billing Summary, submit a Billing Summary Request to
the Settlement Administrator at www~~......~~.ATTthirdpartybillingsettlement.com, call
1-~~800~~866-~~———~~242-0603, or email it to
info@~~xxxxxxx~~ATTthirdpartybillingsettlement.com so that it is received or postmarked **no
later than December 2, 2013.**  If you do not already have a Billing Summary Request
form, you may obtain one from the Settlement Administrator, Garden City Group, at
www~~......~~.ATTthirdpartybillingsettlement.com, 1-~~800~~866-~~———,~~242-0603 or by email at
info@~~xxxxxxx~~ATTthirdpartybillingsettlement.com.

**DO NOT CALL ~~AT&T OR~~ THE COURT WITH ANY QUESTIONS OR REQUESTS.
Call only the Settlement Administrator or Class Counsel.**

**I.    Claim Information**

**Please review the statements below, and check the boxes only if the
statements apply to you.  If you cannot check all four of the boxes, do not
submit the Claim Form because you are not a qualified claimant.**

I paid for a third party charge that appeared on my AT&T landline telephone bill between January
1, 2005 and January 14, 2013; and

Either (1) the third party charge was placed on my bill without authorization; or (2) authorization for
the charge was obtained through deceptive or misleading marketing practices; and

I have not been previously ~~been~~ reimbursed for the third party charge or otherwise legally resolved
any dispute regarding such charge (for example, in connection with another claims settlement such
as this one); and

The total amount of charges for which I am making a claim is $_____.  The charges I am claiming are highlighted or circled on the attached/enclosed Third-Party Charge Billing Summary I received from AT&T; **or** I have attached/enclosed other documentation of the third-party charges I am claiming identifying date(s), amount(s) and the third-party (or parties) who placed the charge(s) on my bill.

I ~~HEREBY CERTIFY TO THE BEST OF MY KNOWLEDGE~~ that HEREBY VERIFY UNDER PENALTY OF PERJURY THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, the information provided in Section I above is true and correct and that I paid the above third party charges on my AT&T telephone bill but I did not authorize the charges or my authorization was obtained through deceptive or misleading marketing practices:

Signature _____  Date _____

## II.    Payment and Verification Information.  The following information **must be provided** for verification and payment:

Your Full Current Legal Name: _____

Your Current Mailing Address: _____
                              Street            City              State     Zip Code

Your Current Contact Phone Number(s): _____

Current e-mail address: _____

Billing Telephone Account Number ("BTN") for each AT&T landline account for which you are submitting a claim (**Note**: This is not simply your telephone number, it is the 13 digit number located at the top of the first page of your AT&T landline telephone bill.  The BTN is also printed on the Billing Summary and on the Postcard Notice provided to former customers):  (_ _ _) _ _ _ - _ _ _ _ _ _ _; (_ _ _) _ _ _ - _ _ _ _ _ _ _, (_ _ _) _ _ _ - _ _ _ _ _ _ _; (_ _ _) _ _ _ - _ _ _ _ _ _ _; (_ _ _) _ _ _ - _ _ _ _ _ _ _; (_ _ _) _ _ _ - _ _ _ _ _ _ _; (_ _ _) _ _ _ - _ _ _ _ _ _ _;

Name(s) used for AT&T landline account(s) as set forth on the AT&T bills at the time of the charge(s) subject to this claim (if different than above). This information is also printed on the Billing Summary: _____

Billing Address(es) used for AT&T landline account(s) as set forth on the AT&T bills at the time of the charge(s) subject to this claim (if different than above).  This information is also printed on the Billing Summary:

_____
Street                              City               State            Zip Code

AT&T landline 10-digit Telephone Number(s) with third party charges for which you are submitting a claim. This information is also printed on the Billing Summary: (_ _ _) _ _



_ - _ _ _ _ ; ( _ _ ) _ _ _ - _ _ _ _ ; ( _ _ ) _ _ _ - _ _ _ _ ; ( _ _ ) _ _ _ - _ _ _ _ ( _ _ ) _ _ _ - _ _ _ _ ; ( _ _ ) _ _ _ - _ _ _ _ ; ( _ _ ) _ _ _ - _ _ _ ; ( _ _ ) _ _ _ - _ _ _ _ ; ( _ _ ) _ _ _ - _ _ _ _ ; ( _ _ ) _ _ _ - _ _ _ _ ; ( _ _ ) _ _ _ - _ _ _ _ .

## III.    Returned Mail and Uncashed Checks

**If there is a problem with your address and your ~~refund~~settlement payment check cannot be distributed to you or if you are sent a check but fail to cash it within the required 120 day period, you have the option of designating that the proceeds of your check be paid to the charity listed below.  If you do not select this option, you agree by your signature above that any returned and/or un-cashed check will be paid to the state you identified above in your current address.**

I hereby instruct the Settlement Administrator that should I be issued a ~~refund~~settlement payment check and the check is returned to the Settlement Administrator due to an incorrect or old address and a correct or forwarding address is not available through the National Change of Address database maintained by the United States Postal Service; or should I be issued a ~~refund~~settlement payment check and the check remains un-cashed one hundred and twenty (120) days after issuance, then the Settlement Administrator shall cancel my check and pay the amount stated in the check to Consumers Union.

**Important information:**  All claims are subject to review.  The Settlement Administrator will notify you if your claim is invalid, challenged or rejected and you will be provided the opportunity to respond.  In the event of a challenge, Class Counsel will ~~be available to assist~~represent you ~~in any challenge,~~ free of charge ~~if,~~ unless you ~~so~~ request that they do not.  Further details regarding the Claim Form review process can be found at Section ——VIII D of the Settlement Agreement, available on the settlement website (**insert website address)**www.ATTthirdpartybillingsettlement.com.  It is your responsibility to keep the Settlement Administrator informed of your correct and current mailing or email address.  If you fail to do so, you may not receive payment.  If you have any questions, additional information can be found at the website www.~~settlement~~ATTthirdpartybillingsettlement.com or by calling the Settlement Administrator at ~~(800) xxx-xxxx~~1-866-242-0603.

