| | |
|---|---|
| 1  KELLER GROVER, LLP<br>    JEFFREY F. KELLER #148005<br>2  jfkeller@kellergrover.com<br>    1965 Market Street<br>3  San Francisco, CA  94103<br>    Telephone:   (415) 543-1305<br>4  Facsimile:     (415) 543-7861<br><br>5  JACOBS KOLTON, CHTD.<br>    JOHN G. JACOBS  (*Pro Hac Vice*)<br>6  BRYAN G. KOLTON  (*Pro Hac Vice*)<br>    jgjacobs@jacobskolton.com<br>7  bgkolton@jacobskolton.com<br>    55 West Monroe Street, Suite 2970<br>8  Chicago, IL  60603<br>    Telephone:   (312) 427-4000<br>9  Facsimile:     (312) 268-2425<br><br>10 Attorneys for Plaintiff JOY NWABUEZE<br>    and the putative class<br>11<br>    [*Additional Counsel on Signature Page*]<br>12 | PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>ROXANE A. POLIDORA  #135972<br>roxane.polidora@pillsburylaw.com<br>Four Embarcadero Center, 22nd Floor<br>Post Office Box 2824 (zip 94126)<br>San Francisco, CA  94111<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br><br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>DOUGLAS R. TRIBBLE  #116868<br>CONNIE J. WOLFE  #207661<br>douglas.tribble@pillsburylaw.com<br>connie.wolfe@pillsburylaw.com<br>501 West Broadway, Suite 1100<br>San Diego, CA  92126-3575<br>Telephone:   (619) 234-5000<br>Facsimile:     (619) 236-1995<br><br>Attorneys for Defendants<br>PACIFIC BELL TELEPHONE COMPANY,<br>AT&T SERVICES, INC. and<br>AT&T OPERATIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY NWABUEZE, individually and on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br><br>          vs.<br><br>PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation; AT&T SERVICES, INC., a Delaware corporation; AT&T OPERATIONS, INC., a Delaware corporation; and DOES 1 through 21,<br><br>                Defendants. | Case No. CV 09-01529 SI<br><br>STIPULATION AND [~~Proposed~~] ORDER REGARDING MODIFICATION OF SETTLEMENT NOTICE PLAN<br><br>Judge:       Hon. Susan Illston |

1  WHEREAS, on January 16, 2013 the Court entered an Order Granting Preliminary
2  Approval of Class Action Settlement (Doc#159), filed on January 17, 2013 ("Preliminary
3  Approval Order").
4  WHEREAS, the Notice Plan described in the Preliminary Approval Order and in the
5  underlying Settlement Stipulation and Agreement provided for mailed notice to current
6  customers during two consecutive months beginning no later than thirty (30) days after Notice
7  Commencement Date (April 1, 2013);
8  WHEREAS, the AT&T Defendants recently learned that approximately 550,000
9  current customer class members in Alabama, Mississippi and South Carolina (approximately
10 2.37% of the total class members) did not receive mailed notice due to a combination of
11 human and software error;
12 WHEREAS, the AT&T Defendants have determined that they have the ability to send
13 the same yellow bill insert (containing the Notice of Settlement, Billing Summary Request
14 Form, and Claim Form) received by other current customer class members in a separate direct
15 mailed notice to the missed class members in two consecutive mailings: the first no later than
16 July 26, 2013 and the second no later than August 2, 2013. Such notice would be sent more
17 than thirty (30) days prior to the September 2, 2013 deadline for submitting objections or
18 requests for exclusion;
19 WHEREAS, the parties met and conferred regarding the error and determined that the
20 provision of notice to the missed class members as described above would provide the best
21 notice practicable under the circumstances and constitutes valid, sufficient notice that
22 complies with due process. *See, e.g., Torrisi v. Tucson Elect. Power Co.*, 8 F.3d 1370, 1375
23 (9th Cir. 1993) (affirming grant of settlement approval where notice was mailed out to some
24 class members 31 days before the deadline for written objections and 45 days before the
25 hearing).
26 NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:
27   1. The AT&T Defendants shall send the bill insert (containing the Notice of
28      Settlement, Billing Summary Request Form, and Claim Form) via direct mail to

