**FILED**

SEP 03 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Charles M. Thompson**
1401 Doug Baker Blvd
Suite 135
Birmingham, AL 35242
(205) 908-8259
(205) 995-0078 Fax

**RECEIVED**

SEP 03 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Sent Via Fedex Mail**
August 30, 2013

Clerk of the Court
450 – Golden Gate Avenue
San Francisco, CA 94102

Re: Case #: CV-09-1529-SI

Dear Sir or Madam:

Please be advised that I am a class member in subject case having received a class action notice card informing me of my class member status. My number is 205-908-9677. Obviously I was falsely charged third party charges and other violations making me so damaged. I object to said settlement and the complex procedure requiring class members to be compensated while paying millions of dollars to attorneys. I have read on line other complaints and objections of other class members and join in any of those validly made.

Very truly yours,

Charles M. Thompson

cc: John G. Jacobs
    Douglas R. Tribble