FILED

SEP 03 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

August 29, 2013

Dear Court,

My name is Cathy Lochridge. I live at 4063 Dunhaven Road in Dallas, Texas 75220 and my telephone number is 214-808-1776. I got an email saying that I was a class member in the AT&T court case (Class Action Case No. 09-cv-1529)

I am not sure of the right legal terms to use, but I think this settlement is unfair. If other customers say it better than I do, then I want to go with their complaints too. The lawyers are getting $5,500,000 but we are only getting whatever we go to the trouble to add up. I don't understand why AT&T can't figure out these fees for us. We should not have to be the ones taking time to add this stuff up when AT&T is the one who made all the money off of it in the first place. I filled out the request for my billing summary online, but haven't gotten it yet so am not sure how much I've been charged. I'm not sure of what they have to do, but $5,000 for the Class Representatives seems really high.

It is just wrong that AT&T would be able to charge us without us knowing. And I never knew because the bill is very hard to make sense of in the first place. I'm glad someone decided to sue them so this all came to light.

Thanks,

*Cathy Lochridge*

From: attthirdpartybillingsettlement <attthirdpartybillingsettlement@tgcginc.com>
To: CATHY0955 <CATHY0955@AOL.COM>
Sent: Tue, Jun 11, 2013 8:46 pm
Subject: Class Action Settlement Notice Ordered by the Federal Court in Nwabueze, et al. v. AT&T, et al., Case No. 09-cv-1529-SI

## CLASS ACTION SETTLEMENT NOTICE

(Para ver este aviso en Español, se puede visitar www.ATTthirdpartybillingsettlement.com/Español.)
*A federal court authorized this Notice. Read this Notice carefully. Your legal rights may be affected.*
**United States District Court for the Northern District of California**
***Nwabueze et al v. AT&T et al.,* Class ActionCase No. 09-cv-1529 SI**

**You Received This Notice Because AT&T's Records Indicate You Have Been Billed for Third-Party Charges on Your AT&T Landline Telephone Bill between January 1, 2005 and January 14, 2013, and If You Did Not Authorize the Charges, You May Be Entitled to a Payment From this Class Action Settlement.**

A Settlement has been preliminarily approved by the Court in a class action lawsuit against AT&T alleging that third-party companies placed unauthorized charges on AT&T's landline customers' telephone bills (a practice known as "cramming"), in violation of federal and state law. AT&T denies any wrongdoing. Both sides have agreed to settle the lawsuit in order to avoid the cost, delay, and uncertainty of litigation. The Settlement calls for payments pursuant to a claims approval process to Settlement Class Members who assert they paid for Third-Party Charges placed on their AT&T landline telephone bills they did not authorize.

**ALERT**: If you don't want to be legally bound by the settlement, you must exclude yourself by September 2, 2013, or you won't be able to sue, or continue to sue, AT&T or any other Released Parties about the claims in this case [for a description of Released Parties, click here]. If you exclude yourself, you cannot receive a payment under this settlement.

**What are "Third-Party Charges"?** Third-party Charges are charges that customers like you could authorize to be billed on your AT&T landline telephone bill for products or services provided by third-party companies (i.e., companies not affiliated with AT&T). Examples of the types of products and services are: voicemail, email, fax, web page services (design, hosting or marketing), yellow page services, diet plans, identity protection and others. To see a non-exhaustive list of Third Parties who may have placed such charges click here.

**What are "Unauthorized Third-Party Charges"?** Unauthorized Third-Party Charges are Third-Party Charges placed on a customer's AT&T landline bill without the customer's knowing authorization.

**How much could your payment be?** That depends on the amount of unauthorized Third-Party Charges, if any, you paid that have not already been reimbursed. While the size of payment to which individual customers could be entitled is likely to vary considerably, **class counsel contend that some class members may have claims of hundreds of dollars or more**. If you file a Claim that is approved, you will receive the **full** amount (i.e., **100%**) of all Third-Party Charges you paid between January 1, 2005 and January 14, 2013 (the "Class Period") that you assert were not authorized and were not previously reimbursed. If you have not retained or do not otherwise have access to your prior AT&T landline bills, it may not be possible for you to determine if you were billed for Third-Party Charges you did not authorize. Therefore, as described below, at your request AT&T will provide you, **free of charge**, as part of this Settlement a Billing Summary, showing all Third-Party Charges that appeared on your AT&T landline bill during the Class Period as identified from a search of reasonably available AT&T billing information. To obtain a Billing Summary Request Form click here. To apply for payment under this Settlement, you must complete and submit the Claim Form. To obtain a Claim Form click here. Additional Billing Summary Request and Claim Forms are available from the Settlement Administrator at www.ATTthirdpartybillingsettlement.com, 1-866-242-0603, or info@ATTthirdpartybillingsettlement.com. You can file a claim online or by email or mail. In the Claim Form, you must state, among other things, that you paid Third-Party Charges that you did not knowingly authorize and that you were not previously reimbursed for such charges.

