Clerk of the Court
450 Golden Gate Avenue,
16th Floor, San Francisco, CA
94102

**FILED**

SEP 03 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

13 SEP -3 P 2: 01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

Regarding the Settlement in Nwabueze v. AT&T, Inc., Case No. CV 09-1529 SI, I object to the settlement. The remuneration of fraudulent billing does not redress the issues of invasive use of another's information by a third party. The settlement does not address the grievances of those whose privacy has been invaded by third-party use of their phone number and other information. The settlement doesn't assess the larger picture of those Class Members like myself, who continue to suffer financial losses due to abusive and invasive business communications practices from the perpetrators of the third-party billing scheme.

I intend to appear at the Final Approval Hearing with the counsel:

Keller and Grover
1965 Market Street
San Francisco, CA 94103
(888) 535-5291


Thank you,


Alma Rose Snyder
415-242-0967 (original AT&T billing number)

PO Box 640052
San Francisco, CA
94164
415-829-2342

August 30, 2013

Supporting Documentation for Objection to the settlement in Nwabueze v. AT&T, Inc., Case No. CV 09-1529 SI
(Alma Rose Snyder 415 242 0967 319)

- Third-Party Billing Summary (3 pages)
- Fraudulent Bill on behalf of AT&T by SOS CCA (June 10, 2011) for AT&T Uverse
- Track & Confirm dated within the required return period for equipment from AT&T Uverse
- Return shipping label on item returned to AT&T Uverse January 2011
- Incident report to SFPD re: ongoing invasive + abusive communications practices from AT&T + others. ~~providers~~ (AT&T refused to install a land line + continued to bill me for equipment I returned within the allotted time frame
- Photographic evidence that the ongoing events are related to de facto denial of service and/or more serious offenses



ATN1995048083

Dear ALMA ROSE SNYDER
PO BOX 640052
SAN FRANCISCO, CA 94164

## BILLING SUMMARY OF THIRD PARTY CHARGES AND CREDITS ON YOUR AT&T LANDLINE TELEPHONE

### Your Billing Telephone Account Number (BTN): 4152420967319

Enclosed is the summary of Third-Party Charges that you requested in connection with the class action settlement in Nwabueze v. AT&T et al (Case No. 09 CV 1529 SI), in the United States District Court for the Northern District of California.

### What Is This Summary?

This summary lists Third-Party Charges covered by the Settlement that appeared on your AT&T landline telephone bills between January 1, 2005 and January 14, 2013, that have been identified through a search of reasonably available billing data.

### How Do I Use This Summary?

This summary is provided to you to allow you to determine if you were billed for unauthorized Third-Party Charges, and, if so, to submit a claim seeking a full refund of those charges under the Settlement.

Each third-party service provider and/or Clearinghouse whose charges appeared on your AT&T landline telephone bill during the relevant period is listed in the summary separately. Each charge imposed is separately listed, giving the date of the charge and the amount of the charge. If any credit was given with regard to that service provider, any such credit is also listed by date and amount.

If a listed charge was not authorized by you, place an "X" in the box next to the row that contains that charge. If some, but not all, of that company's charges were unauthorized, then you must total all the charges you have indicated were not authorized and be sure to include that total on your Claim Form.

At the end of the listings, you will find a table providing the total charges, net of any credits, subtotaled by third party service provider and Clearinghouse. If you claim that none of the charges by a third party service provider and/or Clearinghouse were authorized, you should place an "X" next to the row that contains those total charges

Once you have gone through the Summary and identified all unauthorized charges, you must then file a Claim Form in order to obtain a refund of unauthorized charges. Every Claim Form must attach either a Billing Summary or copies of AT&T landline bills or other documentation with the unauthorized charges indicated on it. You must file your Claim Form no later than December 2, 2013, or 30 days after receiving your Billing Summary, whichever date is later.

### How Do I File A Claim?

If you choose to file a claim, you must either attach this complete Summary or other documentation of the unauthorized Third-Party Charges you claim (such as copies of old bills). You must file your claim by December 2, 2013 or 30 days after receiving this Summary, whichever is later. Send your completed Claim Form (and your documentation) to:

> Nwabueze v. AT&T, Inc.
> c/o GCG
> P.O. Box 35045
> Seattle, WA 98124

### Or

File online at www.ATTthirdpartybillingsettlement.com/claim. For detailed instructions on how to submit a claim online, go to www.ATTthirdpartybillingsettlement.com/faq#Q15.

