## THE SIBLEY FIRM
Attorneys and Counselors

September 3, 2013

Hon. Susan Illston
U.S. District Court
California Northern District
(San Francisco)
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

FILED
SEP    2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: AT&T Landline Third Party Billing Settlement.
Case No. cv-09-1529 SI

Hon. Judge Illston:

I am writing this letter on behalf of my clients JW Brown and Easley Exploration. I have reviewed the proposed settlement in the above matter and have told them I believe it is fair and reasonable. I review proposed settlements for clients routinely and have filed many objections for them over the last five years. It was heartening to see that the parties had reached such fair proposal. My clients ask the court to approve the proposed settlement.

Respectfully,

Gary W. Sibley

GWS/ji