IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY NWABUEZE, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T INC., *et al.*,<br><br>    Defendants.<br>_____/ | No. C 09-1529 SI<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE AMICUS BRIEF** |

The Federal Trade Commission has filed an unopposed motion to file an amicus brief. Docket No. 210. The Court GRANTS the motion, and the Clerk is directed to accept for filing the Commission's brief as amicus curiae. The Court VACATES the October 18, 2013 hearing on the motion to file an amicus brief.

The Federal Trade Commission may appear at the final approval hearing.

**IT IS SO ORDERED.**

Dated: September 25, 2013

SUSAN ILLSTON
United States District Judge