1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOY NWABUEZE, individually and on behalf of a class of similarly situated individuals, | Case No. CV 09-01529 SI |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | [~~PROPOSED~~] **JUDGMENT** |
| AT&T INC., a Delaware corporation; PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation; AT&T SERVICES, INC., a Delaware corporation; AT&T OPERATIONS, INC., a Delaware corporation; and DOES 1 through 21, | The Honorable Susan Illston |
| Defendants. | |

1

1    This matter came before the Court on November 15, 2013, at which time the Court held a

2  fairness hearing regarding final approval of the parties' class action settlement agreement

3  ("Settlement").  On November 27, 2013, the Court issued its written Order Granting Final

4  Approval of Class Settlement (Dkt. 247) ("Final Approval Order").  Pursuant to Fed. R. Civ. P. 58

5  and by stipulation of the parties, the Class now requests that the Court enter a final Judgment.

6  Now therefore, **IT IS ORDERED, ADJUDGED AND DECREED** that:

7    1.    Judgment is hereby entered pursuant to the terms of the Final Approval Order

8  which are hereby incorporated by reference.  All claims in this Action are dismissed with

9  prejudice and, except as provided in the Settlement Agreement, without costs.  The Court finds

10  that there is no just reason for delay and expressly directs Judgment and immediate entry by the

11  Clerk.

12    2.    The capitalized terms used in this Judgment shall have the same meaning as terms

13  defined in the Settlement Agreement as modified by the parties.

14    3.    Without affecting the finality of the Judgment entered, the Court hereby reserves

15  continuing jurisdiction as to all matters relating to the implementation, administration,

16  consummation, enforcement, and interpretation of the Settlement and/or the Settlement Agreement

17  and to enforce the Final Approval Order.

18    4.    Due and adequate notice having been given to the Settlement Class, it is hereby

19  determined that the Class Representatives and each and every Person within the definition of the

20  Settlement Class, except those who filed timely and valid Requests for Exclusion as set forth in

21  Appendix 1 hereto, and are identified in the reports filed with this Court by the Settlement

22  Administrator, are bound by the Settlement Agreement and this Final Order and Judgment, and are

23  hereby permanently barred and enjoined from commencing or prosecuting any action or

24  proceeding in any court or tribunal asserting any of the Released Claims, either directly,

25  representatively, derivatively or in any other capacity, against any of the Released Persons.

26  Annexed hereto as Appendix 1 is a schedule of all Persons who have been excluded from the

27  Settlement Class.

28

1    5.    The entry of this Judgment shall not commence the time period for Defendants to

2    pay any award of costs and attorneys' fees, as set forth in section XIV.A of the Settlement

3    Agreement.  As of this date, the Court has not yet ruled upon Class Counsel's motion for costs and

4    attorneys' fees.

5    DATED: Jan. 13_____, 2014

6

7    By: _____

8         HON. SUSAN ILLSTON

9

10   By: _____

11        CLERK OF COURT

12

13   By: _____

14        DEPUTY CLERK

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

[PROPOSED] JUDGMENT                                               CASE NO. CV 09-01529 SI

# APPENDIX 1

# Appendix 1, List Of Requested Opt-outs

| #  | Name | State |
|----|------|-------|
| 1  | RODRIGUEZ SUSANA A | FL |
| 2  | VARNER DOROTHY A | GA |
| 3  | AARON  MIZELL JR | GA |
| 4  | REUBEN ABRAHAM | CA |
| 5  | REUBEN ABRAHAM | CA |
| 6  | ALICE ABREU | CA |
| 7  | IMELDA A ACOSTA | CA |
| 8  | LINDAL ADCOCK | AR |
| 9  | ROSE AHRENS | WI |
| 10 | STEVEN AKERS | CA |
| 11 | VINCE J ALAGNA | MO |
| 12 | RUTHIE ALBRITTON | TX |
| 13 | JESUS ALCORTA | WI |
| 14 | DOLORES ALFORD | TX |
| 15 | DAWN M ALHANNA | CA |
| 16 | EVELYN ALITIN | CA |
| 17 | GEORGE ALLANDE | IL |
| 18 | JOHN S ALLEN | AR |
| 19 | STEVE ALLEN | TX |
| 20 | PEDRO ALVARADO | CA |
| 21 | MARYJ AMAYA | TX |
| 22 | SARA A  AMAYA | CA |
| 23 | JANE H AMES | TX |
| 24 | ROBERT AMPARAN | TX |
| 25 | VERVILLE ANDRE | FL |
| 26 | PIZZA PLUS OF MORRISTOWN--FOL 1 1603 E A | TN |
| 27 | PATTY ANDRUS | CA |
| 28 | MITTA ANGELL | TX |
| 29 | MARIA DE LOS ANGLES | TX |
| 30 | FARQUHAR ANN | LA |
| 31 | VALDES ANTONIO | FL |
| 32 | HELEN ARGO | TN |
| 33 | JOAN ARMSTRONG | CA |
| 34 | H ARNOLD | FL |
| 35 | LORENA ARZATE | CA |
| 36 | LORENA ARZATE | CA |
| 37 | NORMA ASHTON | IL |
| 38 | MARY D AUSTIN | IN |
| 39 | MARY D AUSTIN | IN |
| 40 | MICHAEL AZKOUL | MO |

| 41 | TATE W B  JR | TN |
|----|--------------|----|
| 42 | COSTNER GENEVA B | NC |
| 43 | HERMAN B | FL |
| 44 | TROY A BACINO | LA |
| 45 | WINSTON W BAE | CA |
| 46 | BARINDER BAJAJ | TX |
| 47 | BERNADETTE BALAUSKAS | IL |
| 48 | RUTH BANDY | IN |
| 49 | DONALD BARNES | IL |
| 50 | DONALD L BARNES | GA |
| 51 | JERRY BARNES | OH |
| 52 | NICK BARONE | OH |
| 53 | BARBARA J BARR | TX |
| 54 | MELLIE BARRIENTOS | TX |
| 55 | STEVEN BATCHELDER | KS |
| 56 | K BATTANI | WI |
| 57 | BEVERLY D BATTON | IN |
| 58 | DEBORAH BEAMER | MO |
| 59 | JOSEPH BECKETT | CA |
| 60 | CLINGAN DAVID  BECKY | TN |
| 61 | EARL L BENNETT | IN |
| 62 | POINTER BERTHEL | TN |
| 63 | ERIC BERTSCH | CA |
| 64 | BETTY RODMAN | AL |
| 65 | TYNES LARRY  BEVERLY | MS |
| 66 | L A BLACK | MO |
| 67 | PIZZA PLUS OF BLAINE | TN |
| 68 | PRIMM BOB | AL |
| 69 | JONES BOBBY | AL |
| 70 | MARTINA BOEKER | WA |
| 71 | MARTINA BOEKER | WA |
| 72 | MARTINA BOEKER | WA |
| 73 | GOLDA M BOGLE | OK |
| 74 | JOE BOLINGER | AR |
| 75 | ANN M BOLTON | AR |
| 76 | HUGO BONICHE | FL |
| 77 | KEVIN BONINE | MO |
| 78 | WAYNE BONLIE | TX |
| 79 | JIMMY BOREN | MS |
| 80 | MARGARET BOSTON | OH |
| 81 | DOLLY BOUDEWYN | TX |

| 82  | PHYLLIS BOUTTE       | LA |
|-----|----------------------|----|
| 83  | FRANK BOWERS         | CA |
| 84  | JANICE A BRADLEY     | TX |
| 85  | MADELINE BRADLEY     | NC |
| 86  | CATHLEEN BRANER      | IN |
| 87  | JILL BRAVERMAN       | FL |
| 88  | LESLIE BRIDGES-KEMP  | FL |
| 89  | VERN BRIGGS          | MI |
| 90  | ALLEN J BRISCHLE     | MO |
| 91  | JAMES A BROWN JR     | SC |
| 92  | TRUETT W BROWN       | CA |
| 93  | JAMES BUCKNER        | AR |
| 94  | SANG VAN BUI         | CA |
| 95  | ROBT BULLARD JR      | TX |
| 96  | BETSY BULS           | TX |
| 97  | CARMEN BURKE         | CA |
| 98  | K E BUTNER           | TX |
| 99  | MARGIE BUTTLER       | MS |
| 100 | BOWERS BILLY C       | GA |
| 101 | HOWARD D C           | MS |
| 102 | KALWAIC A C          | GA |
| 103 | MILLS C              | FL |
| 104 | NAPOLITANO L  C      | FL |
| 105 | MARY CADENA          | TX |
| 106 | BERNICE CALDWELL     | IN |
| 107 | NANCY CALVERT        | IL |
| 108 | AMPARO CAMPA         | CA |
| 109 | EDWARD CAMPBELL      | TX |
| 110 | JESSE W CANN         | FL |
| 111 | DAVID CANNON         | IN |
| 112 | HELEN S CANTRELL     | AR |
| 113 | MIKE CAPITO          | FL |
| 114 | ISABEL CARLO         | FL |
| 115 | GREGORY CARLOS       | TN |
| 116 | MILDRED CARR         | TN |
| 117 | JUTTA CARTA          | CA |
| 118 | P CARTEE             | IL |
| 119 | JOHN CASTELLANO      | TX |
| 120 | JUAN CASTRO          | IL |
| 121 | COMO FIRST BAPT CH   | TX |
| 122 | WM JACK CHAPMAN      | OK |

