Gordon Morgan (*Pro Se Objector/Appellant*)
4701 Ayers, Ste.105
Corpus Christi, Texas 78415
Telephone: (361) 887-4700

**FILED**

JAN 2 1 2014

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOY NWABUEZE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T INC., et al., <br><br> Defendants. | Case No. C 09-01529 SI <br><br> **AMENDED NOTICE OF APPEAL** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Objector/Appellant Gordon Morgan hereby amends his Notice of Appeal (Dkt. #249) filed December 24, 2013, currently docketed at the United States Court of Appeals for the Ninth Circuit as Cause No. 13-17656. In addition to the already pending appeal from the Order Granting Final Approval of Class Settlement (Dkt. # 247) entered on November 27, 2013 and from all opinions and orders that merge therein, Mr. Gordon is also appealing from the Court's Judgment (Dkt. #258), entered on January 13, 2014, and any other order or judgment granting approval of the settlement and/or attorneys' fees and/or expenses in this matter. This appeal is to the Ninth Circuit Court of Appeals. A copy of said judgment and/or order appealed are attached hereto. (See Exhibits "A" (Dkt. #258) and "B" (Dkt. #247)).

I have received legal assistance in this matter from Bandas Law Firm, P.C. and do not seek any special advantage or favor because this is filed *pro se*.

Dated: January 17, 2014    Respectfully submitted,

By: _____
Gordon Morgan *Pro Se* Objector/Appellant

## CERTIFICATE OF SERVICE

I certify that I have filed the foregoing with the Clerk of the Court using FedEx Express Saver Delivery and that a true and correct copy of the foregoing document has been forwarded to all counsel via U.S. Mail on this the 17th day of January, 2014.

John G. Jacobs
55 West Monroe Street, Suite 2970
Chicago, IL 60603

Douglas R. Tribble
501 West Broadway, Suite 1100
San Diego, CA 92101

_____
Gordon Morgan *Pro Se (Objector/Appellant)*