UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 19 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOY NWABUEZE, individually & on behalf of a class of similarly situated individuals, | No. 13-17656 |
| Plaintiff - Appellee, | D.C. No. 3:09-cv-01529-SI Northern District of California, San Francisco |
| v. | |
| PACIFIC BELL TELEPHONE COMPANY, doing business as AT&T California, a California corporation; et al., | ORDER |
| Defendants - Appellees, | |
| GORDON B. MORGAN, | |
| Objector - Appellant. | |

The court is in receipt of the Objector-Appellant's Unopposed Voluntary Motion to Dismiss Appeal with Prejudice. The unopposed motion to voluntarily dismiss this appeal is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Lisa Jaye
Circuit Mediator

LJ/Mediation