UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY NWABUEZE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC BELL TELEPHONE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 3:09-cv-01529-SI<br><br>**ORDER TO PROVIDE RESPONSE** |

　　　A letter from claimant Cleodis Logan was received by the Court on March 9, 2016. See Dkt. No. 315. He indicates dissatisfaction with the pace and responsiveness of the claims handling process.

　　　The Court ORDERS counsel, jointly or separately, to file a response with the Court, addressing the specific complaints made by Mr. Logan in his letter, and also informing the Court of the status of the settlement. Please include information as to the total amount of money paid out thus far and how many claims those payments cover; the totals remaining to be paid and how many claims that covers; and the anticipated date for conclusion of the process.

　　　**This response shall be filed no later than March 18, 2016.**

　　　**IT IS SO ORDERED.**

Dated: March 10, 2016

_____
SUSAN ILLSTON
United States District Judge