## FAILURE TO FILL OUT THE CLAIM FORM COMPLETELY MAY RESULT IN THE REJECTION OF YOUR CLAIM.

## NO PAYMENTS WILL BE MADE AVAILABLE UNTIL AFTER FINAL APPROVAL OF THE SETTLEMENT BY THE COURT, INCLUDING AFTER ANY APPEALS ARE RESOLVED.  THE PROCESS MAY TAKE TIME.  PLEASE BE PATIENT.

COMPLETE AND SUBMIT THIS FORM ONLINE AT [insert website]www.ATTthirdpartybillingsettlement.com OR MAIL TO:

Garden City Group

AT&T THIRD PARTY CHARGE SETTLEMENT ADMINISTRATOR

Nwabueze v. AT&T Inc. c/o GCG

P.O. BOX  , CITY, STATE, ZIP

PO Box 35045, Seattle, WA 98124

**DEADLINE FOR ELECTRONIC SUBMISSION OR POSTMARK IS December 2, 2013 OR 30 DAYS AFTER YOU ARE PROVIDED WITH A TIMELY-REQUESTED BILLING SUMMARY, WHICHEVER IS LATER.**
**CLAIMS SUBMITTED LATE WILL NOT BE PAID.**

STIPULATION

# EXHIBIT



*A federal court authorized this Notice. Read this Notice carefully. Your legal rights may be affected.*

# If You Were Billed for Third-Party Charges On Your AT&T Landline Telephone Bill ~~Between~~ From January 1, 2005 ~~and~~ through January 14, 2013 that You Did Not Authorize You May Be Entitled to a Payment From A Class Action Settlement.

*Para Una Notificacion en Español, Se Puede Visitar*
*www.~~AT&Txxxxxxx~~ATTthirdpartybillingsettlement.com/~~Español~~Espanol*

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

*Nwabueze, et al. v. AT&T, et al., Case No. 09-cv-~~xxxxxx~~1529 SI (U.S. Dist. Court, ND. California)*

A Settlement has been preliminarily approved by the Court in a class action lawsuit against AT&T alleging that third-party companies placed unauthorized charges on AT&T's landline telephone bills (known as "cramming"), in violation of federal and state law. AT&T denies any wrongdoing. Both sides agreed to settle the lawsuit to avoid the cost, delay, risks, and uncertainty of litigation.

**ALERT:** If you don't want to be legally bound by the settlement, you must exclude yourself by September 2, 2013, or you won't be able to sue, or continue to sue, AT&T or any other Released Parties about the claims in this case [for a description of Released Parties, go to www.ATTthirdpartybillingsettlement.com]. If you exclude yourself, you cannot receive a payment under this settlement.

**WHAT DOES THE SETTLEMENT PROVIDE?** The Settlement calls for payments pursuant to a claims approval process to Settlement Class Members who assert they paid for Third-Party Charges placed on their AT&T landline telephone bills they did not authorize.

**WHAT ARE "THIRD-PARTY CHARGES"?** Third-party Charges are charges that customers could authorize be billed on their AT&T telephone bill for products or services offered by third-party companies (i.e., companies not affiliated with AT&T). Examples of the types of products and services are: voicemail, email, fax, web page services (design, hosting or marketing), yellow page services, diet plans, identity protection and others.

**WHAT ARE UNAUTHORIZED THIRD-PARTY CHARGES?** Unauthorized Third-Party Charges are Third-Party Charges placed on a customer's AT&T landline bill without the customer's knowing authorization.

**HOW DO I SEEK A PAYMENT?** To receive a payment, you must submit a Claim Form by **December 2, 2013** or 30 days after you receive a Billing Summary in response to a timely request, whichever is later. Settlement Class Members can apply through a claims approval process for the **full** amount (i.e., **100%**) of all Third-Party Charges paid on their AT&T phone bills between January 1, 2005 and January 14, 2013 (the "Class Period") that the Class Member asserts were not authorized and have not been previously reimbursed. Claim Forms may be submitted online at www.ATTthirdpartybillingsettlement~~AT&Txxx~~.com, mailed to the Settlement Administrator at the address below, or emailed to info@ATTthirdpartybillingsettlement.com~~————@————.com~~.
To request a Billing Summary and a Claim Form, contact the Settlement Administrator at 1-866-242-0603~~800————~~, via email at info@ATTthirdpartybillingsettlement.com~~————@————~~ or go to www.ATTthirdpartybillingsettlement~~AT&Txxxxxxxxxx~~.com and print one out.

**HOW MUCH WILL MY PAYMENT BE?** It depends on the amount, if any, of unauthorized ~~third-party~~ Third-Party Charges ~~charges~~ that you paid. If you make a claim that is approved, you will receive the full amount of all unauthorized Third-Party Charges you paid during the Class Period that have not already been refunded. While the size of payment to which individual customers could be entitled is likely to vary considerably, class counsel contend that some class members may have claims of hundreds of dollars or more.

**YOU CAN GET A FREE SUMMARY OF ALL YOUR THIRD-PARTY CHARGES.** You may have been billed for ~~third-party charges~~ Third-Party Charges over a period of months without having noticed it. To help you determine if you were billed for Third-Party Charges you did not authorize during the Class Period, you can request a free summary of all Third-Party Charges billed to you as identified from a search of reasonably available AT&T billing information by submitting a Billing Summary Request to the Settlement Administrator. You can obtain a Billing Summary Request form by calling 1-866-242-0603~~800-xxx-xxxx~~, via email at info@ATTthirdpartybillingsettlement.com~~————@————.com~~ or at www.ATTthirdpartybillingsettlement~~AT&Txxxxxxxxxx~~.com.