1     the approximately 550,000 class members in Alabama, Mississippi and South

2     Carolina who have not yet received mailed notice, in an AT&T envelope with the

3     words "Important Notice regarding Third-Party Charges, including how to seek a

4     refund if unauthorized"; and

5   2. The bill insert (containing the Notice of Settlement, Billing Summary Request

6     Form, and Claim Form) shall be mailed out twice to the approximately 550,000

7     class members in Alabama, Mississippi and South Carolina who have not yet

8     received mailed notice: the first no later than July 26, 2013 and the second no later

9     than August 2, 2013.

10 Dated: July 23, 2013     PILLSBURY WINTHROP SHAW PITTMAN LLP
    ROXANE A. POLIDORA

11

    DOUGLAS R. TRIBBLE
12     CONNIE J. WOLFE

13

14     By /s/ Roxane A. Polidora
    Roxane A. Polidora
15     Attorneys for Defendants
    PACIFIC BELL TELEPHONE COMPANY, AT&T
16     SERVICES, INC., and AT&T OPERATIONS, INC.

17
    Dated: July 23, 2013
18

    KELLER GROVER, LLP
19     JEFFREY F. KELLER

20     JACOBS KOLTON, CHTD.
    JOHN G. JACOBS
21     BRYAN G. KOLTON

22

23     By /s/ John G. Jacobs
    John G. Jacobs
24     Attorneys for Plaintiff
    JOY NWABUEZE and the Putative Class
25     *See next page for additional Counsel*

26

27

28

| | |
|---|---|
| 1 | DAVID SCHACHMAN & ASSOC., PC |
| | DAVID SCHACHMAN (*Pro Hac Vice*) |
| 2 | ds@schachmanlaw.com |
| | 55 West Monroe Street, Suite 2970 |
| 3 | Chicago, IL 60603 |
| | Telephone: (312) 427-4500 |
| 4 | Facsimile: (312) 268-2425 |
| 5 | Attorneys for Plaintiff JOY NWABUEZE and the Putative Class |
| 6 | |
| 7 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | MICHAEL W. SOBOL |
| | JAHAN C. SAGAFI |
| 8 | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| 9 | Tel: (415) 956-1000 |
| | Fax: (415) 956-1008 |
| 10 | msobol@lchb.com |
| | jsagafi@lchb.com |
| 11 | |
| | CADDELL & CHAPMAN |
| 12 | MICHAEL A. CADDELL |
| | CYNTHIA B. CHAPMAN |
| 13 | CRAIG C. MARCHIANDO (*Pro Hac Vice*) |
| | 1331 Lamar Street, Suite 1070 |
| 14 | Houston, TX 77010 |
| | Tel: (713) 751-0400 |
| 15 | Fax: (713) 751-0906 |
| | mac@caddellchapman.com |
| 16 | cbc@caddellchapman.com |
| | ccm@caddellchapman.com |
| 17 | |
| | Attorneys for Plaintiff |
| 18 | JOY NWABUEZE and the Putative Class |

## ATTESTATION OF SIGNATURE

### (N.D. Cal. General Order 45)

I, Roxane A. Polidora, hereby attest that concurrence in the filing of this document entitled STIPULATION AND [Proposed] ORDER REGARDING MODIFICATION OF SETTLEMENT NOTICE PLAN has been obtained from all of the signatories.

Dated: July 23, 2013     By /s/ Roxane A. Polidora
                            Roxane A. Polidora

1
2
## [PROPOSED] ORDER

3   PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO
4   ORDERED.

5
6   Date: 7/24/13

_____
The Honorable Susan Illston
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2013, a true and correct copy of **STIPULATION AND [Proposed] ORDER REGARDING MODIFICATION OF SETTLEMENT NOTICE PLAN** was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

_____Kathy Stout_____
Kathy Stout