**You can get a Billing Summary of all your Third-Party Charges.** You may have been billed for third-party charges over a period of months without having noticed it. To help you determine if you were billed

unauthorized Third-Party Charges during the Class Period, you can request a free **Billing Summary, listing all Third-Party Charges that appeared on your AT&T landline bill during the Class Period** as identified from a search of reasonably available AT&T billing information. To request a Billing Summary, you must complete and submit the Billing Summary Request. To obtain a Billing Summary Request click here. Additional Billing Summary Request forms are available from the Settlement Administrator at www.ATTthirdpartybillingsettlement.com, 1-866-242-0603, or info@ATTthirdpartybillingsettlement.com. You can submit the Billing Summary Request online, by email or mail, or you may submit your request by telephone at 1-866-242-0603. **To obtain a Billing Summary you must submit the Billing Summary Request no later than December 2, 2013.**

**Who is in the Settlement Class?** The Court certified a class for settlement purposes only consisting of: all present and former AT&T ILEC landline telephone customers in the United States who, at any time from January 1, 2005 through January 14, 2013, had a Third-Party Charge placed on the customer's AT&T ILEC landline telephone bill through a Clearinghouse. Excluded from the Settlement Class are any judicial officer to whom the Action is assigned and the U.S. government and any State government or instrumentality thereof. [AT&T ILEC means an AT&T-affiliated incumbent local exchange carrier, such as Pacific Bell Telephone Company, d/b/a AT&T California, Illinois Bell Telephone Company, d/b/a AT&T Illinois, etc.]

**Do you have a lawyer representing you in this lawsuit?** The Court appointed lawyers from five law firms to act as Class Counsel for the Settlement Class, whose information is at www.ATTthirdpartybillingsettlement.com. Class Counsel will ask the Court to approve payment of up to $5,500,000 for attorneys' fees and expenses for their efforts in achieving this Settlement and for their risk in undertaking their representation on a contingency basis and payment of $5,000 each to Joy Nwabueze and Amelia Terry, for their services as Class Representatives. The Settlement Class will not be required to pay any portion of the fees and expenses and incentive awards awarded by the Court, which will be paid by AT&T. Payment of these items will not reduce the benefits available to the Settlement Class. You may hire your own attorney at your own cost if you wish, who may enter an appearance on your behalf.

**The Court has preliminarily approved the settlement.** Class Counsel have extensively investigated and researched the claims and underlying facts at issue in the lawsuit and, after considering, among other things, the risks, uncertainties and delay attendant to protracted litigation and the substantial benefits available now through the proposed Settlement, believe that the proposed Settlement is fair, reasonable and adequate and in the best interests of the Settlement Class members. This is only a summary. For complete information, including deadlines by which you must act, you should read the full notice of the settlement agreement, available by clicking here.

### YOUR LEGAL RIGHTS AND OF

**Submit a Claim Form**

This is the only way to get a payment. You have the right as a member of the Settlemen Charges you paid between January 1, 2005 and January 14, 2013, that you assert were n must submit a Claim Form by **December 2, 2013** or within 30 days of receiving a timel as part of this settlement and identify on that summary any charges that you claim were you claim were not authorized). If you wish to obtain an additional Claim Form click he www.ATTthirdpartybillingsettlement.com, call 1 866-242-0603 or email info@ATTthir

**Exclude yourself**

Get no payment, but do not give up right to sue Defendants or Released Parties. **If you c you won't be able to sue, or continue to sue, AT&T or any other Released Parties a www.ATTthirdpartybillingsettlement.com]. If you exclude yourself, you cannot rec** excluded with your name, address, and phone number, to the Settlement Administrator r Class, and if the Settlement is approved, will be bound by it, and release claims against I www.ATTthirdpartybillingsettlement.com for a full description of the Release in this ca by the Release.

| | |
|---|---|
| **Comment or object** | If you do not exclude yourself, you or your lawyer have the right to object to or commer mailing objections, in writing, to: Class Counsel, John G. Jacobs at 55 West Monroe Str 1100, San Diego, California 92101and filing the same with the Clerk of the Court at 45C the objector's name, address, phone number, a detailed statement of the objection, all fac Settlement Class, and the caption and case number appearing on the Settlement Class N( timely comply with the requirements listed above for objecting. You will also waive an have filed a timely objection. |
| **Go to the hearing** | If you have filed a timely objection you may also ask to speak in Court about the settlem hold a Final Approval Hearing on November 1, 2013 at 9:00 a.m. at the U.S. District Co California, 94102 to decide whether the Settlement should be approved as fair, reasonab attorneys' fees and expenses and class representative incentive awards. The Court will b date or time without notice. It is your responsibility to check the Court's calendar or the |
| **Do nothing** | Get no payment and give up your right to sue Defendants and Released Parties with rega |

If you want more information about the Settlement and how to participate in the Settlement, please read the detailed Notice and Claim Filing Instructions at www.ATTthirdpartybillingsettlement.com .
**DO NOT CALL THE COURT WITH QUESTIONS ABOUT THIS NOTICE OR THE SETTLEMENT. CALL THE SETTLEMENT ADMINISTRATOR OR CLASS COUNSEL. You can contact the Settlement Administrator, Garden City Group, at Nwabueze v. AT&T Inc. c/o GCG, PO Box 35045, Seattle, WA 98124, or by email at info@ATTthirdpartybillingsettlement.com, or you may call toll free 1-866-242-0603.**

If you wish to UNSUBSCRIBE from future email messages from the Settlement Administrator with regard to this Settlement, please click on this link.