### Individual Charges

| Month/Year | Third-Party Service Provider | Clearinghouse | Charges to Your Account | Credits to Your Account | Mark "X" if Charge Not Authorized |
|---|---|---|---|---|---|
| 12/2006 |  | USBI | $4.59 | $0.00 |  |
| 09/2006 |  | USBI | $2.97 | $0.00 |  |
| 09/2007 |  | USBI | $8.27 | $0.00 |  |
| 10/2007 |  | USBI | $8.27 | $0.00 |  |
| 11/2007 |  | USBI | $8.27 | $0.00 |  |
| 12/2007 |  | USBI | $8.27 | $0.00 |  |
| 01/2008 | Consumer Telcom | USBI | $8.27 | $0.00 |  |
| 02/2008 | Consumer Telcom | USBI | $9.37 | $0.00 |  |
| 03/2008 | Consumer Telcom | USBI | $8.24 | $0.00 |  |
| 04/2008 | Consumer Telcom | USBI | $8.24 | $0.00 |  |
| 05/2008 | Consumer Telcom | USBI | $8.24 | $0.00 |  |
| 06/2008 | Consumer Telcom | USBI | $8.27 | $0.00 |  |
| 07/2008 | Consumer Telcom | USBI | $8.27 | $0.00 |  |
| 08/2008 | Consumer Telcom | USBI | $8.27 | $0.00 |  |
| 09/2008 | Consumer Telcom | USBI | $8.31 | $0.00 |  |
| 10/2008 | Consumer Telcom | USBI | $8.31 | $0.00 |  |
| 11/2008 |  | USBI | $8.31 | $0.00 |  |
| 12/2008 | Consumer Telcom | USBI | $8.30 | $0.00 |  |
| 01/2009 | Consumer Telcom | USBI | $8.30 | $0.00 |  |

| 11/2006 |                      | USBI                  | $4.59  | $0.00 |  |
|---------|----------------------|-----------------------|--------|-------|--|
| 12/2008 | Calling 10 15 15 800 | ILD Teleservices, Inc | $12.13 | $0.00 |  |
| 02/2009 | Consumer Telcom      | USBI                  | $8.30  | $0.00 |  |
| 03/2009 | Consumer Telcom      | USBI                  | $10.24 | $0.00 |  |
| 04/2009 | Consumer Telcom      | USBI                  | $6.26  | $0.00 |  |
| 05/2009 | Consumer Telcom      | USBI                  | $6.74  | $0.00 |  |
| 08/2007 |                      | USBI                  | $8.27  | $0.00 |  |

**Totals for each Third-Party Service Provider and/or Clearinghoue, Net of Credits**

| Third-Party Service Provider | Clearinghouse         | Net Charges to Your Account | Mark "X" if These Charges Were Not Authorized |
|------------------------------|-----------------------|-----------------------------|-----------------------------------------------|
|                              | USBI                  | $66.45                      |                                               |
| CALLING 10 15 15 800         | ILD Teleservices, Inc | $12.13                      |                                               |
| CONSUMER TELCOM              | USBI                  | $131.93                     |                                               |

**Remember:** In filling out your claim form to add <u>all</u> of the subtotals that you have indicated were unauthorized.

If you have any questions please refer to the information available at www.ATTthirdpartybillingsettlement.com or contact the Settlement Administrator at 1 (866) 242-0603





EOS CCA
700 LONGWATER DRIVE
NORWELL, MA 02061

Toll Free : **1-888-266-6471**
Phone Number: **1-708-342-2370**

June 10, 2011

**Office Hours:**
Monday - Thursday: 8:00 AM - 9:00 PM CT
Friday: 8:00 AM - 5:00 PM CT
Saturday: 8:00 AM - 12:00 PM CT

## NOTICE OF COLLECTION PLACEMENT

RE:
Your Account with our Client: **at&t**
Client Reference #: **704108520**
Agency Account #: **9779595**
Original Creditor, if different from Client:

| | | |
|---|---|---|
| Principal: | $ | 82.13 |
| Interest: | $ | 0.00 |
| Fees/Coll Costs: | $ | 0.00 |
| Other Accounts: | $ | 0.00 |
| Total Due: | $ | 82.13 |

**at&t** has placed your account with us for collection. This is a demand for payment of your debt. We urge you to remit payment to our office, unless you dispute this debt. If you dispute this debt, please see the reverse side of this notice for important rights.
**at&t** ha puesto su cuenta con nosotros para la colección. Esta es una demanda de pago de su deuda. Le recomendamos que envie su pago a nuestra oficina si usted debe esta deuda. Si usted discute esta deuda, favor de leer la infermacion al dorso de esta carta sobre sus derechos.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.
Esta communicación es de un cobrador de deudas. Esto es un intento para cobrar una deuda y cualquier información obtenida será usada para ese propósito.