| 123 | JUANITA CHAVEZ | CA |
|-----|----------------|-----|
| 124 | YOLANDA CHAYDEZ | CA |
| 125 | DAVID CHERRY | MI |
| 126 | ATEN CHERYL | TN |
| 127 | PEGGY CHISHOLM | OK |
| 128 | HYUNG SUP CHOI | CA |
| 129 | EDWARD W CHUPP | CA |
| 130 | CENTERPOINT CHURCH | CA |
| 131 | DESMEULES CLAIRE | FL |
| 132 | DAMON CLARK | OK |
| 133 | HALE CLARK | GA |
| 134 | EVELYN CLAWSON | MO |
| 135 | SIMON CLOVIS | LA |
| 136 | ENGINE SERVICE  SUPPLY CO | TX |
| 137 | VERNIA COKER | CA |
| 138 | MARK COLLINS | MI |
| 139 | JENNIE COLQUITT | OH |
| 140 | PAT DI COMI | OH |
| 141 | NELIA CONCORDIA | CA |
| 142 | JEAN COOK | MI |
| 143 | SHIRLEY COOL | CA |
| 144 | JERALD COONEY | MO |
| 145 | CONSUELO C CORDERO | CA |
| 146 | PATRICIA CORWIN | FL |
| 147 | WALTER J COSTELLO | CA |
| 148 | JAMES COTTEN | TX |
| 149 | JOSE COVARRUBIAS | CA |
| 150 | ROBERT S CRAIG | IN |
| 151 | RICK CREEKMORE | OK |
| 152 | MABLE E CRENSHAW | TX |
| 153 | JOHN H CRUSE | TX |
| 154 | VERONICA DE LA CRUZ | TX |
| 155 | RONDAL AND SHELBY CULP | MO |
| 156 | JAMES CUNNINGHAM TONYA CUNNINGHAM | TX |
| 157 | CAROL CUPPLES | TX |
| 158 | JOANNE M CURRY | WI |
| 159 | ARCHIE P CUSENBARY | OK |
| 160 | RICHARD CUTTS | MI |
| 161 | MILLER JOE D | NC |
| 162 | PHARR SAMUEL D | TN |
| 163 | CRAIG DAMON | TX |

| 164 | DANIEL REMY | FL |
| 165 | WEINE DANIEL | FL |
| 166 | JENNIFER DANIELS | CA |
| 167 | WASHBURN DANNY | AL |
| 168 | DONNA L DAVID | MO |
| 169 | DAVID GILFORD | AL |
| 170 | CAROL J DAVIDSON | TX |
| 171 | BERT L DAVIS | TX |
| 172 | HATTIE J DAVIS | AL |
| 173 | KACY DAVIS | LA |
| 174 | MELISSA DAVIS | IL |
| 175 | TINGTING Y. DAVIS | TN |
| 176 | SHIRLEY DAWSON | TX |
| 177 | ARGERINE DAY | LA |
| 178 | E J LATEEF DBA | CA |
| 179 | FAITH WALIGORA DBA | TX |
| 180 | HOWARD MAYBERRY DBA | AR |
| 181 | TERRY MARTIN DBA | MO |
| 182 | KING DESIGN STUDIODGN INT DECORATR | LA |
| 183 | ROBERT DALE DEESE | NC |
| 184 | KATHY DENISON | OK |
| 185 | ROSA DEPAZ | TX |
| 186 | JOHN DEREN | MI |
| 187 | JACQUELINE DEUSANIO | OH |
| 188 | BONIFACIO DIAZ | CA |
| 189 | CRESPINA DIAZ | CA |
| 190 | ROBERT DIETRICH | HI |
| 191 | IMA MAI DINGLE | TX |
| 192 | CARLOS DOMINGO JR | CA |
| 193 | JOSE A DOMINGUEZ | TN |
| 194 | CRAWFORD DONALD | FL |
| 195 | ELAYNE DORANE | CA |
| 196 | RAY DOWNEY | AL |
| 197 | ROBERTA DRAKE | CA |
| 198 | MARIA B DUCKER | NV |
| 199 | ANGELA D DUNCAN | IN |
| 200 | SANDY DUNCAN | MO |
| 201 | CECILY C DUNN | CA |
| 202 | JOHN R DUPLESSIS | LA |
| 203 | YACOUB DURKARIAN | FL |
| 204 | COLE CHARLES E | GA |

| 205 | J MALCOLM EARLY | |
| 206 | WILLLIAM EARP | NC |
| 207 | EDDIE HILL | AL |
| 208 | DALE EDMONDS | OK |
| 209 | HENNEQUIN EDWARD | SC |
| 210 | ENGLISH ELIZABETH | VA |
| 211 | BETTY ELKIND | CA |
| 212 | ABELINA G ELLEVOLD | CA |
| 213 | SANDRA ENGELAND | MI |
| 214 | ZELANDIA ESPINO | FL |
| 215 | JOSE ESPINOSA | IN |
| 216 | JOSE ESPINOSA | IN |
| 217 | ISMAEL ESTRADA | CA |
| 218 | BRISCOE EULAS | AL |
| 219 | BERDINA SCHULER BRENDA EWENSON | IL |
| 220 | WALLACE RICHARD F | NC |
| 221 | COBURN G FAUCHER | IN |
| 222 | JOSEPH FENNER | MI |
| 223 | LUCRETIA FERGUSON | TX |
| 224 | JAMES FIERENS | MI |
| 225 | KALEB FISHER | WI |
| 226 | ANN M FITZPARTRICK | MO |
| 227 | DAVID A FITZPATRICK | MI |
| 228 | DAVID A FITZPATRICK | MI |
| 229 | ALFREDO FLORES JR | TX |
| 230 | IRMA FLORES | TX |
| 231 | KRISTIYAN FLORES | CA |
| 232 | ALVERTIA FORD | OK |
| 233 | JAMES FOREMAN | NC |
| 234 | DON FOSTER | SC |
| 235 | MARIA FOUNTAIN | TX |
| 236 | ROTT MARTIN FRANCES | FL |
| 237 | HUBERT FREEBERG | CA |
| 238 | HUBERT FREEBERG | CA |
| 239 | CLYDE R FREEMAN | LA |
| 240 | LILLIS FREY | TX |
| 241 | MARGARET WISEHART FRIEDERICI | CA |
| 242 | BEVERLY J FRIEDMAN | OH |
| 243 | KATHY FULFORD | GA |
| 244 | NANNETTE FUNK | CA |
| 245 | SIGNAL SIGNS OF GA | GA |

| 246 | VIRGINIA GALIK | CA |
|-----|----------------|-----|
| 247 | ANTONIO GALVAN | IL |
| 248 | DAISY GALVAN | CA |
| 249 | MARIO GAMBOA | TX |
| 250 | STEVE GARASKY | OH |
| 251 | ELIUD GARCIA | TX |
| 252 | CHRIS GARDE | MO |
| 253 | ROSENFELD GEORGE | TN |
| 254 | ROSENFELD GEORGE | TN |
| 255 | MARY K GEVARA | TX |
| 256 | MARY GIBBS | AL |
| 257 | RANDALL GIERACH | WI |
| 258 | ANNA GILBERT | FL |
| 259 | MARTINS GILBERTO | FL |
| 260 | STEPHEN GILBERTSON | IL |
| 261 | MICHAEL GIULIANI | WI |
| 262 | GLORIA GOLDSMITH | CA |
| 263 | JOSE GOMEZ | CA |
| 264 | BEATRIZ C GONZALEZ | TX |
| 265 | EMMA GONZALEZ | CA |
| 266 | EMMA GONZALEZ | CA |
| 267 | CHARLES GRABARCZYK | OH |
| 268 | AUDREY J GRALLA | IL |
| 269 | B J GRANT | TX |
| 270 | MARY GRANVILLE | CA |
| 271 | MARGARET GRAVES | CA |
| 272 | MARILYN GRAY | MI |
| 273 | BARBARA GREENWAY | NV |
| 274 | GAIL S GRIFFITH | OH |
| 275 | FERN E GROW | CA |
| 276 | ALINA GUBANOVA | FL |
| 277 | ANN GUENTHER | TX |
| 278 | SHELIA GULLEKSON | MI |
| 279 | MRS MARCIA J GUNBY | GA |
| 280 | HICKMAN RAY H | TN |
| 281 | SCOTT HAGAN | CA |
| 282 | LEE HALL JR | TX |
| 283 | PETER A HALLE | CA |
| 284 | MARIANNE SNYDER  CARE OF BILL | TX |
| 285 | BARBARA HAMILTON | TX |
| 286 | ROBERT HAMILTON | TX |