**WHO IS IN THE SETTLEMENT CLASS?** You are in the Settlement Class if you are a current or former AT&T ILEC landline customer who, at any time from January 1, 2005, through January 14, 2013, had a Third-Party charge placed on your AT&T ILEC telephone bill through a Clearinghouse. Excluded from the Settlement Class are any judicial officer to whom the Action is assigned and the United States government and any State government or instrumentality thereof. [AT&T ILEC means an AT&T-affiliated incumbent local exchange carrier, such as Pacific Bell Telephone Company, d/b/a AT&T California, Illinois Bell Telephone Company, d/b/a AT&T Illinois, etc.]

**WHAT ARE MY OTHER OPTIONS?** To exclude yourself from the lawsuit, you must mail a signed, written request to be excluded from *Nwabueze v. AT&T*, with your name, address, and phone number, to the Settlement Administrator received or postmarked by September 2, 2013. Requests for exclusion cannot be made online or by email. You must send your request for exclusion to:

Nwabueze v. AT&T Inc.
c/o GCG
P.O. Box 35045
Seattle, WA 98124

~~SETTLEMENT ADMINISTRATOR~~
~~ADDRESS~~
~~ADDRESS~~

Unless you exclude yourself, you will be in the Class, and if the Settlement is approved, will be bound by it, and release claims against Released ~~Persons~~ Parties, as defined in the Settlement Agreement. You may go to www.ATTthirdpartybillingsettlement~~AT&Txxxxxxxxxx~~.com for a full description of the Release in this case and for a listing of other known existing litigation by or on behalf of AT&T customers that include claims covered by the Release. If you do not exclude yourself, you or your lawyer have the right to object to or comment on the Settlement, Class Counsel's request for attorneys' fees and expenses and/or incentive awards, by mailing objections, in writing, to: Class Counsel, John G. Jacobs at 55 West Monroe Street, Suite 2970, Chicago, IL 60603, and AT&T's Counsel, Douglas R. Tribble, 501 West Broadway, Suite 1100, San Diego, CA 92101, and filing the same with the Clerk of the Court at 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102 by September 2, ~~2012~~2013. The Court has preliminarily approved the settlement. The Court will hold a Final Approval Hearing on November 1, 2013, at 9:00 a.m. at 450 Golden Gate Avenue, Courtroom 10, 19th Floor, San Francisco, CA 94102 to decide whether the Settlement should be finally approved as fair, reasonable and adequate and in the best interests of the

Class and whether to approve Class Counsel's request for attorneys' fees and expenses and class ~~representative~~ representatives' incentive awards. The hearing may be changed to a different date or time without notice. You do not need to attend the hearing unless you wish to object in person. You may not appear at the hearing unless you timely file a written notice of objection and intent to appear.

**DO I HAVE A LAWYER REPRESENTING ME IN THIS LAWSUIT?** The Court appointed lawyers from five law firms to act as Class Counsel for the Settlement Class, whose information is at www.ATTthirdpartybillingsettlement————.com. Class Counsel will ask the Court to approve payment of up to $5,500,000 for attorneys' fees and expenses and payment of $5,000 each to Joy Nwabueze and Amelia Terry, for their services as Class Representatives. The Settlement Class will not be required to pay any portion of the fees and expenses and incentive awards awarded by the Court, which will be paid by AT&T, and will not reduce the benefits to the Settlement Class. You may hire your own attorney at your own cost, if you wish, who may enter an appearance on your behalf, if you timely file a written notice of objection.



This notice is only a summary. For more information on the Settlement, please read the detailed Notice and Claim Filing Instructions at www.ATTthirdpartybillingsettlementAT&Txxxxxxxx.com. If you scan the bar code on the left with your smartphone, it will take you to a website with more detailed information, plus a Claim Form and Billing Request Summary Request form, which you can submit online, or via email or mail. If you have questions, you can also call the Settlement Administrator, Garden City Group, toll free at 1-866-242-0603800 _____ or send an email to info@ATTthirdpartybillingsettlementxxx@xxx.com.

STIPULATION

# EXHIBIT



## CLASS ACTION SETTLEMENT NOTICE

(Para ver este aviso en Español, se puede visitar www.———ATTthirdpartybillingsettlement.com/~~Español~~Espanol.)

*A federal court authorized this Notice. Read this Notice carefully. Your legal rights may be affected.*
**United States District Court for the Northern District of California**
*Nwabueze et al. v. AT&T et al.,* **Class Action Case No. 09-cv-1529 SI**

**You Received This Notice Because AT&T's Records Indicate You Have Been Billed for Third-Party Charges on Your AT&T <u>Landline</u> Telephone Bill between January 1, 2005 and January 14, 2013, and If You Did Not Authorize the Charges, You May Be Entitled to a Payment From this Class Action Settlement.**

A Settlement has been preliminarily approved by the Court in a class action lawsuit against AT&T alleging that third-party companies placed unauthorized charges on AT&T's landline customers' telephone bills (a practice known as "cramming"), in violation of federal and state law. AT&T denies any wrongdoing. Both sides have agreed to settle the lawsuit in order to avoid the cost, delay, and uncertainty of litigation. The Settlement calls for payments pursuant to a claims approval process to Settlement Class Members who assert they paid for Third-Party Charges placed on their AT&T landline telephone bills they did not authorize.