We may report information about your account to credit bureaus.
Informacion sobre su cuenta puede ser reportada a la Oficina de Credito (Credit Bureau).

*U Verse.att*
*.com*

To make a payment by touch tone phone, on the web or by credit card, please see reverse side.
Para hacer un pago via su telefono, internet o via una tarjeta de credito, por favor debuela a la carta.

If you feel you are or have been a victim of Theft of Identity, please call AT&T at 1-866-718-2011.

DAL-9779595-11-061011-205-27449-122

PLEASE SEE REVERSE SIDE FOR IMPORTANT RIGHTS   ···   FAVOR DE LEER SUS DERECHOS IMPORTANTES AL OTRO LA DO
✕ Detach Bottom Portion And Return With Payment   ✕Devuelva esta porción con su pago

**EOS CCA
PO BOX 296
NORWELL, MA 02061-0296
FORWARD SERVICE REQUESTED**

| Account # : | Client Reference # : | Total Due : |
|---|---|---|
| 9779595 | 704108520 | $82.13 |
| Client : at&t | | |

PERSONAL & CONFIDENTIAL
DAL-9779595-11-061011-205-27449-122

············**AUTO**ALL FOR AADC 940
ALMA SNYDER
644 HYDE ST
SAN FRANCISCO CA 94109-7215



**MAIL ALL PAYMENTS AND CORRESPONDENCE TO:**

EOS CCA
PO BOX 439
NORWELL, MA 02061-0439



# FW: U.S. Postal Service Track & Confirm email Restoration - 5890 1007 0540 5883 3709

**Alma Rose Snyder** <arsnyder@mail.sfsu.edu>  Sun, Mar 3, 2013 at 11:14 PM
To: "dusttodustsupply@gmail.com" <dusttodustsupply@gmail.com>

From: U.S._Postal_Service_ [U.S._Postal_Service@usps.com]
Sent: Friday, October 07, 2011 5:11 PM
To: ARSNYDER@SFSU.EDU
Subject: U.S. Postal Service Track & Confirm email Restoration - 5890 1007 0540 5883 3709

This is a post-only message. Please do not respond.

ALMA SNYDER has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 5890 1007 0540 5883 3709

Service Type: Parcel Return Service

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Picked Up and Processed by Agent | | 01/10/11 |
| Picked Up by Shipping Agent | SAN FRANCISCO CA 94109 | 01/07/11 5:54pm |
| Available for Pickup | SAN FRANCISCO CA 94109 | 01/07/11 5:51pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

900 4236
877-420



BMC ZIP    USPS PARCEL RTN SVC

420 56901 9158 3810 0785 4058 8337 09

PARCEL SELECT RTN SVC

SMARTLABEL RETURNS
PARCEL RETURN SERVICE
BULK MAIL CENTER
56901

V160



This incident has been reported to the
San Francisco Police Department
and is pending approval

San Francisco Police Department
850 Bryant Street, Room 475
San Francisco, CA 94103
415-553-1242

## General Information
| | |
|---|---|
| Incident Type | Harassing Phone Call |
| Case Number | Pending |
| Report Date | 10/12/2012 11:01 AM |

## Reporting Person Information
| | |
|---|---|
| Name | Snyder, Alma Rose |
| Home Address | 644 HYDE Street, SAN FRANCISCO, CA 94109, US |
| Nighttime Phone | 415-829-2342 |
| Email | arsnyder@sfsu.edu |
| Employer Name | Dust to Dust Cleaning Service |
| Work Address | 644 HYDE Street, SAN FRANCISCO, CA 94109, US |
| Daytime Phone | 415-829-2342 |
| Race | Unknown |
| Sex | Female |
| DOB | 04/17/1962 |
| Driver License No | CAN9451843 EXPIRED |
| Licensing State | CA |

## Incident Information
| | |
|---|---|
| Incident Location | 644 HYDE, SAN FRANCISCO, CA |
| Incident Time (start) | 11/12/2010 11:00 AM |
| Incident Time (end) | 10/12/2012 10:57 AM |
| Location Type | ALLEY |
| Incident Description | There have been numerous and ongoing attempts to interfere with the telephone service at the business located at 644 Hyde Street. The CPUC denied that whoever physically cut my comcast voice cable was under their jurisdiction due to comcast voice being a voip technology. When I called the Public Defender back in March no one ever got back to ME... I fear my calls are being under surveillance or forwarded to unknown persons and putting innocent lives at risk.<br>I'm tired of whoever it is using me for a front. This is called identity theft and invasion of privacy; both offenses punishable by law. |