| 287 | GREGORY HARLOW | FL |
|-----|----------------|-----|
| 288 | DOROTHY A HARMS | MO |
| 289 | REED HAROLD | AL |
| 290 | FREDDIE L HARRIS | AR |
| 291 | GUNN A HARROVER | FL |
| 292 | ALENE C HART | CA |
| 293 | DAVID J HART | WI |
| 294 | JUDITH HARTLEY | MI |
| 295 | GEORGIA E HAWKINS | KS |
| 296 | GARY HAYNIE | TN |
| 297 | N J HAYTER | OK |
| 298 | RUTH HAZELTON | TX |
| 299 | JOY HAZLETT | MI |
| 300 | ARIJ M HELAL | IN |
| 301 | SHIRLEY HEMMAN | MO |
| 302 | BRIDGET A HENDRIX | IL |
| 303 | HARTLEY HENRY  JR | FL |
| 304 | GUADALUPE HERNANDEZ | TX |
| 305 | JUAN A HERNANDEZ | CA |
| 306 | FATIMA HERRERA | IL |
| 307 | BARBARA HERZIC | IL |
| 308 | FRANCES C HESTER | SC |
| 309 | RICHARD HIGGINS | MI |
| 310 | CAROL A HILL | CA |
| 311 | STERLING R HILL | MO |
| 312 | MARY HOAGLAND | NJ |
| 313 | ALEXANDER HODGE | TX |
| 314 | LINDA M HODGES | MO |
| 315 | ROBERT V HODGES | FL |
| 316 | FELIX HOKE | AL |
| 317 | DAVID A HOLEMAN | TX |
| 318 | CHARLOTTE S HOLLAWAY | AL |
| 319 | JANICE HOLLENBECK | IL |
| 320 | BOBBIE HOLLIS | IL |
| 321 | SUSAN M HOLM | AR |
| 322 | SIGNAL LOG HOMES | NC |
| 323 | KIMBERLY HOOK | WI |
| 324 | JOEY HOUSTON | MS |
| 325 | KIEU HUA | CA |
| 326 | HAROLD REA DAVIS HUBBLE | KS |
| 327 | BARBARA HUERTA | CA |

| 328 | HENRY E HUIZAR | TX |
| 329 | HABITAT FOR HUMANITYRESTORE | SC |
| 330 | ELIZABETH I ICENOGLE | TX |
| 331 | CHRISTOPHER IHMS | MO |
| 332 | GARY L IHMS | MO |
| 333 | WILLIAM IMUS | CA |
| 334 | COMCO INC | CA |
| 335 | FISCHER ONLINE SERVICES INC | WI |
| 336 | JACK FAULK AGENCY INC | KY |
| 337 | BARBARA INGLEE | FL |
| 338 | CONNOR RODDGN INS | NC |
| 339 | VICKI IRENE MADDOX | AL |
| 340 | ANNABELLE IRONSIDE | OK |
| 341 | DRILLINGS IRVING | FL |
| 342 | JOHN C ISERMANN | WI |
| 343 | MANUWA L J | NC |
| 344 | PAULIN HARRY J | LA |
| 345 | SAKAL EUGENE J | PA |
| 346 | SCIMEMI SALVATORE  CAROLYN J | LA |
| 347 | WALKER J | FL |
| 348 | LYNN JABLONSKI | MO |
| 349 | CATHERINE JACOBS | WI |
| 350 | HARTON JACQUELINE | NC |
| 351 | WILSON JANIE | GA |
| 352 | CASAL JAVIER | FL |
| 353 | LIDIA E JAWORSKA | CA |
| 354 | SADOW JAY | TN |
| 355 | RICHARD JERNIGAN | GA |
| 356 | KUREK JEROME | TN |
| 357 | OWENS JUDY  JERRY | AL |
| 358 | AYERS JIM | TN |
| 359 | BORDAN JOE | AL |
| 360 | GARCIA JOHN | FL |
| 361 | EMMA LOU JOHNSON | CA |
| 362 | HARVEST JOHNSON | NC |
| 363 | RENAE JOHNSON | LA |
| 364 | FRED JONES | TX |
| 365 | LILLIE LEVERT JONES | AL |
| 366 | LYNN A JONES | MI |
| 367 | MARGARET F JONES | KS |
| 368 | PERRY T JONES | CA |

| 369 | STOCKMAN JOSH | AL |
| 370 | THORPE JOYCE | SC |
| 371 | AMBRUOSI JUAN | FL |
| 372 | BORDEN JOE  JUDY | AL |
| 373 | EDMONDSON K | GA |
| 374 | PERRY N K | GA |
| 375 | ETHEL JEAN KABACY | FL |
| 376 | WILLIAM KACZMARCZYK | IN |
| 377 | KATHY WILLIAMS | AL |
| 378 | EERIK KAUPPINEN | FL |
| 379 | MARGARET KAY | SC |
| 380 | MARGARET KELCH | WI |
| 381 | EDDIE MAE KELLY | GA |
| 382 | BARBARA KERNS | MO |
| 383 | BARBARA KERNS | MO |
| 384 | PAMELA R KESLER | CA |
| 385 | CLAYTON C KETCHUM | CA |
| 386 | SAYSANAVONG KHAMBOU | KY |
| 387 | DONALD KING | NY |
| 388 | JOHN KITA | MI |
| 389 | ROBERT W KLAR | CA |
| 390 | ROBERT W KLAR | CA |
| 391 | ELIZABETH KLEIN | WI |
| 392 | KATHY KLOTZ | MI |
| 393 | KUNIO KOBIYAMA | CA |
| 394 | MILTON KOPPELMAN | IL |
| 395 | PATRICK KOSOVEC | MI |
| 396 | EVELYN KOSTANSKI | IL |
| 397 | THERESA KRUEGER | KY |
| 398 | MARY KUMPEB DBA KS | TX |
| 399 | MARIA GARZA   MARIA KUMPE | TX |
| 400 | FERNANDEZ MARIA L | FL |
| 401 | KLIEFOTH L | FL |
| 402 | PITLER L | FL |
| 403 | POULUS L | FL |
| 404 | QUINN EDITH L | SC |
| 405 | RIDDLE HAZEL L | KY |
| 406 | NICK  MIKE DENTAL LABORATORY | IN |
| 407 | MARY ANN LAKEY | TX |
| 408 | MIU HA LAM | CA |
| 409 | JANE LAMB | CA |

| | | |
|---|---|---|
| 410 | JUANITA LAMB | TX |
| 411 | JAMES S LARSON | WI |
| 412 | CAROL LASSO | MO |
| 413 | MARK C HENICO THE ROWE LAWFIRM | IN |
| 414 | CHARLOTTE C LAWRENCE | NV |
| 415 | CHARLOTTE C LAWRENCE | NV |
| 416 | CLAIR LAWTON | NC |
| 417 | FIDELIS G LAZAR | CT |
| 418 | B J LEBLANC JR | LA |
| 419 | HAMILTON LEE | NC |
| 420 | RICHARD E LEE | TX |
| 421 | MARY C LENAMOND | TX |
| 422 | JOSEPH R LENNON  THOMAS LENNON | NY |
| 423 | FRANK G LEO | TX |
| 424 | MARIA LEON | FL |
| 425 | MARIA LEON | FL |
| 426 | PEARL LETVINCHUCK | CA |
| 427 | LOREN LEVENHAGEN | IA |
| 428 | AYONNAH LEWIS | LA |
| 429 | BENJAMIN LEWIS | IN |
| 430 | JANE S LEWIS | KS |
| 431 | JUNE LEWIS | IL |
| 432 | LILLIAN AITKEN | LA |
| 433 | JONGCHUL LIM | CA |
| 434 | JUVENTINO LINARES | CA |
| 435 | RONALD LINGBEEK | AR |
| 436 | JOSE R LLORENS | TX |
| 437 | DR SANDRA LOCKLEAR | NC |
| 438 | CURTIS C LOCKRIDGE | IN |
| 439 | FELICE LOGAN | MI |
| 440 | FELICE LOGAN | MI |
| 441 | MARY LOK | TX |
| 442 | DONALD L LOMBARD | MO |
| 443 | DEBRA L LONES | AL |
| 444 | LUCILLE LONG | OK |
| 445 | HAYNES LONNIE | TN |
| 446 | ATANACIO LOPEZ JR | KS |
| 447 | MARION LORENZIN | IL |
| 448 | MARION LORENZIN | IL |
| 449 | PAUL R LOVELESS  LOIS LOVELESS | OK |
| 450 | SHIRLEY LUALEMAGA | CA |

| 451 | JERRY LUECK | CA |
|-----|-------------|-----|
| 452 | JOS L LUIS | NV |
| 453 | JENNY DE LUNA | CA |
| 454 | PIZZA PLUS OF LUTTRELL | TN |
| 455 | PLESSALA ROBERT J  LYNETTE | LA |
| 456 | BROWN DAVID M | TN |
| 457 | EVANS R M | FL |
| 458 | MCVICAR GERALD M | FL |
| 459 | SHERMAN M | GA |
| 460 | CARLA MACARTNEY | NC |
| 461 | KATHLEEN M MACIEJEWSKI | MI |
| 462 | EDITH A MALAMUD | CA |
| 463 | CARRIE MAE MANLEY | MS |
| 464 | BETTY C MAR | CA |
| 465 | BETTY C MAR | CA |
| 466 | HORTON MARGARET | KY |
| 467 | MARIA M MARROQUIN | IL |
| 468 | LOUIS J MARROTTE | CT |
| 469 | STEPHANIE MARSHALL | OH |
| 470 | SANCHEZ MARTHA | FL |
| 471 | FEIGENBAUM MARTIN | FL |
| 472 | MARILYN MARTIN | MO |
| 473 | ANITA MARTINEZ | CA |
| 474 | DOLLY MARTINEZ | NV |
| 475 | JOE A MARTINEZ | TX |
| 476 | FLORENCE MASON | CA |
| 477 | GERTIE MASON | AR |
| 478 | GERTIE MASON | AR |
| 479 | MAXINE MASSEY | MO |
| 480 | MAXINE MASSEY | MO |
| 481 | DEANNA MATHENEY | MO |
| 482 | RUTH G MCALLISTER | TX |
| 483 | AUBURNEY MCCLAINE | IN |
| 484 | TONJA MCCREARY | MI |
| 485 | BETTY MCDANIELS | CA |
| 486 | DENNIS MCFARLAND | TX |
| 487 | IDA M MCKEE | CA |
| 488 | DOROTHY MCKINNERNEY | TX |
| 489 | JOYCE A MCKINNEY | AR |
| 490 | ORVILLE MCLEAN | TX |
| 491 | VICTORIA MCRORIE | CA |