**ALERT:** If you don't want to be legally bound by the settlement, you must exclude yourself by September 2, 2013, or you won't be able to sue, or continue to sue, AT&T or any other Released Parties about the claims in this case [for a description of Released Parties, go to www.ATTthirdpartybillingsettlement.com]. If you exclude yourself, you cannot receive a payment under this settlement.

**What are "Third-Party Charges"?** Third-Party Charges are charges that customers like you could authorize to be billed on your AT&T landline telephone bill for products or services provided by third-party companies (i.e., companies not affiliated with AT&T). Examples of the types of products and services are: voicemail, email, fax, web page services (design, hosting or marketing), yellow page services, diet plans, identity protection and others. To see a non-exhaustive list of Third Parties who may have placed such charges, go to ~~www.———~~wwwATTthirdpartybillingsettlement.com and click on the "Important Documents" tab.

**What are "Unauthorized Third-Party Charges"?** Unauthorized Third-Party Charges are Third-Party Charges placed on a customer's AT&T landline bill without the customer's knowing authorization.

**NOTE TO AT&T CONNECTICUT CUSTOMERS**: All current landline telephone customers of The Southern New England Telephone Company, d/b/a AT&T Connecticut received this Notice whether or not you have ever been billed a Third-Party Charge. Unless you were billed a Third-Party Charge during the Class Period you are not a Settlement Class Member and not part of this Settlement. To determine if you are a Class Member and are entitled to participate in this Settlement call this toll free number———: 1-866-242-0603.

**How much could your payment be?** That depends on the amount of unauthorized Third-Party Charges, if any, you paid that have not already been reimbursed. While the size of payment to which individual customers could be entitled is likely to vary considerably, **class counsel contend that some class members may have claims of hundreds of dollars or more.** If you file a Claim that is approved, you will receive the **full** amount (i.e., **100%**) of all Third-Party Charges you paid between January 1, 2005 and January 14, 2013 (the "Class Period") that you assert were not authorized and were not previously reimbursed. If you have not retained or do not otherwise have access to your prior AT&T landline bills, it may not be possible for you to determine if you were billed for Third-Party Charges you did not authorize. Therefore, as described below, at your request AT&T will provide you, **free of charge**, as part of this Settlement a Billing Summary, showing all Third-Party Charges that appeared on your AT&T landline bill during the Class Period as identified from a search of reasonably available AT&T billing information. A Billing Summary Request Form is enclosed. To apply for payment under this Settlement, you must complete and submit the Claim Form enclosed with this Notice. Additional Claim Forms and additional

~~Questions or to obtain an additional Claim Form or Billing Summary Request form: Visit www.————.com, call 1-800-—————— toll free or send an email to xxx@xxx.com.~~

Billing Summary Requests are available from the Settlement Administrator at www.————ATTthirdpartybillingsettlement.com, 1-800866-0603, or by email at info@xxxxxxxATTthirdpartybillingsettlement.com.   You can file a claim online or by email or mail.  In the Claim Form, you must state, among other things, that you paid Third-Party Charges that you did not knowingly authorize and that you were not previously reimbursed for such charges.

**You can get a free Billing Summary of all your Third-Party Charges**.  You may have been billed for third-party charges over a period of months without having noticed it.  To help you determine if you were billed unauthorized Third-Party Charges during the Class Period, you can request a free **Billing Summary, listing all Third-Party Charges that appeared on your AT&T landline bill during the Class Period** as identified from a search of reasonably available AT&T billing information.  To request a Billing Summary, you must complete and submit the Billing Summary Request enclosed with this Notice.  Additional Billing Summary Request forms are available from the Settlement Administrator at www.————ATTthirdpartybillingsettlement.com, 1-800866————242-0603, or by email at info@xxxxxxxATTthirdpartybillingsettlement.com.  You can submit the Billing Summary Request online, by email or mail, or you may submit your request by telephone at 1-800866-————242-0603.  To obtain a Billing Summary you must submit the Billing Summary Request no later than December 2, 2013.

**Who is in the Settlement Class?**  The Court certified a class for settlement purposes only consisting of: all present and former AT&T ILEC landline telephone customers in the United States who, at any time from January 1, 2005 through January 14, 2013 had a Third-Party Charge placed on the customer's AT&T ILEC landline telephone bill through a Clearinghouse.  Excluded from the Settlement Class are any judicial officer to whom the Action is assigned and the U.S. government and any State government or instrumentality thereof.  [AT&T ILEC means an AT&T-affiliated incumbent local exchange carrier, such as Pacific Bell Telephone Company, d/b/a AT&T California, Illinois Bell Telephone Company, d/b/a AT&T Illinois, etc.]

**Do you have a lawyer representing you in this lawsuit?**  The Court appointed lawyers from five law firms to act as Class Counsel for the Settlement Class, whose information is at www.————ATTthirdpartybillingsettlement.com.  Class Counsel will ask the Court to approve payment of up to $5,500,000 for attorneys' fees and expenses for their efforts in achieving this Settlement and for their risk in undertaking their representation on a contingency basis and payment of $5,000 each to Joy Nwabueze and Amelia Terry, for their services as Class Representatives.  The Settlement Class will not be required to pay any portion of the fees and expenses and incentive awards awarded by the Court, which will be paid by AT&T.  Payment of these items will not reduce the benefits available to the Settlement Class.  You may hire your own attorney at your own cost if you wish, who may enter an appearance on your behalf.  Class Counsel have extensively investigated and researched the claims and underlying facts at issue in the lawsuit and, after considering, among other things, the risks, uncertainties and delay attendant to protracted litigation and the substantial benefits available now through the proposed Settlement, believe that the proposed Settlement is fair, reasonable and adequate and in the best interests of the Settlement Class members.