| 492 | JANET S MEANS | KS |
|-----|---------------|-----|
| 493 | SARAH C MEANS | CA |
| 494 | TOMMY L MEANS | TX |
| 495 | WINIFRED MEECE | IN |
| 496 | MELVIN TURNER | AL |
| 497 | MARIE MENARD | LA |
| 498 | D MENCK | CA |
| 499 | FRANCES MENTZER | CT |
| 500 | HELEN KOZIK DORIS NETZLER | WI |
| 501 | AMY MIDDLETON | LA |
| 502 | MICHAEL L MILLER | LA |
| 503 | RICHARD MILLER | GA |
| 504 | STEVEN E MILLER | AR |
| 505 | HOWARD L MILLS | FL |
| 506 | HERBERT MOCCAFICHE | CA |
| 507 | MARILYN H MONAHAN | MO |
| 508 | LIZA MONTGOMERY | TX |
| 509 | CAROL MORENO | TX |
| 510 | PENELOPE E MORENSEN | CA |
| 511 | EMMA MORGAN | MI |
| 512 | DIANE MORIARTY | CA |
| 513 | JOYCE MORRIS | TX |
| 514 | GRACE MORRISON | CT |
| 515 | PIZZA PLUS OF MORRISTOWN--PRE | TN |
| 516 | ROBERT E MATHIAS | OH |
| 517 | PAULINE MUDD | TX |
| 518 | BERTHA MUNTON | CA |
| 519 | SHARON MUZIK | FL |
| 520 | LARRY MYERS | TX |
| 521 | MYRA JIMERSON | AL |
| 522 | BERTHA NAJERA | TX |
| 523 | PATRICIA NALEWAY | IL |
| 524 | CURRY NANCY | MS |
| 525 | DAVID NEAL | CA |
| 526 | HARVEY NEUMAN | CA |
| 527 | MINH NGUYEN | FL |
| 528 | CYNTHIA A NICHOLSON | TX |
| 529 | CONNIE L NICKERSON | OH |
| 530 | WILLIAM R NIECKO | MI |
| 531 | WILLIAM R NIECKO | MI |
| 532 | FRANK T NISHINAKA | CA |

| 533 | NINA NIX | TN |
| 534 | DONALD L NOEL | CA |
| 535 | DONALD L NOEL | CA |
| 536 | BERNICE NOGGLER | TX |
| 537 | RITA M NOVAK | IL |
| 538 | JEROME T NOWAKOWSKI | OH |
| 539 | JOAN NOWAKOWSKI | WI |
| 540 | OSWALDO NUNEZ | CA |
| 541 | IRENE OATHOUT | WI |
| 542 | MICHAEL OBOYLE | KS |
| 543 | LOLA OBRIEN | CA |
| 544 | GLORIA OCONNOR | TN |
| 545 | JAMES C OCONNOR | CA |
| 546 | ST MARY LAND AND EXPLORATION MIDLAND OFC | CO |
| 547 | PIZZA PLUS OFMORRISTOWN | TN |
| 548 | MYRON E OLSON | KS |
| 549 | DAVID ONEIL | IN |
| 550 | ROYCE OPPLIGER | KS |
| 551 | DAVID  VIRGINIA ORLOFF | CA |
| 552 | DENNIS R OTOSKI | CA |
| 553 | BERNARD OTTLE | OH |
| 554 | NANCY OWENS | MI |
| 555 | TIMOTHY OWENS | TX |
| 556 | FRANCES C OYLER | AR |
| 557 | ADAMS PAULA R | IN |
| 558 | VINSON JANICE P | AL |
| 559 | TOM PACHECO | CA |
| 560 | DOUGLAS PACK | AL |
| 561 | BERNARD C PAGELS | WI |
| 562 | JERRY PALLARES | TX |
| 563 | HARRISON E PALLETT | CA |
| 564 | CAROLYN PALMER | MI |
| 565 | MAHLON PARKS | CA |
| 566 | JOSE ARNULFO PARRA | TX |
| 567 | ALLEN PARTYKA | IL |
| 568 | WILLMANN PAT | GA |
| 569 | DR SAMUEL R PATE | TN |
| 570 | RONALD G PATE | IN |
| 571 | CHARLOTTE PATRICK | CA |
| 572 | DIXIE PATTI | MS |

| | | |
|---|---|---|
| 573 | ELOISE PAULA | TX |
| 574 | MOORMAN PAULETTE | TN |
| 575 | BEUFORD PEGO | LA |
| 576 | MRS AUDREY MAE PEGO | LA |
| 577 | MARK PENTEK | IL |
| 578 | MARY J PEPPER | TX |
| 579 | JUAN PEREZ | TX |
| 580 | GARY P PETTIGREW | OK |
| 581 | FRANK PHILLIPS | TX |
| 582 | COOPER PHOEBE | GA |
| 583 | MORRIS LAW GROUP LTD | NV |
| 584 | FERNAND ST PIERRE | |
| 585 | BRYON PISANKO | MS |
| 586 | BERTHEL POINTER | TN |
| 587 | BERTHEL POINTER | TN |
| 588 | BERTHEL POINTER | TN |
| 589 | SANDRA E POLANCO | CA |
| 590 | CLARA RUTH POWELL | MS |
| 591 | GENEVA A POWELL | FL |
| 592 | KATHERINE PRESTON | OK |
| 593 | MARIE G PRIBANYEC | MI |
| 594 | VICKI PRICE | NC |
| 595 | ELIZABETH PRIDEMORE | CA |
| 596 | GARY D PROEHL | MO |
| 597 | EVERETT PRUITT | MO |
| 598 | JAMES PRUITT | AL |
| 599 | LYNN R PRUITT | AL |
| 600 | ANNA K PUFAHL | AZ |
| 601 | LEACH JAMES R | FL |
| 602 | LEEN HARRY R | FL |
| 603 | SOLOMON RAABE | IL |
| 604 | PREMCHAND RAGHUBIR | TX |
| 605 | ESTHER RANDALL | IL |
| 606 | ROXANNE RANDLE | MS |
| 607 | HENRY RAY | LA |
| 608 | N REECE RAY | GA |
| 609 | RUTH G RAY | GA |
| 610 | JOHN W READER | IL |
| 611 | CARDER REGINA | GA |
| 612 | JAMES L RENNER | TX |
| 613 | LENORA REYES | GA |

| | | |
|---|---|---|
| 614 | FRED REYNA | IN |
| 615 | MIREYA BERLANGA REYNOLDS | TX |
| 616 | RON E REYNOLDS | WA |
| 617 | JOSE R REYS | TX |
| 618 | SANDRA RHOADS | CA |
| 619 | COURTNEY RICHARD | IL |
| 620 | KELLEY RICHARDSON | OK |
| 621 | KELLEY RICHARDSON | OK |
| 622 | JOHN R RIEBEN | CA |
| 623 | ANTHONY RIOS | IL |
| 624 | DALILA RIOS | NV |
| 625 | KATHLYN RIPSOM | CA |
| 626 | AMY S RISTAU | CT |
| 627 | IVAN RIZO | CA |
| 628 | EBERHARDT ROBERT | KY |
| 629 | TRUJILLO ROBERTO | FL |
| 630 | GLORIA ROBERTS | CA |
| 631 | ROSLYN ROBINSON | FL |
| 632 | JACK ROBITAILLE | |
| 633 | MAUREEN RODARTE | CA |
| 634 | JERRY RODRIGUEZ | CA |
| 635 | JOAQUIN RODRIGUEZ | TX |
| 636 | VENIDA B ROESCH | MO |
| 637 | WILLIE ROGAS | TX |
| 638 | TOUGAS ROGER | |
| 639 | JOSE ROMERO | MS |
| 640 | ROSE RONE | MO |
| 641 | EDWARDS RONNIE | NC |
| 642 | VANLANDINGHAM ROSALIND | GA |
| 643 | WHITE ROSETTA | NC |
| 644 | JOHN B ROUTON | TN |
| 645 | NANCY K RUE | OH |
| 646 | WERNER RULAU | CA |
| 647 | THOMAS RYAN | NV |
| 648 | GREEN M S | KY |
| 649 | MEY SAECHAO | CA |
| 650 | MARTIN R SAINDON | CT |
| 651 | SAU SALEVAO | NV |
| 652 | MARTHA SALINAS | TX |
| 653 | JESUS C SALVADOR | CA |
| 654 | LETICIA SANCHEZ | IL |