Questions or to obtain an additional Claim Form or Billing Summary Request form:  Visit www._____.com, call 1-800-_____ toll free or send an email to xxx@xxx.com.

| **Your legal rights and options in this Settlement:** | |
|---|---|
| **Submit a Claim Form** | This is the only way to get a payment. You have the right as a member of the Settlement Class to apply pursuant to a claims approval process for the **full amount** (i.e., 100%) of all Third-Party Charges you paid between January 1, 2005 and January 14, 2013, that you assert were not authorized and for which you have not previously been reimbursed. To receive a settlement payment, you <u>must</u> submit a Claim Form by **December 2, 2013** or 30 days after you receive a Billing Summary in response to a timely request, whichever is later, and include either a Billing Summary provided by AT&T as part of this settlement and identify on that summary any changes that you claim were not authorized **or** provide other supporting documents (e.g., copies of bills with identification of the charges you claim were not authorized). If you wish to obtain an additional Claim Form or Billing Summary Request Form, visit www.~~xxxx~~<u>ATTthirdpartybillingsettlement</u>.com, call 1-~~800_____~~<u>866-242-0603</u> or email ~~xxx~~<u>info@xxx</u><u>ATTthirdpartybillingsettlement</u>.com. |
| **Exclude yourself** | Get no payment, but do not give up right to sue Defendants or ~~related entities~~<u>Released Parties. If you don't want to be legally bound by the settlement, you must exclude yourself by September 2, 2013, or you won't be able to sue, or continue to sue, AT&T or any other Released Parties about the claims in this case [for a description of Released Parties, go to www.ATTthirdpartybillingsettlement.com]. If you exclude yourself, you cannot receive a payment under this settlement.</u> To **exclude** yourself, you must mail a signed, written request to be excluded with your name, address, and phone number, to the Settlement Administrator <u>received or</u> postmarked **by September 2, 2013.** Unless you exclude yourself, you will be in the Settlement Class, and if the Settlement is approved, will be bound by it, and release claims against Released ~~Persons~~<u>Parties</u>, as defined in the Settlement Agreement. You may go to ~~www.xxxxxxxxxxxxxxxxxxx~~<u>ATTthirdpartybillingsettlement</u>.com for a full description of the Release in this case and a representative list of other lawsuits by or on behalf of AT&T customers that include claims covered by the Release. |
| **Comment or object** | If you do not exclude yourself, you or your lawyer have the right to object to or comment on the Settlement, Class Counsel's request for attorneys' fees and expenses and/or incentive awards, by mailing objections, in writing, to: Class Counsel, John G. Jacobs at 55 West Monroe Street, Suite 2970, Chicago, IL 60603, and AT&T's Counsel at Douglas R. Tribble, 501 West Broadway, Suite 1100, San Diego, California 92101and filing the same with the Clerk of the Court at 450 Golden Gate Avenue, ~~Room xxx~~<u>16th Floor</u>, San Francisco, California. 94102 **by September 2, 2013.** Objections must include the objector's name, address, phone number, a detailed statement of the objection, all factual and legal support for it, evidence supporting it, including evidence of the objector's membership in the Settlement Class, and the caption and case number appearing on the Settlement Class Notice. You will not be permitted to appear at the final approval hearing to present an objection unless you timely comply with the requirements listed above for objecting. You will also waive any rights you may have to appeal the Court's ruling on the Settlement or award of attorneys' fees unless you have filed a timely objection. |
| **Go to the hearing** | If you have filed a timely objection you may also ask to speak in Court about the settlement; however are not required to attend the hearing whether you filed an objection or not. The Court will hold a Final Approval Hearing on November 1, 2013 at 9:00 a.m. at the U.S. District Court, Northern District California, 450 Golden Gate Avenue, 19th Floor, Courtroom 10, San Francisco, California. 94102 to decide whether the Settlement should be approved as fair, reasonable and adequate and in the best interests of the Class and whether to approve Class Counsel's request for attorneys' fees and expenses and class representative incentive awards. The Court will be available to hear objections and arguments about the settlement. The hearing may be changed to a different date or time without notice. It is your responsibility to check the Court's calendar or the Settlement Website (www.~~xxxxxxxxx~~<u>ATTthirdpartybillingsettlement</u>.com) for any changes in the schedule. |
| **Do nothing** | Get no payment and give up your right to sue Defendants and ~~other parties~~<u>Released Parties</u> with regard to the issues in this case. |

~~Questions or to obtain an additional Claim Form or Billing Summary Request form:  Visit www._____.com, call 1-800-_____ toll free or send an email to xxx@xxx.com.~~


(Mod)

If you want more information about the Settlement and how to participate in the Settlement, please read the detailed Notice and Claim Filing Instructions at www.~~AT&Txxxxxxxx~~ATTthirdpartybillingsettlement.com.  If you scan the bar code on the left with your smartphone, it will take you to a website with more detailed information, ~~and includes~~including the Claim Form and Billing Summary Request, which you can submit online, by email or postal mail.