| | | |
|---|---|---|
| 655 | MARY ANN SANCHEZ | CA |
| 656 | LOYD SANDERS | TX |
| 657 | MARGARITA SANDOVAL | CA |
| 658 | KAREN DE LOS SANTOS | CT |
| 659 | JACK J SAPIA | FL |
| 660 | SUK DEV SAPKOTA | CA |
| 661 | JOHNSON SARAH | TN |
| 662 | CHARLES W SARGENT | TX |
| 663 | EVELYN SARGENT | CA |
| 664 | ANGIE SCHATZ | CA |
| 665 | DEAN SCHOONOVER | MO |
| 666 | CAROL SCOTT | TX |
| 667 | GENE SCOVILL | CA |
| 668 | ROBERT J SEALS | CA |
| 669 | SMITH SEQUENTHIA | AL |
| 670 | SHERRY SHAFFER | AL |
| 671 | REEMA SHAH | CA |
| 672 | HARRY M SHANOR | FL |
| 673 | ABDALBAQI SHARIF | LA |
| 674 | JUDITH SHEA | MA |
| 675 | T C SHELINE | OH |
| 676 | FREDERICK SHERMAN | CA |
| 677 | ROBERT PRIMM DBA STOP N SHOP | AR |
| 678 | TIM SHUTES | TN |
| 679 | TIM SHUTES | TN |
| 680 | DONALD G SICKING | IN |
| 681 | JOSEPH SIEKMANN | IL |
| 682 | SIGNAL SIGNS | NC |
| 683 | JULIA SILER | KS |
| 684 | JULIA L SILER | KS |
| 685 | WILLIAM SILKWOOD | MO |
| 686 | WILLIAM SILKWOOD | MO |
| 687 | DONNA R SILVA | OR |
| 688 | SARA SIMENOO | CA |
| 689 | SHIRLEY M SIMONS | CA |
| 690 | JUNE SKINNER LENICE SMALL | CO |
| 691 | CAROL A SMITH | NV |
| 692 | ERCEL D SMITH | TN |
| 693 | JACK SMITH | AR |
| 694 | JACK T SMITH | CA |
| 695 | JUDY S SMITH | TX |

| | | |
|---|---|---|
| 696 | KANDI SMITH | OK |
| 697 | SHANNA  KELLY SMITH | OK |
| 698 | TIMOTHY SNIDER | GA |
| 699 | KIMBERLY A SOLIK | IN |
| 700 | ROSA SOLIS | TX |
| 701 | BERNADINE SOLOMAN | KS |
| 702 | BILLIE SOUTHARD | IN |
| 703 | RICH SPRATLEY | MO |
| 704 | STANFORD C HOWARD SR | MO |
| 705 | J M STAVRAKAS | NC |
| 706 | SHIRLEY STEELMAN | AL |
| 707 | NYLA STEINBRUECKER | WI |
| 708 | NYLA STEINBRUECKER | WI |
| 709 | MICHAEL STEVENSON | CA |
| 710 | MARY STHROME | OH |
| 711 | 3 R FEED STORE | LA |
| 712 | LOIS STUDDERT | OK |
| 713 | GEORGE BLAHA DBA BLAHAS DANCE STUDIO | TX |
| 714 | VICTOR F SUETTA JR | CA |
| 715 | MARY SUMSERI | CA |
| 716 | PROFESSIONAL COOLING ANDCONTROL SYSTEMS | FL |
| 717 | LOUIS P SZEKENDY | IN |
| 718 | JOAN SZENTENDREI | OH |
| 719 | JOAN SZENTENDREI | OH |
| 720 | JOAN SZENTENDREI | OH |
| 721 | ROSS B T | AL |
| 722 | JAMES F TABER | MI |
| 723 | CAROLYN S TAKAMURA | OK |
| 724 | ELMERENE TAYLOR | TX |
| 725 | STEPHANIE TAYLOR | MO |
| 726 | DANNY THOMAS | OH |
| 727 | JOHN W THOMAS | KY |
| 728 | JULIET THOMAS | TX |
| 729 | CLAUDETTE THOMPSON | MO |
| 730 | RACHEL THOMPSON | KS |
| 731 | JOANNE TIMM | MI |
| 732 | FLORIDA TINA | TN |
| 733 | PHYLLIS TINCH | IN |
| 734 | RICHARD S TOPOUS | MI |
| 735 | VERONICA RUIZ TORRES | IN |

| 736 | MICHAEL F TORREZ | OK |
| 737 | MICHAEL F TORREZ | OK |
| 738 | SIDNEY TOWNSEND | OH |
| 739 | FLORENCE TRANK | CA |
| 740 | BRIDGETE A TRAVIS | CA |
| 741 | CASEY TRUE | CA |
| 742 | YOLANDA TRUJILLO | TX |
| 743 | KOJI TSUNODA | CA |
| 744 | THOMAS TUCKER | MO |
| 745 | GEO E TURNER | TN |
| 746 | H S TYPESETTERS | TX |
| 747 | VINCENT UTULU | CA |
| 748 | DENISE VALADEZ | CA |
| 749 | CECILIA VALERIO | CA |
| 750 | HERNAN VALLECILLO | CA |
| 751 | TERRY VANZANT | NC |
| 752 | FERNANDO VERJAN | CA |
| 753 | CHRISTINE VILLA | TX |
| 754 | STELLA K VIRZI | CA |
| 755 | ROSANNA WAGNER | CA |
| 756 | MONICA R WALKER | AR |
| 757 | RICHARD E WALTERS | AR |
| 758 | RICHARD WARREN | IL |
| 759 | RICHARD WARREN | IL |
| 760 | VICTOR WASBIN | CA |
| 761 | JOHN WATERS | IL |
| 762 | LILLIE WEAVER | TX |
| 763 | MARIA WEBB | MO |
| 764 | GREGORY WEIDMAN | TX |
| 765 | MANFRED WEITH | MI |
| 766 | PHYLLIS WELTON | FL |
| 767 | MARK WESTON | CA |
| 768 | DUDLEY WETHERBY | KY |
| 769 | JAMES P WHITAKER JR | TX |
| 770 | MARY WHITE | SC |
| 771 | NEAL WHITE | CA |
| 772 | NANCY WILCOX | TX |
| 773 | FARRIS WILDER | MO |
| 774 | HOWSE WILLIAM | LA |
| 775 | AGNES G WILLIAMS | TX |
| 776 | DUANE K WILLIAMS | MO |

| | | |
|---|---|---|
| 777 | MARY E LILES WILLIAMS | CA |
| 778 | ROGER WILSON | CA |
| 779 | RONNIE E WILSON | IL |
| 780 | TERRENCE WILSON | WI |
| 781 | JANE WIYSEL | MO |
| 782 | ROBIN WOLF | CA |
| 783 | HARRELL E WOODS | CA |
| 784 | MARTHA N WRIGHT | AL |
| 785 | THELMA WRIGHT | OK |
| 786 | CHOU YANG | CA |
| 787 | DEBORAH YOUNG | CA |
| 788 | JASON YOUNG | CA |
| 789 | ROXANNE R YOUNG | MO |
| 790 | MARYANN ZAMORA | TX |
| 791 | JOSE L ZAYAS | FL |
| 792 | MARIE ZICARELLI | MO |
| 793 | ROBERT ZIETLOW | WI |
| 794 | BRENDA AARON | TX |
| 795 | CARL ABBOTT | TN |
| 796 | HATTIE ABSON | SC |
| 797 | CINDY A ALESTRI | OH |
| 798 | LAURENCIA ALVAREZ | CA |
| 799 | ROCHELLE AMAYA | CA |
| 800 | MARTHA AMBRUOSI | FL |
| 801 | BOOTS ANTABLIN | CA |
| 802 | GUILLERMO & HERLINDA ARAUJO | TX |
| 803 | HILARY J. ARDOIN | NC |
| 804 | TINA ARISTA | TX |
| 805 | JAMES ARNOLD | MS |
| 806 | ROSCOE AND LAWANA AROWOOD | GA |
| 807 | JOSE ASCENCIO | CA |
| 808 | ELISA C. ASHE | CA |
| 809 | B&M MANUFACTURING COMPANY | MO |
| 810 | WAYNE D. BABIN | LA |
| 811 | GENE F. BAILEY | WI |
| 812 | TERESA A. BAILEY | AL |
| 813 | JIMMY L. BAKER | AL |
| 814 | WILLIAM B. BAKER | IN |
| 815 | CAROLYN BALSLEY | CA |
| 816 | JEANNE B BANTA | CT |
| 817 | BARBARA STILLWELL | TX |