**DO NOT CALL ~~AT&T OR~~ THE COURT WITH QUESTIONS ABOUT THIS NOTICE OR THE SETTLEMENT. CALL THE SETTLEMENT ADMINISTRATOR OR CLASS COUNSEL.  You can contact the Settlement Administrator, Garden City Group, at Nwabueze v. AT&T ~~Third Party Charge Settlement Administrator~~Inc. c/o ~~XXX~~GCG, ~~P.O.~~PO Box ~~XXX~~35045, ~~[City], [State], [Zip]~~Seattle, WA 98124, or by email at ~~xxx~~info@~~xxx~~ATTthirdpartybillingsettlement.com, or you may call toll free 1-~~800~~866-~~xxx-xxxx~~242-0603.**

STIPULATION

# EXHIBIT

# 4

**AT&T THIRD PARTY BILLING SETTLEMENT**
**ADMINISTRATOR**
C/O Garden City Group ("GCG")
*Nwabueze v. AT&T*, Case No. CV-09-1529 SI
P.O. Box 35045
Seattle, WA 98124

This is only a summary; for complete details,
GO TO:  www.ATTthirdpartybillingsettlement.com
CALL:  1-866-242-0603
EMAIL:  info@ATTthirdpartybillingsettlement.com

*This is a Court-ordered Notice, read it carefully. Your legal
rights may be affected. This is not a solicitation from a lawyer.*

**You Received This Notice Because AT&T's Records Indicate
That You Have Been Billed For Third-Party Charges On An
AT&T Landline Telephone Account Between January 1, 2005
And January 14, 2013, And If You Did Not Authorize Those
Charges You May Be Entitled To A Payment From This
Class Action Settlement.**

[postage]

<<Name>>
<<Address>>
<<Address>>





This notice is only a
summary. If you scan this
code with your smartphone, it
will take you to a website
with more detailed
information, plus a claim
form that you can submit
online.

**BTN: xxxxxxx**

**CLASS ACTION SETTLEMENT NOTICE**

(Para ver este aviso en Español, se puede visitar www.ATTthirdpartybillingsettlement.com/Espanol.)

**What is the case about?** Plaintiffs have brought a class action lawsuit against AT&T alleging that unauthorized Third-Party Charges have been placed on AT&T customers' landline telephone bills ("cramming"), in violation of federal and state law. AT&T denies any wrongdoing. Both sides have agreed to settle the lawsuit to avoid the cost, delay, and uncertainty of litigation, and the Settlement has been preliminarily approved by the Court.

**Who is in the Settlement Class?** The Settlement Class is defined as all present and former AT&T ILEC landline customers in the United States who, at any time from January 1, 2005 through January 14, 2013, had a Third-Party charge placed on the customer's AT&T ILEC landline telephone bill through a Clearinghouse. [AT&T ILEC means an AT&T-affiliated incumbent local exchange carrier, such as Pacific Bell Telephone Company, d/b/a AT&T California, etc.] Any judge handling the action, the U.S. and state governments and government agencies are excluded from the Settlement Class.

**What does the settlement provide?** You may apply for payment of 100% of all unauthorized Third-Party Charges you paid on your AT&T landline phone bills during the Class Period that have not already been reimbursed. Payment amounts may vary considerably among class members, but Class Counsel contend that some class members may have claims of hundreds of dollars or more.

**ALERT: YOUR LEGAL OPTIONS**

**Make a claim for payment:** First, look at your old bills or get a free summary of third-party charges by submitting a Billing Summary Request form to the Settlement Administrator ("GCG"), at the address below, by **December 2, 2013.** Second, submit a Claim Form to GCG by **December 2, 2013** or 30 days after you get your Billing Summary, if you timely requested one, whichever is later. You may use your **BTN** (Billing Telephone Account Number) at the top of this card to request your free Billing Summary.

**Exclude yourself/Opt Out.** If you don't want to be legally bound by the settlement, you must exclude yourself. To be excluded, you must mail a signed request to be excluded from *Nwabueze v. AT&T*, with your name, address, and phone number, to GCG (at the address below) received or postmarked by September 2, 2013. If you don't exclude yourself, you won't be able to sue, or continue to sue, AT&T or any other Released Parties about the claims in this case (for a description of Released Parties, go to www.ATTthirdpartybillingsettlement.com).

**Object:** If you do not opt out, you or your lawyer have the right to object to, or comment on, the settlement, Class Counsel's request for attorneys' fees & expenses ($5,500,000) and/or incentive awards ($10,000 total), which amounts do not reduce class member payments but are paid in addition by AT&T, by mailing your objection to: John G. Jacobs,55 West Monroe, Suite 2970, Chicago, IL 60603, and Douglas R. Trible, 501 West Broadway, San Diego, CA 92101 and filing it with the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102 by September 2, 2013.

**Appear in Court.** The Court has scheduled a Final Approval Hearing on November 1, 2013 at 9:00 a.m. at the U.S. District Court, Northern District California, 450 Golden Gate Ave., 19th Floor, Courtroom 10, San Francisco, CA 94102. You may appear at the hearing by yourself or through an attorney if you have submitted an objection, but you do not need to appear unless you wish to.

**Address of the Settlement Administrator ("GCG"):** *Nwabueze v. AT&T Inc.*, c/o GCG, P.O. Box 35045, Seattle, WA 98124

**To get** Billing Summary Request Forms, Claim Forms, or more information, contact the Settlement Administrator, Garden City Group ("GCG"), at www.ATTthirdpartybillingsettlement.com, or via email at info@ATTthirdpartybillingsettlement.com.

STIPULATION

# EXHIBIT

# 5

From:       AT&T on behalf of the U.S. District Court for the Northern District of California

To:         ~~xxxxxxxxxxx~~Xxxxxxxxxxxx

Subject:    Class Action Settlement Notice Ordered by the Federal Court in *Nwabueze, et al. v. AT&T, et al.*, Case No. 09-cv-1529-SI

## CLASS ACTION SETTLEMENT NOTICE

(Para ver este aviso en Español, se puede visitar www.~~———~~ATTthirdpartybillingsettlement.com/Español.)
*A federal court authorized this Notice.  Read this Notice carefully.  Your legal rights may be affected.*
**United States District Court for the Northern District of California**
*Nwabueze et al v. AT&T et al., Class Action Case No. 09-cv-1529 SI*

**You Received This Notice Because AT&T's Records Indicate You Have Been Billed for Third-Party Charges on Your AT&T Landline Telephone Bill between January 1, 2005 and January 14, 2013, and If You Did Not Authorize the Charges, You May Be Entitled to a Payment From this Class Action Settlement.**

A Settlement has been preliminarily approved by the Court in a class action lawsuit against AT&T alleging that third-party companies placed unauthorized charges on AT&T's landline customers' telephone bills (a practice known as "cramming"), in violation of federal and state law.  AT&T denies any wrongdoing.  Both sides have agreed to settle the lawsuit in order to avoid the cost, delay, and uncertainty of litigation.  The Settlement calls for payments pursuant to a claims approval process to Settlement Class Members who assert they paid for Third-Party Charges placed on their AT&T landline telephone bills they did not authorize.