| 818 | SERGIO D BARRILLAS | CA |
|-----|--------------------|-----|
| 819 | JERRY FRANKLIN BARNES | OH |
| 820 | JOHN BARNETT | CA |
| 821 | PAMELA B BARRETT | SC |
| 822 | ROSE BARRY | CA |
| 823 | GEORGINA L. BATTCOCK | CA |
| 824 | BETTIE BAZEMORE | GA |
| 825 | MARGO BEASLEY | TX |
| 826 | TOMMY BEASLEY | AL |
| 827 | MARY F. BEECH | AL |
| 828 | MELVIN E BEETLE | CA |
| 829 | WILLIAM L. BELL | GA |
| 830 | CLARA BENDER | FL |
| 831 | JOHN P. BERGERON | CT |
| 832 | ALLEN R BERGLUND | CA |
| 833 | CAROL J. BERNERO | IL |
| 834 | RICHARD AND ALVIA BEVIS | CA |
| 835 | RUBY M. BINNS | FL |
| 836 | MARTIN BIRNBACH | CA |
| 837 | SUE N. BITTLER | TX |
| 838 | AUDREY BLANDFORD | MO |
| 839 | MARY BLASSINGAME | CA |
| 840 | ROSE M. BOHEN | MI |
| 841 | UNA M. BONIN | LA |
| 842 | CELESTINE BONNER | GA |
| 843 | DORIS BOROWY | CT |
| 844 | JIMENA BOTERO | FL |
| 845 | MARIETTE BOUCHARD | ME |
| 846 | DOROTHY BOWERS | TN |
| 847 | ORLANDO M. BOYD | AL |
| 848 | JAMES BRADFORD | CA |
| 849 | DAVID W. BRADLEY | MI |
| 850 | WILLIAM J BRAIDECH | MI |
| 851 | DEBRA BRAUNSTEIN | FL |
| 852 | GEORGIANA R. BREAUX | MS |
| 853 | MERLYNE BREWER | KY |
| 854 | PAULINE B BRIDGES | FL |
| 855 | CHARLIE BROCK | MS |
| 856 | CARLENE BROWN | CA |
| 857 | SYLVIA Q. BROWN | MS |
| 858 | MARIE BRUNNER | WI |

| 859 | BERLYN BRYANT | TX |
| 860 | ALBA BRYSON | TX |
| 861 | JAMES BRYSON | TX |
| 862 | JAMES BUCKNER | IL |
| 863 | VELMA BUEHLER | KS |
| 864 | MARILYN BURK | OH |
| 865 | PAMELA BURKE | CA |
| 866 | DONALD G. BUSCH | IL |
| 867 | LORI BYRNES | LA |
| 868 | LORI BYRNES | LA |
| 869 | BYRON CENTER CHARTER SCHOOL | MI |
| 870 | AZUCENA V. CABANERO | CA |
| 871 | LORNA L CAHILL | MI |
| 872 | SHIRLEY CALVERT | IN |
| 873 | LAURA D CAMPBELL | OH |
| 874 | MITCHELL CAROLYN | VA |
| 875 | W F CARR | MS |
| 876 | KATHLYN F CARRIER | LA |
| 877 | JOANNA CARRIS | MI |
| 878 | STANLEY F CARTER | OH |
| 879 | JACQUELINE CARTIER | MI |
| 880 | ALICE CARTLEDGE | AL |
| 881 | FRANCISCO CASTANEDA | TX |
| 882 | REINA CASTELLON | AL |
| 883 | ROSA CASTILLO | TX |
| 884 | ELSIE M CATALDO | CA |
| 885 | LEITNER'S SEWING CENTER | SC |
| 886 | JOURNEY COMMUNITY CHURCH | KY |
| 887 | OAK GROVE BAPTIST CHURCH | MS |
| 888 | MICHAEL A. CHURCHILL | CT |
| 889 | LEONORA CIRELLO | NJ |
| 890 | WINSTON CLARK | TX |
| 891 | BEULAH L. CLARKE | CA |
| 892 | BETTY CLOSE | KS |
| 893 | LEON CLOSE | KS |
| 894 | CHRISTINE COBOURNE | KY |
| 895 | LORRAINE F COET | IL |
| 896 | STELLA COLEMAN | AL |
| 897 | MARGARET COLLINS | CA |
| 898 | ARMAND COLVIN | OK |
| 899 | PAMELA R. COOLEY | KY |

| 900 | EDWARD COPE | CT |
|-----|-----|-----|
| 901 | LATASHA COUSER | NC |
| 902 | JAMES COYLE | TX |
| 903 | JOHN M. CRAWFORD | AL |
| 904 | RONALD CREWS | MS |
| 905 | RUBY CROCKETT | TN |
| 906 | CONNIE CROWELL | TX |
| 907 | CONRADO G CRUZ JR | TX |
| 908 | ERICA CURRY | CA |
| 909 | LINDA CURTIS | IN |
| 910 | JOHN F CZUBA JR | CT |
| 911 | EMMA B. DAILEY | AL |
| 912 | DOROTHY J. DANIELS | GA |
| 913 | GENE DAVENPORT | TX |
| 914 | LOUISE DAVID | IN |
| 915 | JOAN DAVIDSON | MI |
| 916 | MARIAN DAY | TX |
| 917 | WILLIAM N DAY | KS |
| 918 | MARIA DE LA LUZ | TX |
| 919 | MARY DEE | CA |
| 920 | DENISEMAGATHAN | TX |
| 921 | WANDA DENNISON | IN |
| 922 | JACQUELINE DEUSANIO | OH |
| 923 | VICTORIA LOUISE DEWITT | CT |
| 924 | AMY DI PIETRO | CA |
| 925 | GLADYS DIMAGGIO | NV |
| 926 | BETTY JANE DINTO | CT |
| 927 | DONNA DOANE | KY |
| 928 | ELAINE DOBBS | MS |
| 929 | MONA L DODD | CA |
| 930 | DENNIS M. DOUGHERTY | CT |
| 931 | ROBERTA DRAYTON | IL |
| 932 | GERTRUDE DRIVER | TN |
| 933 | SARAH DUNCAN | AL |
| 934 | GERALDINE F. DUNKLIN | MI |
| 935 | SMITH E.C. | GA |
| 936 | RUSSELL D EATON | TX |
| 937 | GLENDA ELLENBURG | TN |
| 938 | SHIRLEY E EMERY | NC |
| 939 | ROBERT C ENGLE | FL |
| 940 | JOSE C. ENRIQUEZ | CA |

| 941 | EDWINA ERWIN | NC |
|-----|--------------|-----|
| 942 | WILLIAM EVANS | CT |
| 943 | CYNTHIA L. FALLON | IL |
| 944 | PEARL L M FARLAND | TX |
| 945 | RAY FARMER | MS |
| 946 | JEANNETTE FEIGERLE | CA |
| 947 | MILDRED FISHER | GA |
| 948 | ANN FITZPATRICK | MO |
| 949 | ANN FITZPATRICK | MO |
| 950 | ELEANOR FLOWERS | CT |
| 951 | ROBERT FLOWERS | OH |
| 952 | JUNE FLOYD | TN |
| 953 | SHARON FOARD | IN |
| 954 | MIKES BODY & FRAME | MS |
| 955 | JUDITH FRANIUK | KS |
| 956 | CAROLINE FRATTAROLI | TN |
| 957 | JO ANN S. FREEDMAN | GA |
| 958 | JOSEPH R. FRUHAUFF | AL |
| 959 | MARK JOSEPH FURTADO | CA |
| 960 | VICTORIA GARIBALDI | CA |
| 961 | GARYCRAIG | AR |
| 962 | GARYCRAIG | AR |
| 963 | SANTOS GARZA JR | TX |
| 964 | KENNETH A. GERMOND | CT |
| 965 | DOLORES GERO | FL |
| 966 | WILBUR GERSCH | IL |
| 967 | OGILMA GIL | FL |
| 968 | DOVIE GILLELAND | TX |
| 969 | JULIA GLENN | AL |
| 970 | LACHELLE GOODE | NC |
| 971 | NICOLE GOODELL | SC |
| 972 | JAMES WILLIAM GOSSETT | TX |
| 973 | FLORINE GOULART | CA |
| 974 | DORA L. GRANT | SC |
| 975 | DIAN B. GRAY | LA |
| 976 | ROBERT L GREEN | TX |
| 977 | SILVIA GREMOTI | FL |
| 978 | KIM GRIFFIN | MI |
| 979 | LILLIE B. GRIFFIN | TX |
| 980 | MARYALYS GRIFFIS | AL |
| 981 | LUCILLE ANN GRUNDER | CA |

| | | |
|---|---|---|
| 982 | MARCIA GUEST | KY |
| 983 | MERLE B. GUTIERREZ | AL |
| 984 | LELAND H. HAIR | FL |
| 985 | UMMAT HAKIM | CA |
| 986 | JACKSON HALL | OH |
| 987 | BERNICE HAMMONDS | GA |
| 988 | JOAN HARBIN | SC |
| 989 | CONSTANCE L HARDCASTLE | LA |
| 990 | ANA MARIA HARRISON | AL |
| 991 | MARY SUE HARRISON | SC |
| 992 | MARTHA HARWELL | AL |
| 993 | JAMES E HASSINGER III | LA |
| 994 | JAMES HAWKS | KY |
| 995 | AUGUST HENNING | MS |
| 996 | ALICIA HERNANDEZ | CA |
| 997 | ANTONIO HERNANDEZ | CA |
| 998 | MIGDA HERNANDEZ | FL |
| 999 | LLOYD HICKMAN | IN |
| 1000 | KAREN HICKOK | MO |
| 1001 | PHYLLIS HINEY | OH |
| 1002 | BERTHA S. HITTIE | SC |
| 1003 | TREVA HOLCOMB | AL |
| 1004 | DOROTHY D HOLLIDAY | LA |
| 1005 | JANCIE HOLLIDAY | MS |
| 1006 | GEORGE A. HOOPER | TX |
| 1007 | ROSE HORTON | MS |
| 1008 | JEFF HUBELI | GA |
| 1009 | ALGENE HUDKINS | CA |
| 1010 | HATTIE LEE HUDMAN | TX |
| 1011 | DAVID HUDSON | AL |
| 1012 | STEVEN HUDSON | IL |
| 1013 | MARY J. HUEY | FL |
| 1014 | IRA J. HUGHES JR. | AL |
| 1015 | SARA HUGHES | SC |
| 1016 | ANN HUSKINS | TN |
| 1017 | CHERYL HUTNICK | SC |
| 1018 | MAYNARD HUTSON | OH |
| 1019 | HARRY E WENDLANDT CO INC | WI |
| 1020 | KTNT COMMUNICATIONS, INC. | TX |
| 1021 | LEMMOND MOBILE HOMES, INC. | AL |
| 1022 | PACIFIC SOUTH TELECOM, INC. | TX |