**ALERT:** If you don't want to be legally bound by the settlement, you must exclude yourself by September 2, 2013, or you won't be able to sue, or continue to sue, AT&T or any other Released Parties about the claims in this case [for a description of Released Parties, click here]. If you exclude yourself, you cannot receive a payment under this settlement.

**What are "Third-Party Charges"?**  Third-party Charges are charges that customers like you could authorize to be billed on your AT&T landline telephone bill for products or services provided by third-party companies (i.e., companies not affiliated with AT&T).  Examples of the types of products and services are: voicemail, email, fax, web page services (design, hosting or marketing), yellow page services, diet plans, identity protection and others.  To see a non-exhaustive list of Third Parties who may have placed such charges [click here].

**What are "Unauthorized Third-Party Charges"?**  Unauthorized Third-Party Charges are Third-Party Charges placed on a customer's AT&T landline bill without the customer's knowing authorization.

**How much could your payment be?**  That depends on the amount of unauthorized Third-Party Charges, if any, you paid that have not already been reimbursed.  While the size of payment to which individual customers could be entitled is likely to vary considerably, **class counsel contend that some class members may have claims of hundreds of dollars or more**.  If you file a Claim that is approved, you will receive the **full** amount (i.e., **100%**) of all Third-Party Charges you paid between January 1, 2005 and January 14, 2013 (the "Class Period") that you assert were not authorized and were not previously reimbursed.  If you have not retained or do not otherwise have

~~Questions or to obtain an additional Claim Form or Billing Summary Request form:  Visit~~
~~v._____.com, call 1-800-_____ toll free or send an email to xxx@xxx.com.~~

0185504v3

access to your prior AT&T landline bills, it may not be possible for you to determine if you were billed for Third-Party Charges you did not authorize. Therefore, as described below, at your request AT&T will provide you, **free of charge**, as part of this Settlement a Billing Summary, showing all Third-Party Charges that appeared on your AT&T landline bill during the Class Period as identified from a search of reasonably available AT&T billing information. To obtain a Billing Summary Request Form [click here]. To apply for payment under this Settlement, you must complete and submit the Claim Form. To obtain a Claim Form [click here]. Additional Billing Summary Request and Claim Forms are available from the Settlement Administrator at www.ATTthirdpartybillingsettlement.com, 1-866-242-0603, or info@ATTthirdpartybillingsettlement.com. You can file a claim online or by email or mail. In the Claim Form, you must state, among other things, that you paid Third-Party Charges that you did not knowingly authorize and that you were not previously reimbursed for such charges.

**You can get a Billing Summary of all your Third-Party Charges.** You may have been billed for third-party charges over a period of months without having noticed it. To help you determine if you were billed unauthorized Third-Party Charges during the Class Period, you can request a <u>free</u> **Billing Summary, listing all Third-Party Charges that appeared on your AT&T landline bill during the Class Period** as identified from a search of reasonably available AT&T billing information. To request a Billing Summary, you must complete and submit the Billing Summary Request. To obtain a Billing Summary Request [click here]. Additional Billing Summary Request forms are available from the Settlement Administrator at www.ATTthirdpartybillingsettlement.com, 1-866-242-0603, or info@ATTthirdpartybillingsettlement.com. You can submit the Billing Summary Request online, by email or mail, or you may submit your request by telephone at 1-866-242-0603. **To obtain a Billing Summary you must submit the Billing Summary Request no later than December 2, 2013.**

**Who is in the Settlement Class?** The Court certified a class for settlement purposes only consisting of: all present and former AT&T ILEC landline telephone customers in the United States who, at any time from January 1, 2005 through January 14, 2013, had a Third-Party Charge placed on the customer's AT&T ILEC landline telephone bill through a Clearinghouse. Excluded from the Settlement Class are any judicial officer to whom the Action is assigned and the U.S. government and any State government or instrumentality thereof. [AT&T ILEC means an AT&T-affiliated incumbent local exchange carrier, such as Pacific Bell Telephone Company, d/b/a AT&T California, Illinois Bell Telephone Company, d/b/a AT&T Illinois, etc.]

**Do you have a lawyer representing you in this lawsuit?** The Court appointed lawyers from five law firms to act as Class Counsel for the Settlement Class, whose information is at www.ATTthirdpartybillingsettlement.com. Class Counsel will ask the Court to approve payment of up to $5,500,000 for attorneys' fees and expenses for their efforts in achieving this Settlement and for their risk in undertaking their representation on a contingency basis and payment of $5,000 each to Joy Nwabueze and Amelia Terry, for their services as Class Representatives. The Settlement Class will not be required to pay any portion of the fees and expenses and incentive awards awarded by the Court, which will be paid by AT&T. Payment of these items will not reduce the benefits available to the Settlement Class. You may hire your own attorney at your own cost if you wish, who may enter an appearance on your behalf.