| 1023 | PLASTIC SERVICE CENTERS, INC. | MI |
|------|-------------------------------|----|
| 1024 | ANTHONY C IRVIN | AR |
| 1025 | RACHEL JACKSON | MS |
| 1026 | GUADALUPE JARAMILLO | IN |
| 1027 | REGINA A. JIMENEZ | CA |
| 1028 | JOHNBLANTON | TX |
| 1029 | LILLIE JOHNESE | CA |
| 1030 | CARL A JOHNSON | AR |
| 1031 | FLAVIL JOHNSON | KY |
| 1032 | GRAEME JOHNSON | SC |
| 1033 | JAMES LEWIS JOHNSON | GA |
| 1034 | VERNON E JOINER | AL |
| 1035 | ARBRILLIA JONES | MS |
| 1036 | CARROLL ALLEN JONES | AL |
| 1037 | CORA JONES | MN |
| 1038 | NETTIE JONES | AL |
| 1039 | PATRICIA JORDAN | NC |
| 1040 | OLGA L. JUAREZ | FL |
| 1041 | PATRICIA JUNKIN | MS |
| 1042 | LINDA KALINOWSKI | CT |
| 1043 | ALEETA V. KANIES | MO |
| 1044 | DAVID KASEL | AR |
| 1045 | EVA KAYTES | CT |
| 1046 | JANET M. KEARNS | OH |
| 1047 | OLLIE KEATON | GA |
| 1048 | VACHEL R KEATON | KS |
| 1049 | DEBRA KENNEDY | AL |
| 1050 | MARGARET KEOUGH-CHENEY | CA |
| 1051 | ARMEN KHORENYAN | CA |
| 1052 | MRS. ROBERT C. KING | LA |
| 1053 | GRACE KNIGHT | OH |
| 1054 | MAKIKO KOBAYASHI | TX |
| 1055 | RICHARD KONG | FL |
| 1056 | ROBERT N. KORBY | CT |
| 1057 | GERALD KORTE | CA |
| 1058 | MELISSA KRAUSE | MI |
| 1059 | RICHARD L. FURNIER | MI |
| 1060 | BENJAMINN WAYNE LAMBERT | KS |
| 1061 | SUSAN PETRO ATTORNEY AT LAW | CA |
| 1062 | BETTYE J. LEE | AL |
| 1063 | CHARLENE LEE | AR |

| 1064 | CLYDE LEE | TN |
| 1065 | EVELYN LEONELLI | CA |
| 1066 | CYNTHIA L LINGG | OH |
| 1067 | CLOVER GRAVE SERVICE LLC | AL |
| 1068 | TRIPLE J LLC | LA |
| 1069 | ERIK LLEWELLYN | IL |
| 1070 | JOAN M LLOYD | OH |
| 1071 | WILLIAM LOBOSCO | NJ |
| 1072 | MARY BELL LOGAN | MS |
| 1073 | NORMA LOGAN | KY |
| 1074 | MARGRET LOHFELD | CA |
| 1075 | JO ANN LOMBARD | MO |
| 1076 | JULIO CESAR LOPEZ | CA |
| 1077 | OREN AND JOANNA LOVELL | OK |
| 1078 | VIRGINIA LOWDER | SC |
| 1079 | BEVERLY LUCAS | AL |
| 1080 | ROBERT LUECK | CA |
| 1081 | RICHARD W LUGAR | CA |
| 1082 | MARY S LUHRS | SC |
| 1083 | CLAUDE E LUNSFORD | OK |
| 1084 | JUDITH LUPINACCI | FL |
| 1085 | MARY MAMMARELLA | FL |
| 1086 | IRENE MANSFIELD | MI |
| 1087 | ANIBAL MARRERO | FL |
| 1088 | MARGARET ANN MARTIN | IN |
| 1089 | TERRY P. MARTIN | IN |
| 1090 | CARLOS MARTINEZ | TX |
| 1091 | JUAN J MATEOS | FL |
| 1092 | MATHWORKS | MA |
| 1093 | GERALDINE L MATTES | WI |
| 1094 | MABLE MAXWELL | CA |
| 1095 | JEROME L. MCCANN | OK |
| 1096 | PAUL A MCCAVICK | KY |
| 1097 | LEVITA MCKINNEY | KS |
| 1098 | VIRGINIA AND NANCY MCNEAR | IL |
| 1099 | LOIS MCTAGGART | MI |
| 1100 | PAUL MEAKINS | CA |
| 1101 | RENE P. & CRYSTAL D. MERCED JR. | MD |
| 1102 | CORA MEYER | FL |
| 1103 | PATRICIA ELAINE MILES | FL |
| 1104 | BRIAN MILLER | FL |

| | | |
|---|---|---|
| 1105 | PATRICIA ANN MILLER | OH |
| 1106 | PATRICIA MILLIGAN | MI |
| 1107 | DAVID MLEZIVA | WI |
| 1108 | CAROLINE K. MOLLER | CT |
| 1109 | JAMES M MONDRAGON | AL |
| 1110 | FERMIN MONTANEZ | TX |
| 1111 | D.E. MONTERO | CT |
| 1112 | EVA M. MONTS | SC |
| 1113 | MARY JOANN MOODY | CA |
| 1114 | DON MOORE | AL |
| 1115 | WILLETTA M. MOORE | AL |
| 1116 | A. NOREEN MORGAN | CA |
| 1117 | SWEN MORTIER | NV |
| 1118 | EUGENE MUELLER | WI |
| 1119 | PATRICIA ANN MUELLER | CA |
| 1120 | BETTY MURDOCK | SC |
| 1121 | HISTORIC MIDDLETOWN MUSEUM | KY |
| 1122 | LAWRENCE E NALEWAK | TX |
| 1123 | DOLORES NEACE | IL |
| 1124 | CAROL R. NEAL | MS |
| 1125 | KAREN NEDER | WI |
| 1126 | KATHERINE NEELEY | MI |
| 1127 | CATHERINE J. NELMS | TX |
| 1128 | MARIE R. NEWELL | SC |
| 1129 | MARRY NEWELL | OH |
| 1130 | MARY L NEWELL | OH |
| 1131 | BILLY E. NICHOLS | SC |
| 1132 | ALAN P. & LANA T. NOONAN | MS |
| 1133 | MARCUS E NORTH | TX |
| 1134 | LAURA NUNEMACHER | TX |
| 1135 | JOHN J. NUNNARO | CA |
| 1136 | EDWIN O'BRIANT SR. | MS |
| 1137 | OK FARMS | AR |
| 1138 | OK FOODS, INC. | AR |
| 1139 | FRANK R. OLENICK | IL |
| 1140 | JOSEPH E OLIVER JR | FL |
| 1141 | RAQUEL ONTIVEROS | CA |
| 1142 | SANDY L ORTIZ | CA |
| 1143 | JOY LYNN HOLLEMAN OSWALT | MS |
| 1144 | CONSIE PAINE | MO |
| 1145 | ROSE M PALMER | KY |

| | | |
|---|---|---|
| 1146 | DEBORAH PANNABECKER | FL |
| 1147 | ASHLEY PARKER | AL |
| 1148 | CONSTANTINE J. PARKS | CA |
| 1149 | MARLENE PARTYNSKI | IL |
| 1150 | CHARLES R. PATE | AL |
| 1151 | DWIGHT DOUG PATTERSON | IL |
| 1152 | CLELL M PATTON | KY |
| 1153 | ODNE PAUL | FL |
| 1154 | FRANCES PEAVY | MS |
| 1155 | PEISCH LABORATORY INC | IL |
| 1156 | DALE PENTECOST | TN |
| 1157 | EFREN PEREZ JR. | TX |
| 1158 | TONY PERRODIN | LA |
| 1159 | HOWARD PETTIS | AL |
| 1160 | VIRGINIA PFEIFFER | AR |
| 1161 | JOAN M. PFISTER | MI |
| 1162 | GWEN PHILLIPS | AL |
| 1163 | LOIS G PHILLIPS | FL |
| 1164 | PEGGY M. PIGOTT | MS |
| 1165 | JERRI PLEMMONS | TX |
| 1166 | JEAN G. POTETZ | CT |
| 1167 | MAMIE POWERS | TN |
| 1168 | MARCY J H PRATHER | IL |
| 1169 | MALCOLM PREWITT | AL |
| 1170 | EVANSVILLE PROTESTANT HOME | IN |
| 1171 | ALICIA PUENE | TX |
| 1172 | FLO PUSTEJOVSKY | TX |
| 1173 | BETSY RENE QUEEN | TX |
| 1174 | TERRY RADA | IL |
| 1175 | ALFRED RADKE II | CT |
| 1176 | LOU RAINES | GA |
| 1177 | JOE RANDOW | TX |
| 1178 | CARLOS RAYMER | KY |
| 1179 | CARLOS RAYMER | KY |
| 1180 | SHIRLEY M REED | CA |
| 1181 | WAYNE AND BARBARA REID | TX |
| 1182 | MARLA REMINGTON | CA |
| 1183 | JACKIE H. RENFROE | MS |
| 1184 | EVELYN RESTUCCI | CT |
| 1185 | ALVYN RICHARDS | CA |
| 1186 | DEMARIO RICHARDSON | SC |