**The Court has preliminarily approved the settlement.** Class Counsel have extensively investigated and researched the claims and underlying facts at issue in the lawsuit and, after considering, among other things, the risks, uncertainties and delay attendant to protracted litigation and the substantial benefits available now through the proposed Settlement, believe that the proposed Settlement is fair, reasonable and adequate and in the best interests of the Settlement Class members. This is only a summary. For complete information, including deadlines by which you must act, you should read the full notice of the settlement agreement, available by clicking <**here**.>

~~Questions or to obtain an additional Claim Form or Billing Summary Request form:  Visit w._____.com, call 1-800-_____ toll free or send an email to xxx@xxx.com.~~

| Your legal rights and options in this Settlement: | |
|---|---|
| **Submit a Claim Form** | This is the only way to get a payment. You have the right as a member of the Settlement Class to apply through a claims approval process for the **full amount** (i.e., 100%) of all Third-Party Charges you paid between January 1, 2005 and January 14, 2013, that you assert were not authorized and for which you have not previously been reimbursed. To receive a settlement payment, you <u>must</u> submit a Claim Form by **December 2, 2013** or within 30 days of receiving a timely-requested Billing Summary, whichever is later, and include either a Billing Summary provided by AT&T as part of this settlement and identify on that summary any charges that you claim were not authorized **or** provide other supporting documents (e.g., copies of bills with identification of the charges you claim were not authorized). If you wish to obtain an additional Claim Form [click here] or additional Billing Summary Request Form [click here], or visit www.~~xxxx~~ATTthirdpartybillingsettlement.com, call 1-~~800————~~866-242-0603 or email ~~xxx~~info@~~xxx~~ATTthirdpartybillingsettlement.com. |
| **Exclude yourself** | Get no payment, but do not give up right to sue Defendants or ~~related entities~~Released Parties. **If you don't want to be legally bound by the settlement, you must exclude yourself by September 2, 2013, or you won't be able to sue, or continue to sue, AT&T or any other Released Parties about the claims in this case [for a description of Released Parties, go to www.ATTthirdpartybillingsettlement.com]. If you exclude yourself, you cannot receive a payment under this settlement.** To **exclude** yourself, you must mail a signed, written request to be excluded with your name, address, and phone number, to the Settlement Administrator <u>received or</u> postmarked by **September 2, 2013.** Unless you exclude yourself, you will be in the Settlement Class, and if the Settlement is approved, will be bound by it, and release claims against Released ~~Persons~~Parties, as defined in the Settlement Agreement. You may go to www.~~xxxxxxxxxxxxxxxxxxxx~~ ATTthirdpartybillingsettlement.com for a full description of the Release in this case and a representative list of other lawsuits by or on behalf of AT&T customers that include claims covered by the Release. |
| **Comment or object** | If you do not exclude yourself, you or your lawyer have the right to object to or comment on the Settlement, Class Counsel's request for attorneys' fees and expenses and/or incentive awards, by mailing objections, in writing, to: Class Counsel, John G. Jacobs at 55 West Monroe Street, Suite 2970, Chicago, IL 60603, and AT&T's Counsel at Douglas R. Tribble, 501 West Broadway, Suite 1100, San Diego, California 92101and filing the same with the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, California. 94102 **by September 2, 2013.** Objections must include the objector's name, address, phone number, a detailed statement of the objection, all factual and legal support for it, evidence supporting it, including evidence of the objector's membership in the Settlement Class, and the caption and case number appearing on the Settlement Class Notice. You will not be permitted to appear at the final approval hearing to present an objection unless you timely comply with the requirements listed above for objecting. You will also waive any rights you may have to appeal the Court's ruling on the Settlement or award of attorneys' fees unless you have filed a timely objection. |
| **Go to the hearing** | If you have filed a timely objection you may also ask to speak in Court about the settlement; however are not required to attend the hearing whether you filed an objection or not. The Court will hold a Final Approval Hearing on November 1, 2013 at 9:00 a.m. at the U.S. District Court, Northern District California, 450 Golden Gate Avenue, 19th Floor, Courtroom 10, San Francisco, California. 94102 to decide whether the Settlement should be approved as fair, reasonable and adequate and in the best interests of the Class and whether to approve Class Counsel's request for attorneys' fees and expenses and class representative incentive awards. The Court will be available to hear objections and arguments about the settlement. The hearing may be changed to a different date or time without notice. It is your responsibility to check the Court's calendar or the Settlement Website (www~~xxxxxxxxx.~~ ATTthirdpartybillingsettlement.com) for any changes in the schedule. |

~~Questions or to obtain an additional Claim Form or Billing Summary Request form: Visit v._____.com, call 1-800 _____ toll free or send an email to xxx@xxx.com.~~

| Do nothing | Get no payment and give up your right to sue Defendants and ~~other parties~~Released Parties with regard to the issues in this case. |
|---|---|

If you want more information about the Settlement and how to participate in the Settlement, please read the detailed Notice and Claim Filing Instructions at <www.~~AT&Txxxxxxxx~~ ATTthirdpartybillingsettlement.com >

**DO NOT CALL ~~AT&T OR~~ THE COURT WITH QUESTIONS ABOUT THIS NOTICE OR THE SETTLEMENT. CALL THE SETTLEMENT ADMINISTRATOR OR CLASS COUNSEL. You can contact the Settlement Administrator, Garden City Group, at Nwabueze v. AT&T ~~Third Party Charge Settlement Administrator~~Inc. c/o ~~XXX~~GCG, ~~P.O.~~PO Box ~~XXX~~35045, ~~[City], [State], [Zip]~~Seattle, WA 98124, or by email at ~~xxx~~info@~~xxx~~ATTthirdpartybillingsettlement.com, or you may call toll free 1-~~800~~866-~~xxx-xxx~~242-0603.**

~~Questions or to obtain an additional Claim Form or Billing Summary Request form: Visit v._____.com, call 1-800 _____ toll free or send an email to xxx@xxx.com.~~

01855042v3