| | | |
|---|---|---|
| 1187 | SONDRA RIDINGS | NJ |
| 1188 | FRED RIGBY | CA |
| 1189 | CAROL J RILEY | CA |
| 1190 | RICKY RITTER | MO |
| 1191 | HORACIO R. RIVERA | CA |
| 1192 | HAZEL ROBERSON | GA |
| 1193 | MARY ROBERTS | GA |
| 1194 | MARY ANN ROBERTSON | AL |
| 1195 | PANFILO Z. RODIL | SC |
| 1196 | MARIA L. RODRIGUEZ | TX |
| 1197 | JEANETTE ROGERS | AL |
| 1198 | CESAR ROJAS | IL |
| 1199 | AL ROLAND | MS |
| 1200 | SARA ROMNEY | SC |
| 1201 | MARCO T. ROMO | FL |
| 1202 | PHILIP G ROOS | GA |
| 1203 | MOLINA ROSALINA | FL |
| 1204 | DANIEL AND ELAINE RUBINSTEIN | CA |
| 1205 | ELLEN S RUSK | AL |
| 1206 | JOHN AND JUANITA RYAN | KS |
| 1207 | ELIZABETH SAENZ | TX |
| 1208 | ANTONIO SALAZAR | TX |
| 1209 | ANITA DARLENE SAMEK | FL |
| 1210 | EDWARD W. SANCHEZ, JR | LA |
| 1211 | CALLIE SANDERS | AL |
| 1212 | SUBWAY SANDWICHES & SALADE | SC |
| 1213 | MARGARET AND BERNARD SANFORD | AL |
| 1214 | VICTORIA SANSOM | SC |
| 1215 | AUBREY SAULSBERRY | IL |
| 1216 | WILLIAM SAWYER | AL |
| 1217 | GARNET SCHENCK | MO |
| 1218 | JOHN T. SCHNETZER | WI |
| 1219 | JEAN SCHRADER | MI |
| 1220 | RICHARD SCHROEDER | OH |
| 1221 | RUSSELL SCHROWANG | TX |
| 1222 | VERNON T SCHWENT | MO |
| 1223 | TAMARA SCOTT | IL |
| 1224 | RAYMOND M SEBESTA, III | TX |
| 1225 | ELENA SERPUKHOVITI | CT |
| 1226 | JOSEFINA SERRANO | CA |
| 1227 | GRACIELA LUCIA SEVERINO | FL |

| 1228 | BETTY SEYMOUR | CA |
|------|---------------|-----|
| 1229 | SHERRY SHAFFER | AL |
| 1230 | CLAUDIA SHORTZ | CA |
| 1231 | SHARYL L. SILGERO | TX |
| 1232 | MARGARET ANN SIMPSON | MO |
| 1233 | DAVID SKLYAR | IL |
| 1234 | DEBORAH SLAVEN | IN |
| 1235 | KATHREE SMALLS | NC |
| 1236 | CATHERINE SMITH | CA |
| 1237 | ELLA SMITH | AL |
| 1238 | FRANCES T. SMITH | MS |
| 1239 | INEZ C. SMITH | SC |
| 1240 | J. MICHAEL SMITH | OH |
| 1241 | JANET G SMITH | GA |
| 1242 | PERRY SMITH | IN |
| 1243 | ROBERT D. SMITH | MS |
| 1244 | ROGER SMITH | TN |
| 1245 | AARON SNELLING | NH |
| 1246 | JENNIFER K SNYDER | AL |
| 1247 | JOYCE SNYDER | IL |
| 1248 | DIANE SO | CA |
| 1249 | PAUL E SOLARI | CA |
| 1250 | STEPHEN SOLTYS | CT |
| 1251 | DR. HUBERT SPEARS | MS |
| 1252 | PAUL E. SPOEHR | MI |
| 1253 | SUSAN STACK | OH |
| 1254 | JOYCE STANKO | IL |
| 1255 | PATRICIA STARKS | AL |
| 1256 | WANDA STARKS | CA |
| 1257 | FRANCIS R. STARR, JR. | FL |
| 1258 | JACKY M STEWART | KS |
| 1259 | DAVID STILLS | GA |
| 1260 | HOWARD A STOLLFUSS | WI |
| 1261 | INEZ B. STONE | LA |
| 1262 | SINTRA STREBE | CA |
| 1263 | CATHERINE STRONG | MS |
| 1264 | JAMES AND EVELYN STRONG | KY |
| 1265 | PAULINE STUBBLEFIELD | TN |
| 1266 | ANTHONY EDDY WILDLIFE STUDIO | MO |
| 1267 | JEAN SULLIVAN | IL |
| 1268 | MARIANNE E SULLIVAN | CA |

| 1269 | ST. JOSEPH ELECTRIC SUPPLY CO. | MO |
| 1270 | MADELINE J SYLOS | TX |
| 1271 | ERNESTINE L. TAPIA | TX |
| 1272 | BILLY E. TEAL | OH |
| 1273 | SANDY TENG | MO |
| 1274 | KRIS AND TIMOTHY TERRY | TX |
| 1275 | DAVID E. THOMAS | AL |
| 1276 | BERNICE THOMPSON | MS |
| 1277 | JEAN THORNTON | MS |
| 1278 | LLOYD TOMANY JR | IL |
| 1279 | CAROLYN TOYER | MI |
| 1280 | CHARLES M. TRAVIS | TN |
| 1281 | PATRICIA R. TRAVIS | TN |
| 1282 | VERONICA & STANLEY TRIMBLE | AL |
| 1283 | KAREN TUCKER | AL |
| 1284 | DIANE TURNER | TX |
| 1285 | ROBERT H TURNER SR | AL |
| 1286 | UNION BAPTIST CHURCH | MO |
| 1287 | DEANNA VAIL | SC |
| 1288 | JEANETTE VALERIANO | CT |
| 1289 | NATE VANCLEAVE | MS |
| 1290 | DOROTHY VARONIN | CA |
| 1291 | JANICE PECOLIA VINSON | AL |
| 1292 | JEANNINE VINSON | TX |
| 1293 | CAMILLA WADDELL | SC |
| 1294 | PATRICIA R WAKLER | CA |
| 1295 | FELVIS WALTON | MS |
| 1296 | JOSEPH E WARNOCK | FL |
| 1297 | DWIGHT WEAVER | OH |
| 1298 | WILLIAM WEBB | MI |
| 1299 | PATSY R. WEBSTER | TX |
| 1300 | AUDRINE B. WEHINGER | CA |
| 1301 | AUDREY J. WEIL | IL |
| 1302 | JERRY R. WILKINS | IN |
| 1303 | JERRY WILLIAMS | LA |
| 1304 | LILIS W. WILLIAMS | SC |
| 1305 | TOM WILLIAMS | KS |
| 1306 | WILMAMARLING | OK |
| 1307 | BARBARA A WILSON | TX |
| 1308 | GENE O WILSON | SC |
| 1309 | SUE WISE | IN |

| 1310 | WILLIAM H. WOLF | MS |
|------|----------------|-----|
| 1311 | DAVID R. WOOD | WI |
| 1312 | ESTHER WOOD | CO |
| 1313 | FRANCES A. WOOSLEY | NC |
| 1314 | JOHN J. WOOSTER III | AL |
| 1315 | STEVE WRIGHT | MS |
| 1316 | SUZANNE P WYMAN | CA |
| 1317 | ROSA M YAKUSHI | CA |
| 1318 | MARION YOUNG-WOODWARD | SC |
| 1319 | CATHERINE A ZALLA | CT |
| 1320 | THERESA L. ZOLLI | AL |
| 1321 | SHIRLEY ZUCHOWSKI | OH |
| 1322 | JOE BOLINGER | AR |
| 1323 | AURA GONZALEZ | TX |
| 1324 | JACKSON JOANN | GA |
| 1325 | PATRICIA L MILLER | OH |
| 1326 | ALBERT MUSICK | OK |
| 1327 | LARRY MYERS | TX |
| 1328 | SHARON PORCHIA | MI |
| 1329 | MARYANN LEW DBA BEAUTY STAR | IL |
| 1330 | CLARA SULLIVAN | AR |
| 1331 | PEGGY WALCH | OK |
| 1332 | KELLY DEATON | MS |
| 1333 | CATHERINE HOUSTON | MS |
| 1334 | TEOFISTA A. JORDAN | AL |
| 1335 | EVELYN F LAUB | FL |
| 1336 | EDNA M. LOVE | MS |
| 1337 | JIMMY RICH | AL |
| 1338 | E.H. & LUCY TOMICICH | MS |